UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re:                              )
                                    )
MARK STEPHEN NEIGHBORS              )    Case No.
SHELLY KAY NEIGHBORS                )    Chapter 11
                                    )
        Debtors.                    )

**DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
UNDER 11 U.S.C. §521(a)(1)(B)(iv)**

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐　I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■　I have not received payment advices or other evidence of payment within the 60 days before the date I filed my bankruptcy petition because I am self-employed and receive periodic draws from my company.

☐　I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on April 11, 2011 by  _Mark S. Neighbors_  (debtor)
                               Mark Stephen Neighbors