# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re  *Mark Stephen Neighbors*
   *and*
   *Shelly Kay Neighbors*

           Debtor(s)

Case No.

Chapter  *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*The Private Bank & Trust Co.*<br>*ATTN: John Slaid*<br>*500 Chesterfield Center*<br>*Chesterfield MO  63017* | Phone:<br>*The Private Bank & Trust Co.*<br>*ATTN: John Slaid*<br>*500 Chesterfield Center*<br>*Chesterfield MO  63017* | *Personal Guaranty* | | *$ 940,000.00* |
| *2*<br>*Cornerstone Bank*<br>*9120 West 135*<br>*Overland Park KS  66221* | Phone:<br>*Cornerstone Bank*<br>*9120 West 135*<br>*Overland Park KS  66221* | *Personal Guaranty* | | *$ 833,000.00* |
| *3*<br>*Central Bank of Lake of Ozarks*<br>*PO Box 207*<br>*Osage Beach MO  65065* | Phone:<br>*Central Bank of Lake of Ozarks*<br>*PO Box 207*<br>*Osage Beach MO  65065* | *Personal Guaranty* | | *$ 720,000.00* |
| *4*<br>*The Private Bank & Trust Co.*<br>*ATTN: John Slaid*<br>*500 Chesterfield Center*<br>*Chesterfield MO  63017* | Phone:<br>*The Private Bank & Trust Co.*<br>*ATTN: John Slaid*<br>*500 Chesterfield Center*<br>*Chesterfield MO  63017* | *Personal Guaranty* | | *$ 686,000.00* |
| *5*<br>*Central Bank of Lake of Ozarks*<br>*PO Box 207*<br>*Osage Beach MO  65065* | Phone:<br>*Central Bank of Lake of Ozarks*<br>*PO Box 207*<br>*Osage Beach MO  65065* | *Personal Guaranty* | | *$ 196,010.00* |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Central Bank of Lake of Ozarks<br>PO Box 207<br>Osage Beach MO  65065 | Phone:<br>Central Bank of Lake of Ozarks<br>PO Box 207<br>Osage Beach MO  65065 | Personal Guaranty | | $ 193,021.00 |
| 7<br>Bank of Versailles<br>PO Box 29<br>Versailles MO  65084 | Phone:<br>Bank of Versailles<br>PO Box 29<br>Versailles MO  65084 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | $ 562,348.00<br><br>$ 413,300.00<br>$ 149,048.00 |
| 8<br>Central Bank of Lake of Ozarks<br>PO Box 207<br>Osage Beach MO  65065 | Phone:<br>Central Bank of Lake of Ozarks<br>PO Box 207<br>Osage Beach MO  65065 | Personal Guaranty | | $ 118,000.00 |
| 9<br>Citi Mortgage<br>PO Box 9438<br>Gaithersburg MD  20898 | Phone:<br>Millsap & Singer<br>11460 Tomahawk Creek Pkwy<br>Suite 300<br>Leawood KS  66211 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | $ 743,627.00<br><br>$ 667,700.00<br>$ 75,927.00 |
| 10<br>Cornerstone Bank<br>9120 West 135th<br>Overland Park KS  66221 | Phone:<br>Susan DeCoursey<br>Cohen McNeil Pappas<br>4601 College Blvd #200<br>Leawood KS  66211 | Deficiency on real estate | D | $ 70,000.00 |
| 11<br>Bank of Versailles<br>PO Box 29<br>Versailles MO  65084 | Phone:<br>Bank of Versailles<br>PO Box 29<br>Versailles MO  65084 | Personal Guaranty | | $ 48,440.00 |
| 12<br>Bank of Versailles<br>PO Box 29<br>Versailles MO  65084 | Phone:<br>Bank of Versailles<br>PO Box 29<br>Versailles MO  65084 | Deed of Trust<br><br>Value:<br>Net Unsecured: | | $ 225,000.00<br><br>$ 193,000.00<br>$ 32,000.00 |

_____ ,
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>*Cornerstone CPA Services PA*<br>*ATTN: David Imhoff*<br>*6420 West 95th Suite 202*<br>*Overland Park KS*<br>*66212-1434* | Phone:<br>*Cornerstone CPA Services PA*<br>*ATTN: David Imhoff*<br>*6420 West 95th Suite 202*<br>*Overland Park KS*<br>*66212-1434* | *Accounting fees* | D | $ 24,000.00 |
| 14<br>*Bank of America*<br>*PO Box 15184*<br>*Wilmington DE   19850-5184* | Phone:<br>*Bank of America*<br>*PO Box 15184*<br>*Wilmington DE   19850-5184* | *Deed of Trust*<br><br>Value:<br>Net Unsecured: | | $ 279,000.00<br>$ 259,600.00<br>$ 19,400.00 |
| 15<br>*CitiMortgage*<br>*PO Box 9438*<br>*Gaithersburg MD   20898* | Phone:<br>*CitiMortgage*<br>*PO Box 9438*<br>*Gaithersburg MD   20898* | *Deed of Trust*<br><br>Value:<br>Net Unsecured: | | $ 380,000.00<br>$ 370,600.00<br>$ 9,400.00 |
| 16<br>*Morgan County Collector*<br>*PO Box 315*<br>*Versailles MO   65084* | Phone:<br>*Morgan County Collector*<br>*PO Box 315*<br>*Versailles MO   65084* | *Real Estate Taxes* | | $ 6,982.00 |
| 17<br>*Citi Mortgage*<br>*PO Box 9438*<br>*Gaithersburg MD   20898* | Phone:<br>*Citi Mortgage*<br>*PO Box 9438*<br>*Gaithersburg MD   20898* | *Deed of Trust*<br><br>Value:<br>Net Unsecured: | | $ 380,000.00<br>$ 373,400.00<br>$ 6,600.00 |
| 18<br>*Toyota Financial Services*<br>*Bankruptcy Department*<br>*PO Box 8026*<br>*Cedar Rapids IA   52408-8026* | Phone:<br>*Toyota Financial Services*<br>*Bankruptcy Department*<br>*PO Box 8026*<br>*Cedar Rapids IA   52408-8026* | *vehicle loan*<br><br>Value:<br>Net Unsecured: | | $ 5,000.00<br>$ 0.00<br>$ 5,000.00 |
| 19<br>*Mark Murphy*<br>*6710 West 121st*<br>*Leawood KS   66209* | Phone:<br>*Mark Murphy*<br>*6710 West 121st*<br>*Leawood KS   66209* | *Attorneys fees* | D | $ 4,000.00 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Nathan Garrett<br>Graves Bartle Marcus & Garrett<br>1100 Main, Suite 2700<br>Kansas City MO  64105 | Phone:<br>Nathan Garrett<br>Graves Bartle Marcus & Garrett<br>1100 Main, Suite 2700<br>Kansas City MO  64105 | Attorney fees | D | $ 2,400.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 4/11/2011      Signature */s/ Mark Stephen Neighbors* _____
                     Name: *Mark Stephen Neighbors*

Date: 4/11/2011      Signature */s/ Shelly Kay Neighbors* _____
                     Name: *Shelly Kay Neighbors*