**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS | ) | Case No. 11-21003 |
| SHELLY KAY NEIGHBORS | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

<u>DEBTORS' APPLICATION FOR APPROVAL OF PAYMENT OF
ATTORNEYS' FEES AND EXPENSES TO KRIGEL & KRIGEL, P.C.
TO BE PAID ON A MONTHLY BASIS</u>

COME NOW the Debtors Mark and Shelly Neighbors ("Debtors"), by and through their counsel, Krigel & Krigel, P.C., and for their Application For Approval of Payment of Attorneys' Fees and Expenses to Krigel & Krigel, P.C. to be Paid on a Monthly Basis, state and allege as follows:

1. Debtors filed their voluntary petition in bankruptcy under Chapter 11 on April 12, 2011, and continues to operate their businesses as Debtors- in-Possession.

2. No trustee has been appointed, and Debtors have remained in possession of the property of their estate as Debtors-in-Possession.

3. Contemporaneously herewith, Debtors have filed their Application for employment of Krigel & Krigel, P.C. ("Krigel") as Debtors' counsel pursuant to 11 U.S.C. § 327(a) (the "Application").

4. Debtors request that Krigel be permitted to be paid on a monthly basis 80% of its fees and 100% of its expenses.

5. Debtors and Krigel understand and agree that approval of employment and the payment of fees and expenses on a monthly basis does not constitute an interim or final approval of fees and expenses.

6. The Application complies with Fed. R. Bankr. P. 2014(a).

7. The undersigned will file monthly itemized fee statements, and will provide copies to the United States Trustee, secured creditors, any committees and to anyone requesting receipt of the statements. The notice

will also provide that these parties shall have 10 days to raise an objection to the monthly statement, and if objections are raised, then the fees and expenses will not be paid until a formal application, pursuant to 11 U.S.C. Section 331, is submitted and approved by the Court.

8. The notice will also include language that failing to object does not waive a party's right to object to a formal fee application.

9. The undersigned acknowledges and agrees that a monthly invoice shall not be paid if the Debtors have not timely filed all required operating reports or if the Debtors are not current in payment of post-petition taxes, required insurance premiums and United States Trustee fees as allowed under 28 U.S.C. Section 1930.

WHEREFORE, Debtors respectfully request this Court's Order approving the payment of Krigel's fees and expenses on a monthly basis as set forth herein; and for such other and further relief as the Court deems just and equitable.

Dated this 25th day of April, 2011.

KRIGEL & KRIGEL, P.C.

/s/Erlene W. Krigel
Erlene W Krigel, KS Bar #70425
4550 Belleview
Kansas City, Missouri 64111
TEL: (816) 756-5800
FAX: (816) 756-1999
ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2011 a true and correct copy of the above and foregoing Motion was emailed or mailed to all parties in interest and creditors listed on the Court's ECF noticing system and to the United States Trustee's Office.

/s/ Erlene W. Krigel
Erlene W. Krigel