# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re: *Mark Stephen Neighbors*
 *and*
 *Shelly Kay Neighbors*

Case No. *11-21003-dls-11*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2011: $5,096 (gross)* | *rental income* |
| *2011: $218.96/week* | *American Alliance* |
| *2010: $218.96/week* | *American Alliance* |
| *2010: other income not yet determined* | |
| *2009: $10,321* | *American Alliance* |
| *2009: (-$137,876)* | *Nonpassive loss from businesses* |
| *2009: (-$470,637)* | *Net Operating loss* |

---

### 2. Income other than from employment or operation of business

None ☐
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2011: Disability* | *$9,338/mo* |
| *2010: Disability* | *$9,338/mo* |
| *2009: IRA distribution* | *$108,198* |
| *2009: IRA distribution* | *$73,959 ($12,729 was taxable)* |

---

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Cornerstone Bank v. Mark and Shelly Neighbors 10CV02150* | *Foreclosure Action* | *District Court of Johnson County KS* | *Judgment 3/23/11* |
| *CitiMortgage v. Mark and Shelly Neighbors 1016CV16326* | *Foreclosure* | *Circuit Court of Morgan County, MO* | *Judgment* |
| *CitiMortgage v. Mark and Shelly Neighbors* | *Mortgage Foreclosure* | *District Court of Johnson County KS* | *pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *10CV09801* | | | |
| *Cornerstone Bank v. Mark and Shelly Neighbors* *10CV02147* | *Foreclosure* | *District Court of Johnson County KS* | *Judgment 2/22/11* |
| *Mark and Shelly Neighbors v. Citimortgage* *11MG-CC00021* | *Lender liability* | *Morgan County Circuit Court Missouri* | *pending* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Cornerstone Bank* | *2010* | *Description: E9 Gentle Slopes property Gravois Mills MO Sold at foreclosure sale* |

---

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Diabetes Association and TLC* | *none* | *within year* | *Description: Use of vacation rental at lake for one week for auction (each charity) Value: $1,200/week* |

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| *Funds Amount unknown* | *Circumstances: Claims for defalcation against Linda Beadle and James Troutman, claims for malpractice and other claims against Cornerstone CPA and David Imhoff CPA Claims against David Baumgartner in connection with partnership accounting and breaches of contract and duty to partnership Claims against Central Bank of the Lake of the Ozarks and CitiMortgage for lender liability claims Insurance: pending claims Investigation on-going* | *Over period of time* |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Erlene W. Krigel Address: 4550 Belleview Kansas City, MO 64111* | *Date of Payment: 4/12/2011 Payor: Mark and Shelly Neighbors* | *$15,000 + $1,039 for filing fee* |
| *Payee: Nathan Garrett* | *Date of Payment: Jan., 2011 Payor: Mark & Shelly Neighbors* | *$10,000* |
| *Payee: Mark Murphy* | *Date of Payment: 2010 Payor: Mark & Shelly Neighbors* | *$19,000 (approximately)* |
| *Payee: Ann Post* | *Date of Payment: 2010 Payor: Mark & Shelly* | *$2,500* |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | *Neighbors* | |

---

## 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Third Party* *Relationship: none* | *2011* | *Property: Engine and gas tank* *Value: $1,500* |

---

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

## 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Peoples Bank* | *Account Type and No.:savings* *Final Balance: approximately $4000* | *within year* |
| *Institution:Metcalf Bank* | *Account Type and No.: money market account* *Final Balance: minimal* | *within year (not sure could have been longer)* |

---

## 12. Safe deposit boxes

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution: Peoples Bank* | *Name: Debtors* | *empty* | |

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None

☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature  of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Neighbors Investments, Inc.* | *ID: 74-2849805* | *PO Box 505 Stillwell, KS 66085* | *Real estate development and sales* | *8/20/97 to present* |
| *Metcalf 211 Inc.* | *ID: 20-0523665* | | *real estate development and sales* | *12/19/03 to present* |
| *Mark S and Shelly K Neighbors LLC* | *ID: 26-1101821* | | *real estate sales/developmen t* | |
| *Shelly K and Mark S Neighbors LLC* | *ID: 26-1101758* | | *real estate development and sales* | |
| *Neighbors Vacation Rentals (dba)* | *ID:* | | *Rental of lake real estate* | |
| *Neighbors Realty Co., Inc.* | *ID: 48-0975770* | | *Real Estate Sales* | *12/20/83 to present* |
| *Neighbors Group, Inc.* | *ID: 48-1027706* | | *Real Estate sales and development* | *6/19/86 to present* |
| *Canyon Ranch LLC* | *ID: 04-3655290* | | *Real estate sales and development* | |

