**SO ORDERED.**

**SIGNED this 18 day of May, 2011.**



_____Dale L. Somers_____
Dale L. Somers
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

```
In Re:                            )
                                  )
MARK STEPHEN NEIGHBORS            )   Case No.  11-21003
SHELLY KAY NEIGHBORS              )   Chapter 11
                                  )
         Debtors.                 )
```

### ORDER GRANTING MOTION FIXING DEADLINE TO FILE PROOF OF CLAIM

The Court takes up the Debtors' Motion to Set Deadline to File Proof of Claim.

The Court finds that on April 25, 2011, Debtors' Motion to Set Bar Date was mailed to all creditors and parties in interest listed on the Court's ECF system.

The Court further finds that no objections were filed.

The Court finds that good cause exists to grant the Motion.

IT IS ORDERED that the Debtors' Motion is granted and the deadline for for filing Proofs of Claim is set for August 15, 2011.

###

Submitted by:

KRIGEL & KRIGEL, P.C.

By /s/ Erlene W. Krigel
Erlene W. Krigel, KS #70425
4550 Belleview
Kansas City, MO 64111
Telephone: 816-756-5800
Facsimile: 816-756-1999
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTORS

O:\Neighbors, Mark and Shelly\Order on Motion to Set Bar Date 5-17-11

```
                         United States Bankruptcy Court
                              District of Kansas
In re:                                                        Case No. 11-21003-DLS
Mark Stephen Neighbors                                        Chapter 11
Shelly Kay Neighbors
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-2         User: kyolanda           Page 1 of 2          Date Rcvd: May 19, 2011
                             Form ID: pdf020          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2011.
```
db/jdb    +Mark Stephen Neighbors,   Shelly Kay Neighbors,   14761 Bond Street,
            Overland Park, KS 66221-9650
cr        +Cornerstone Bank,   Cohen McNeile & Pappas PC,   4601 College Blvd.,   Suite 200,
            Leawood, KS 66211-1650
6841272    Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
6841273   +Bank of Versailles,   PO Box 29,   Versailles, MO 65084-0029
6841274   +Central Bank of Lake of Ozarks,   PO Box 207,   Osage Beach, MO 65065-0200
6841275   +Citi Mortgage,   PO Box 9438,   Gaithersburg, MD 20898-9438
6886929   +CitiMortgage, Inc.,   PO Box 6941,   The Lakes, NV 88901-6941
6841276   +Cornerstone Bank,   Cohen McNeile & Pappas PC,   Attn Susan P DeCoursey,
            4601 College Blvd Ste 200,   Leawood KS 66211-1650
6841277    Cornerstone CPA Services PA,   ATTN: David Imhoff,   6420 West 95th Suite 202,
            Overland Park, KS 66212-1434
6878834   +Farmers Bank & Trust N.A.,   Heather S Esau Zerger Esq,   Zerger & Mauer LLP,
            1100 Main Suite 2100,   Kansas City MO 64105-5182
6841278   +Farmers Bank & Trust N.A.,   Heather S Esau Zerger, Esq,   1100 Main Ste 2100,
            Kansas City MO 64105-5182
6878835   +Farmers Bank & Trust N.A.,   14231 Metcalf Avenue,   Overland Park, KS 66223-3353
6841279   +First Federal Bank,   PO Box 417024,   Kansas City, MO 64141-7024
6841280    M Meara Welch Browne PC,   800 West 47th,   Suite 430,   Kansas City, MO 64112-1246
6841283   +Morgan County Collector,   PO Box 315,   Versailles, MO 65084-0315
6841284   +Nathan Garrett,   Graves Bartle Marcus & Garrett,   1100 Main, Suite 2700,
            Kansas City, MO 64105-5195
6841285   +Susan DeCoursey,   Cohen McNeil Pappas,   4601 College Blvd #200,   Leawood, KS 66211-1650
6841287  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
           (address filed with court: Toyota Financial Services,   Bankruptcy Department,   PO Box 8026,
            Cedar Rapids, IA 52408-8026)
6841286   +The Private Bank & Trust Co.,   ATTN: John Slaid,   500 Chesterfield Center #100,
            Chesterfield, MO 63017-4823
6857400    Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6841282   +E-mail/Text: bktyBNC@msfirm.com May 19 2011 23:51:09     Millsap & Singer,
            11460 Tomahawk Creek Pkwy,   Suite 300,   Leawood, KS 66211-7819
                                                                                            TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         BAC Home Loan Servicing, LP FKA Countrywide Home L
cr         CitiMortgage, Inc.
6841281  ##+Mark Murphy,   6710 West 121st,   Leawood, KS 66209-2002
                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2011          Signature:     *Joseph Speetjens*