**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS | ) | Case No. 11-21003-DLS-11 |
| SHELLY KAY NEIGHBORS | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AMENDED CERTIFICATE OF MAILING**

    The undersigned hereby certifies that on May 20, 2011, a copy of the Order Setting Bar Date For Filing Proofs Of Claim, the Proof of Claim form, and the appropriate instructions for completing said Proof of Claim form were mailed postage prepaid to all creditors listed on the Court's mailing matrix as listed below.

    KRIGEL & KRIGEL, P.C.

    /s/ Erlene W. Krigel
    Erlene W. Krigel,   No. 74025
    4550 Belleview
    Kansas City, Missouri 64111
    Telephone: (816) 756-5800
    Facsimile: (816) 756-1999

    ATTORNEYS FOR DEBTORS

Office of the US Trustee
301 N Main Suite 1150
Wichita KS 67202

Bank of America
PO Box 15184
Wilmington, DE 19850-5184

Bank of Versailles
PO Box 29
Versailles, MO 65084

Central Bank of Lake of Ozarks
PO Box 207
Osage Beach, MO 65065

CitiMortgage
PO Box 6941
The Lakes, NV 88901-6941

Citi Mortgage
PO Box 9438
Gaithersburg, MD 20898

Cornerstone Bank
9120 West 135th
Overland Park, KS 66221

| | |
|---|---|
| Cornerstone CPA Services PA<br>ATTN: David Imhoff<br>6420 West 95th Suite 202<br>Overland Park, KS  66212-1434 | The Private Bank & Trust Co.<br>ATTN: John Slaid<br>500 Chesterfield Center #100<br>Chesterfield, MO  63017 |

Cornerstone CPA Services PA
ATTN: David Imhoff
6420 West 95th Suite 202
Overland Park, KS  66212-1434

Farmers Bank & Trust
14231 Metcalf Avenue
Overland Park, KS  66223

Farmers Bank & Truste, N.A.
Heather S Esau Zerger Esq
Zerger & Mauer LLP
1100 Main Suite 2100
Kansas City, MO 64105-5182

First Federal Bank
PO Box 417024
Kansas City, MO  64141

M Meara Welch Browne PC
800 West 47th
Suite 430
Kansas City, MO  64112-1246

Mark Murphy
7400 West 130th
Suite 130
Overland Park, KS  66213

Millsap & Singer
11460 Tomahawk Creek Pkwy
Suite 300
Leawood, KS  66211

Morgan County Collector
PO Box 315
Versailles, MO  65084

Nathan Garrett
Graves Bartle Marcus & Garrett
1100 Main, Suite 2700
Kansas City, MO  64105

Susan DeCoursey
Cohen McNeil Pappas
4601 College Blvd #200
Leawood, KS  66211

The Private Bank & Trust Co.
ATTN: John Slaid
500 Chesterfield Center #100
Chesterfield, MO  63017

Toyota Financial Services
Bankruptcy Department
PO Box 8026
Cedar Rapids, IA  52408-8026

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

 /s/ Erlene W. Krigel
Erlene W. Krigel