UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | |
| Mark Stephen Neighbors ) | |
| Shelly Kay Neighbors ) | |
| ) | Case No. 11-21003-dls |
| Debtors, ) | |
| ) | Chapter 11 |
| CitiMortgage, Inc., or its Successors ) | |
| and Assigns ) | |
| ) | |
| Movant, ) | |

## AMENDED NOTICE OF OBJECTION DEADLINE ON MOTION FOR RELIEF FROM STAY

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay was filed herein by CitiMortgage, Inc., or its Successors and Assigns, a copy of which is attached to this notice.

NOTICE IS FURTHER GIVEN that unless a written objection and/or response is filed on or before **October 12, 2011**, which is twenty-one (21) days from the date this notice was mailed (with a copy to the undersigned), to the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, an order sustaining the motion will be submitted to the Court. A hearing will not be held on the motion unless an objection is timely filed with the Clerk. If a written objection and/or response is timely filed, the motion will be heard by nonevidentiary hearing before the Honorable Dale L. Somers, in United States Bankruptcy Court, District of Kansas, 161 U.S. Courthouse, 500 State Avenue, , Kansas City, KS 66101, on **November 18, 2011 at 1:30 PM** or as soon thereafter as counsel can be heard.

IF AN OBJECTION IS TIMELY FILED AND THE PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN EXCESS OF TEN (10) MINUTES, COUNSEL MUST FILE A WRITTEN MOTION FOR CONTINUANCE (WITH A CERTIFICATE OF MAILING TO OPPOSING COUNSEL AND THE TRUSTEE) SETTING OUT THE LENGTH OF TIME REQUIRED FOR SUCH HEARING, AND A PROPOSED ORDER OF CONTINUANCE.

1

Dated September 21, 2011

        Millsap & Singer, LLC

        */s/ Cynthia M. Woolverton*
        Cynthia M. Woolverton, #21445
        612 Spirit Drive
        St. Louis, MO  63005
        Telephone:   (636) 537-0110
        Facsimile:     (636) 537-0067
        bktyks@msfirm.com

        Attorneys for CitiMortgage, Inc., or its
        Successors and Assigns

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on September 21, 2011, with the United States Bankruptcy Court for the District of Kansas, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and has been served by depositing a true copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Mark Stephen Neighbors
Shelly Kay Neighbors
14761 Bond Street
Overland Park, KS 66221

Erlene W. Krigel
Krigel & Krigel
Attorney for Debtors
4550 Belleview Ave
Kansas City, MO 64111
ekrigel@krigelandkrigel.com

Richard A. Wieland
301 North Main
Suite 1150
Wichita, KS 67202

　　　　　　　　　　　　　　　　　*/s/ Cynthia M. Woolverton*