# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **MARK STEPHEN NEIGHBORS AND** | ) | |
| **SHELLY KAY NEIGHBORS** | ) | |
| | ) | **Case No. 11-21003** |
| **Debtors.** | ) | |
| | ) | |

## WITHDRAWAL OF PROOF OF CLAIM # 6

COMES NOW Farmers Bank & Trust, N.A., by and through counsel, Steven E. Mauer of

Zerger & Mauer, LLP, and hereby withdraws its Proof of Claim #6 filed on May 11, 2011.

Respectfully submitted,

**ZERGER & MAUER LLP**

By:_____

Steven E. Mauer        KS #22369
1100 Main Street, Suite 2100
Kansas City, MO  64105
Telephone:  816.759.3300
Facsimile:  816.759.3399
semauer@zergermauer.com

ATTORNEYS FOR FARMERS BANK
& TRUST, N.A.

23268