IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE:                                          )
MARK STEPHEN NEIGHBORS AND                      )
SHELLY KAY NEIGHBORS                            )
                                                )    Case No. 11-21003
             Debtors.                           )
                                                )
                                                )

## WITHDRAWAL OF PROOF OF CLAIM # 24

COMES NOW Farmers Bank & Trust, N.A., by and through counsel, Steven E. Mauer of Zerger & Mauer, LLP, and hereby withdraws its Proof of Claim #24 filed on May 11, 2011.

Respectfully submitted,

**ZERGER & MAUER LLP**

By: /s/ signature

Steven E. Mauer    KS #22369
1100 Main Street, Suite 2100
Kansas City, MO 64105
Telephone: 816.759.3300
Facsimile: 816.759.3399
semauer@zergermauer.com

ATTORNEYS FOR FARMERS BANK
& TRUST, N.A.

23268