

**TOYOTA**
FINANCIAL SERVICES

19001 South Western Avenue
P.O. Box 2958
Torrance, CA 90509

January 8, 2015

Shelly Neighbors
14761 Bond St.
Overland Park, KS 66221

RE: Case # 11-21003

Dear : Shelly Neighbors

Toyota Motor Credit Corporation (TMCC) account has been paid in full as of 01/07/15. Please note on your records that there is a zero balance on the account and a request to have the title released has been submitted. The title will be released as soon as funds are verified. If you have any further questions/concerns, please contact the number below.

Thank you for your cooperation in this matter.

Sincerely,


Richard Zupancic
Asset Protection Analyst
1-800-874-8822 x 68635
Fax- 310-381-7220

RECEIVED
FEB 0 5 2016
U.S. Bankruptcy Court
Kansas City, KS

# KANSAS
**DEPARTMENT OF REVENUE**
**DIVISION OF VEHICLE**
**TOPEKA, KANSAS 66626-0001**
www.ksrevenue.org

# LIEN RELEASE

Fax # For Liens (785) 296-2383



RECEIVED FEB 05 2016 U.S. Bankruptcy Court Kansas City, KS

VIN: JTMZF33VX9D009843      Year: 2009      Make: TOYOTA

**OWNER'S INFORMATION** (Last, First, Middle Initial)

Name: MARK NEIGHBORS

Name: SHELLY NEGHBORS

14761 BOND ST      OVERLAND PARK      KS      66221-9650
Address                City            State      ZIP

**LIENHOLDER INFORMATION:** The lienholder listed below certifies that their lien for the vehicle listed herein for the owner(s) shown above has been satisfied and is hereby released.

Lienholder Name: TOYOTA MOTOR CREDIT CORPORATION

Signed by: GANDERSON    Toyota Motor Credit Corporation

Subscribed and Sworn before me this 17 day of April, 2015.

Notary Public _____ County Maricopa State AZ

My Commission expires on 8/8/18

OFFICIAL SEAL
ERIKA SCOTT
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY

**TITLE TO BE MAILED TO:** REQUIRED (Must be completed)

NAME: _____

MAILING ADDRESS: _____

CITY, STATE, AND ZIP CODE: _____

## INSTRUCTIONS

- The release of lien for a previously **issued paper title** may be accomplished by attaching this completed form to the title, or by completing the lien release section on the face of the title. The title and/or accompanying release should be forwarded to the person satisfying the lien, or purchasing the vehicle.

- The release of lien for an **electronic title** may be accomplished by providing this completed form to the person who satisfied the lien, purchased the vehicle, or requested the release, and/or by faxing it to the Title & Registration Bureau at (785) 296-2383.

- The mailing instructions for the title must be completed. Please do not fax the release more than once.

TR-150 (0107)                                            4396KS (02/13)