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS      DATES SERVICES RENDERED

*Name: Linda L. Beadle, Former office manager*      *Dates: 7/06-12/09*

*Name: Cornerstone CPA and David Imhoff CPA*      *Dates: 1979 to present*

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME      ADDRESS

*Name: Linda Beadle, James Troutman, David Imhoff, Cornerstone CPA Missing: funds, records (extent of which is unknown)*

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME      ADDRESS      DATES ISSUED

*CitiMorgage, Cornerstone Bank, First Federal Bank, Farmers Bank, Private Bank*      *Dates: within 2 years*

Form 7 (04/10)

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|

*Bank of America, Bank of Versailles*

---

**20. Inventories**

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☒  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None



If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____5/13/2011_____     Signature _____*/s/ Mark Stephen Neighbors*_____
of Debtor

Date _____5/13/2011_____     Signature _____*/s/ Shelly Kay Neighbors*_____
of Joint Debtor
(if any)

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,     Case No. _11-21003-dls-11_
            Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Point Lot #9 Gravois Mills MO_ | _Fee Simple_ | J | $ 193,000.00 | $ 193,000.00 |
| _Gentle Cove Lake House 30081 Gentle Cover Road Gravois Mills MO_ | _Fee Simple_ | J | $ 413,300.00 | $ 413,300.00 |
| _Cedar Lodge Rental 16961 Gentle Slope Dr Gravois Mills MO_ | _Fee Simple_ | J | $ 373,400.00 | $ 373,400.00 |
| _Residence 14761 Bond Overland Park, KS_ | _Fee Simple_ | J | $ 677,000.00 | $ 677,000.00 |
| _Buffalo Rental 16959 Gentle Slopes Dr Gravois Mills MO_ | _Fee Simple_ | J | $ 259,600.00 | $ 259,600.00 |
| _Elk Lodge Rental 16963 Gentle Slopes Dr Gravois Mills MO_ | _Fee Simple_ | J | $ 370,600.00 | $ 370,600.00 |
| _6325-6475 West 151st (undeveloped land) South side_ | _Fee Simple_ | J | $ 1,560,000.00 | $ 1,000,000.00 |

No continuation sheets attached

**TOTAL $**     3,846,900.00

(Report also on Summary of Schedules.)

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,     Case No. _11-21003-dls-11_
                                                                        (if known)
Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | People's Bank checking account $750<br><br>Location: People's Bank | J | $ 750.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings<br>Location: In debtors' possession | J | $ 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, art items<br>Location: In debtors' possession | J | $ 200.00 |
| | | CDs/DVDs<br>Location: In debtors' possession | J | $ 20.00 |
| 6. Wearing apparel. | | Clothing<br>Location: In debtors' possession | J | $ 600.00 |
| 7. Furs and jewelry. | | Wedding rings, bracelet, miscellaneous jewelry<br>Location: In debtors' possession | J | $ 1,200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Water skis, fishing gear, cameras<br>Location: In debtor's possession | J | $ 200.00 |

Page __1__ of __4__

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,  Case No. _11-21003-dls-11_
_____
Debtor(s)                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | In Debtors' possession | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Northwestern Mutual Life Ins. term policy Location: NW Mutual Life | H | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | 529 Plan Location: American Funds | J | $ 323.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA Location: Bank of Blue Valley | H | $ 3,014.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Business interests: 60% Neighbors Investments, Inc. 100% Neighbors Realty Co., Inc. 50% Gentle Slopes Partners LLC 100% Metcalf 211, Inc. 100% Stilwell Industrial LLC 100% Gentle Slopes Builders 50% M & D Partnership Location: In debtors' possession | J | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Neighbors Investments, LLC | J | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Insurance Claim for hail damage to roof with Safeco Ins. Location: In debtor's possession | J | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,     Case No. _11-21003-dls-11_
                                Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Claim against Hertzog Auction_ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Claims against Bank of Versailles & Baumgartners_ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Claims against Central Bank of the Lake of the Ozarks_ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Claims against Cornerstone Bank_ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Claims against David Imhoff/Cornerstone CPA_ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Claims against Linda L. Beadle and James Troutman_ _Insurance claims for losses with Safeco Insurance Co._ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Class Action Claims: CitiMortgage and Toyota_ _Location: In debtors' possession_ | J | _Unknown_ |
| | | _Litigation against CitiMortgage 10CV09801_ _Location: In debtors' possession_ | J | _Unknown_ |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,     Case No. _11-21003-dls-11_
                              Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2007 Toyota FJ* *Location: In debtors' possession* | J | $ 18,000.00 |
| | | *2009 Toyota Rav4* *Location: In debtors' possession* | J | $ 18,000.00 |
| 26. Boats, motors, and accessories. | | *1974 Century boat and trailer* *Location: In debtors' possession* | J | $ 2,000.00 |
| | | *2004 Chris Craft* *Location: In debtors' possession* | J | $ 68,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total ➔   $ 122,307.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,    Case No. _11-21003-dls-11_
                        Debtor(s)                                            (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Household furnishings | Ks. Stat. Ann. §60-2304(a) | $ 10,000.00 | $ 10,000.00 |
| Books, pictures, art items | Ks. Stat. Ann. §60-2304(a) | $ 200.00 | $ 200.00 |
| CDs/DVDs | Ks. Stat. Ann. §60-2304(a) | $ 20.00 | $ 20.00 |
| Clothing | Ks. Stat. Ann. §60-2304(a) | $ 600.00 | $ 600.00 |
| Wedding rings, bracelet, miscellaneous jewelry | Ks. Stat. Ann. §60-2304(b) | $ 1,200.00 | $ 1,200.00 |
| Water skis, fishing gear, cameras | Ks. Stat. Ann. §60-2304(a) | $ 200.00 | $ 200.00 |
| 529 Plan | 11 U.S.C. § 541(b)(6) | $ 323.00 | $ 323.00 |
| IRA | Ks. Stat. Ann. §60-2308 | $ 3,014.00 | $ 3,014.00 |
| 2007 Toyota FJ | Ks. Stat. Ann. §60-2304(c) | $ 18,000.00 | $ 18,000.00 |
| 2009 Toyota Rav4 | Ks. Stat. Ann. §60-2304(c) | $ 20,000.00 | $ 18,000.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,          Case No. _11-21003-dls-11_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 9760 Creditor # : 1 Bank of America PO Box 15184 Wilmington DE 19850-5184 | J | Deed of Trust Buffalo Rental Value: $ 259,600.00 | | | | $ 279,000.00 | $ 19,400.00 |
| Account No: 5964 Creditor # : 2 Bank of Versailles PO Box 29 Versailles MO 65084 | J | Deed of Trust Gentle Cove Lake House Value: $ 413,300.00 | | | X | $ 498,158.94 | $ 84,858.94 |
| Account No: 5964 Creditor # : 3 Bank of Versailles PO Box 29 Versailles MO 65084 | J | Deed of Trust Point Lot Value: $ 193,000.00 | | | X | $ 224,928.66 | $ 31,928.66 |
| 1    continuation sheets attached | | Subtotal $ (Total of this page) | | | | $ 1,002,087.60 | $ 136,187.60 |
| | | Total $ (Use only on last page) | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,      Case No. _11-21003-dls-11_
                                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *5652* <br><br> *Creditor # : 4* <br> *Citi Mortgage* <br> *PO Box 9438* <br> *Gaithersburg MD 20898* | | *5/2007* <br><br> *Deed of Trust* <br><br> *Residence* <br><br><br> Value: *$ 677,000.00* | *J* | | | *X* | *$ 743,627.00* | *$ 66,627.00* |
| Account No: *5652* <br><br> *Representing:* <br> *Citi Mortgage* | | *Millsap & Singer* <br> *11460 Tomahawk Creek Pkwy* <br> *Suite 300* <br> *Leawood KS 66211* <br><br> Value: | | | | | | |
| Account No: *2898* <br><br> *Creditor # : 5* <br> *Citi Mortgage* <br> *PO Box 9438* <br> *Gaithersburg MD 20898* | | *Deed of Trust* <br><br> *Cedar Lodge Rental* <br> *16961 Gentle Slopes Dr Gravois* <br> *Mills MO* <br><br> Value: *$ 373,400.00* | *J* | | | *X* | *$ 380,000.00* | *$ 6,600.00* |
| Account No: *2843* <br><br> *Creditor # : 6* <br> *CitiMortgage* <br> *PO Box 9438* <br> *Gaithersburg MD 20898* | | *Deed of Trust* <br><br> *Elk Lodge 16963 Gentle Slopes* <br> *Dr Gravois Mills MO* <br><br> Value: *$ 370,600.00* | *J* | | | *X* | *$ 380,000.00* | *$ 9,400.00* |
| Account No: <br><br> *Creditor # : 7* <br> *Cornerstone Bank* <br> *9120 West 135* <br> *Overland Park KS 66221* | *X* | *Deed of Trust* <br><br> *6325-6475 West 151st* <br> *(undeveloped land)* <br><br> Value: *$ 1,560,000.00* | *J* | | | *X* | *$ 1,000,000.00* | *$ 0.00* |
| Account No: *0001* <br><br> *Creditor # : 8* <br> *Toyota Financial Services* <br> *Bankruptcy Department* <br> *PO Box 8026* <br> *Cedar Rapids IA 52408-8026* | | *vehicle loan* <br> *2009 Toyota Rav4* <br><br><br> Value: *$ 18,000.00* | *J* | | | | *$ 5,000.00* | *$ 0.00* |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 2,508,627.00 | $ 82,627.00 |
| Total $ (Use only on last page) | $ 3,510,714.60 | $ 218,814.60 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re <u>Mark Stephen Neighbors and Shelly Kay Neighbors</u>,      Case No. <u>11-21003-dls-11</u>

                     **Debtor(s)**                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing a "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re <u>Mark Stephen Neighbors and Shelly Kay Neighbors</u> ,      Case No. <u>11-21003-dls-11</u>
                                   **Debtor(s)**                                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Morgan County Collector*<br>*PO Box 315*<br>*Versailles MO 65084* | J | *Real Estate Taxes* | | | | $ 5,726.61 | $ 5,726.61 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. *1* of *1* continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 5,726.61 | 5,726.61 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 5,726.61 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 5,726.61 | 0.00 |

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,  Case No. _11-21003-dls-11_
                 **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  5963 <br> Creditor # : 1 <br> Bank of Versailles <br> PO Box 29 <br> Versailles MO 65084 | | J | Personal Guaranty | | | X | $ 45,321.03 |
| Account No:  0378 <br> Creditor # : 2 <br> Central Bank of Lake of Ozarks <br> PO Box 207 <br> Osage Beach MO 65065 | X | J | Personal Guaranty | | | X | $ 720,000.00 |
| Account No:  6243 <br> Creditor # : 3 <br> Central Bank of Lake of Ozarks <br> PO Box 207 <br> Osage Beach MO 65065 | X | J | Personal Guaranty | | | X | $ 118,000.00 |
| Account No:  3064 <br> Creditor # : 4 <br> Central Bank of Lake of Ozarks <br> PO Box 207 <br> Osage Beach MO 65065 | X | J | Personal Guaranty | | | X | $ 196,010.00 |

_3_ continuation sheets attached

Subtotal $     $ 1,079,331.03

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,      Case No. _11-21003-dls-11_

                 **Debtor(s)**                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1703<br>Creditor # : 5<br>Central Bank of Lake of Ozarks<br>PO Box 207<br>Osage Beach MO 65065 | X | J | Personal Guaranty | | | X | $ 193,021.00 |
| Account No:<br>Creditor # : 6<br>Cornerstone Bank<br>9120 West 135<br>Overland Park KS 66221 | X | J | Personal Guaranty | | | X | $ 833,000.00 |
| Account No: 5217<br>Creditor # : 7<br>Cornerstone Bank<br>9120 West 135th<br>Overland Park KS 66221 | | J | Deficiency on real estate<br>Lot E9 Gravois Mills | | | X | $ 70,000.00 |
| Account No: 5217<br>Representing:<br>Cornerstone Bank | | | Susan DeCoursey<br>Cohen McNeil Pappas<br>4601 College Blvd #200<br>Leawood KS 66211 | | | | |
| Account No:<br>Creditor # : 8<br>Cornerstone CPA Services PA<br>ATTN: David Imhoff<br>6420 West 95th Suite 202<br>Overland Park KS 66212-1434 | X | J | 2010<br>Accounting fees | | | X | $ 24,000.00 |
| Account No:<br>Creditor # : 9<br>Erickson Solutions Group<br>10540 Marty<br>Suite 220<br>Overland Park KS 66212 | X | J | Computer service | | | X | $ 5,127.15 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of         Subtotal $      $ 1,125,148.15
Creditors Holding Unsecured Nonpriority Claims                           Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,     Case No. _11-21003-dls-11_
          **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7085<br>Creditor # : 10<br>Farmers Bank & Trust<br>14231 Metcalf Avenue<br>Overland Park KS 66223 | X | J | Personal Guaranty | | | | $ 185,635.00 |
| Account No: 0790<br>Creditor # : 11<br>First Federal Bank<br>PO Box 417024<br>Kansas City MO 64141 | X | J | Personal Guaranty | | | | $ 105,706.00 |
| Account No: 8750<br>Creditor # : 12<br>First Federal Bank<br>PO Box 417024<br>Kansas City MO 64141 | X | J | Personal Guaranty | | | | $ 80,843.00 |
| Account No: 8740<br>Creditor # : 13<br>First Federal Bank<br>PO Box 417024<br>Kansas City MO 64141 | X | J | Personal Guaranty | | | | $ 66,000.00 |
| Account No: 3065<br>Creditor # : 14<br>M Meara Welch Browne PC<br>800 West 47th<br>Suite 430<br>Kansas City MO 64112-1246 | | J | 2011<br>Accounting fees | | | X | $ 631.00 |
| Account No:<br>Creditor # : 15<br>Mark Murphy<br>7400 West 130th Street<br>Suite 130<br>Overland Park KS 66213-2659 | | J | Attorneys fees | | | X | $ 4,000.00 |

Sheet No. __2__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 442,815.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,         Case No. _11-21003-dls-11_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 16 <br> Nathan Garrett <br> Graves Bartle Marcus & Garrett <br> 1100 Main, Suite 2700 <br> Kansas City MO 64105 | | J | Attorney fees | | | X | $ 2,400.00 |
| Account No: 0064 <br> Creditor # : 17 <br> The Private Bank & Trust Co. <br> ATTN: John Slaid <br> 500 Chesterfield Center #100 <br> Chesterfield MO 63017 | X | J | Personal Guaranty | | | | $ 686,000.00 |
| Account No: 0061 <br> Creditor # : 18 <br> The Private Bank & Trust Co. <br> ATTN: John Slaid <br> 500 Chesterfield Center #100 <br> Chesterfield MO 63017 | X | J | Personal Guaranty | | | | $ 940,000.00 |
| Account No: <br> Creditor # : 19 <br> Village of Gentle Slopes <br> 14711 West 50 Street <br> Shawnee KS 66216 | | J | Homes Association Dues | | | X | $ 2,100.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,630,500.00

Total $     $ 4,277,794.18

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _**Mark Stephen Neighbors and Shelly Kay Neighbors**_ _____ / Debtor   Case No. _**11-21003-dls-11**_

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address,<br>Including Zip Code, of<br>Other Parties to Lease<br>or Contract. | Description of Contract or Lease and<br>Nature of Debtor's Interest.<br>State whether Lease is for Nonresidential Real Property.<br>State Contract Number of any Government Contract. |
|---|---|
| _**Neighbors Realty Co., Inc.**_ | Contract Type: _**Listing agreement**_<br>Terms: _**7%-10% commission for sale of real estate**_<br>Beginning date:<br>Debtor's Interest: _**Contract Party**_<br>Description:<br><br>Buyout Option: |

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ / Debtor  Case No. _11-21003-dls-11_
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Charlotte Neighbors_<br>_12892 Cambridge Circle_<br>_Leawood KS  66209_ | _Cornerstone Bank_<br>_9120 West 135_<br>_Overland Park KS  66221_ |
| _David Neighbors_<br>_7896 West 153_<br>_Overland Park KS  66223_ | _Cornerstone Bank_<br>_9120 West 135_<br>_Overland Park KS  66221_ |
| _Gentle Slopes Partners, LLC_ | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| _Marsha and David Baumgartner_<br>_11048 Nebo Road_<br>_Versailles MO  65084_ | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |
| | _Central Bank of Lake of Ozarks_<br>_PO Box 207_<br>_Osage Beach MO  65065_ |

In re <u>*Mark Stephen Neighbors and Shelly Kay Neighbors*</u>     / Debtor     Case No. <u>*11-21003-dls-11*</u>

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Metcalf 211, Inc.* | *The Private Bank & Trust Co.*<br>*ATTN: John Slaid*<br>*500 Chesterfield Center #100*<br>*Chesterfield MO  63017* |
| *Neighbors Investments, Inc.* | *Cornerstone Bank*<br>*9120 West 135*<br>*Overland Park KS  66221* |
| | *Cornerstone CPA Services PA*<br>*ATTN: David Imhoff*<br>*6420 West 95th Suite 202*<br>*Overland Park KS  66212-1434* |
| | *Erickson Solutions Group*<br>*10540 Marty*<br>*Suite 220*<br>*Overland Park KS  66212* |
| | *Farmers Bank & Trust*<br>*14231 Metcalf Avenue*<br>*Overland Park KS  66223* |
| | *First Federal Bank*<br>*PO Box 417024*<br>*Kansas City MO  64141* |
| | *First Federal Bank*<br>*PO Box 417024*<br>*Kansas City MO  64141* |
| | *First Federal Bank*<br>*PO Box 417024*<br>*Kansas City MO  64141* |
| *Stillwell Industrial LLC* | *The Private Bank & Trust Co.*<br>*ATTN: John Slaid*<br>*500 Chesterfield Center #100*<br>*Chesterfield MO  63017* |

In re *Mark Stephen Neighbors and Shelly Kay Neighbors*                    ,     Case No. *11-21003-dls-11*
_____
**Debtor(s)**                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Real Estate Sales & Developmt* | *Real Estate Sales/Interior Des* |
| Name of Employer | *Neighbors Realty/Neighbors Inv* | *Neighbors Realty, etc.* |
| How Long Employed | *32 years* | *32 years* |
| Address of Employer | *20924 Floyd* *Bucyrus KS  66013* | *20924 Floyd* *Bucyrus KS  66013* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 4,000.00 | $ | 4,000.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): *Health care provider* | $ | 927.33 | $ | 0.00 |
| *Disability* | $ | 9,338.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 14,265.33 | $ | 4,000.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | 14,265.33 | $ | 4,000.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | | $ | 18,265.33 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_ ,     Case No. _11-21003-dls-11_
         **Debtor(s)**                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,192.50 |
|    a. Are real estate taxes included?  Yes ☒  No ☐ | | |
|    b. Is property insurance included?  Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
|    b. Water and sewer | $ | 65.00 |
|    c. Telephone | $ | 30.00 |
|    d. Other  _Cell $300, Gas $150_ | $ | 450.00 |
|    Other  _Trash $40, Internet $60_ | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 125.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 455.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 300.00 |
|    b. Life | $ | 270.83 |
|    c. Health | $ | 1,800.00 |
|    d. Auto | $ | 116.67 |
|    e. Other | $ | 0.00 |
|    Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other:  _Lake Home_ | $ | 2,821.00 |
|    c. Other: | $ | 0.00 |
|    Line 13 Continuation Page Total (see continuation page for itemization) | $ | 9,090.91 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|    Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 18,991.91 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 18,265.33 |
|    b. Average monthly expenses from Line 18 above | $ | 18,991.91 |
|    c. Monthly net income (a. minus b.) | $ | (726.58) |

In re <u>Mark Stephen Neighbors and Shelly Kay Neighbors</u>         ,        Case No. <u>11-21003-dls-11</u>
                                          **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**13. (continuation) OTHER INSTALLMENTS**

| | |
|---|---|
| *Buffalo* | $                2,457.52 |
| *Point Lot* | $                453.39 |
| *Cedar* | $                3,100.00 |
| *Elk* | $                3,080.00 |
| **Line 13 Continuation Page Total (seen as line item "13" on Schedule J)** | $                9,090.91 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re *Mark Stephen Neighbors and Shelly Kay Neighbors*

Case No. *11-21003-dls-11*

Chapter *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 3,846,900.00 | | |
| B-Personal Property | Yes | 4 | $ 122,307.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 3,510,714.60 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 5,726.61 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 4,277,794.18 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 18,265.33 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 18,991.91 |
| TOTAL | | 20 | $ 3,969,207.00 | $ 7,794,235.39 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re *Mark Stephen Neighbors and Shelly Kay Neighbors*       Case No. *11-21003-dls-11*

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _Mark Stephen Neighbors and Shelly Kay Neighbors_
_____
Debtor

Case No. _11-21003-dls-11_
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _5/13/2011_

Signature _/s/ Mark Stephen Neighbors_
_Mark Stephen Neighbors_

Date: _5/13/2011_

Signature _/s/ Shelly Kay Neighbors_
_Shelly Kay Neighbors_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.