## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                                          )
**NEIGHBORS, MARK STEPHEN**          )          **Case No. 11-21003 DLS**
**NEIGHBORS, SHELLY KAY**             )
        **Debtor(s).**         )

## MOTION TO SHORTEN NOTICE PERIOD ON TRUSTEE'S
## MOTION TO COMPEL AND MOTION FOR TURNOVER

**COMES NOW** Patricia E. Hamilton, Chapter 7 Trustee in the above-referenced bankruptcy case and moves the Court for an order shortening the notice period on the Motion to Compel and Motion for Turnover. In support of her Motion, the Trustee states:

1.      Debtor filed a voluntary Chapter 11 petition on April 12, 2011 (the "Filing Date").

2.      Patricia E. Hamilton was appointed the case trustee and continues as of the date of this Motion to serve as the duly authorized case trustee of this estate.

3.      On December 23, 2015, the case was ordered converted to a Chapter 7.

4.      On April 19, 2016, the Trustee filed a Motion to Employ Accountant. Debtors, through their Counsel filed a Response and the Court reset the hearing to be held on May 26, 2016 at 2:30 pm.

5.      Trustee requests the Court grant her a shortened notice period for the Motion to Compel and Motion for Turnover to allow these issues to be addressed on the same hearing date. Additionally, the Trustee requests that the Court set the objection deadline for the Motion to Compel and Motion for Turnover as May 24, 2016, at 5:00 PM.

6.      The request is in the best interest of the estate. Trustee seeks to minimize the additional time to the estate by shortening the notice period for objection to assist in the

Case 11-21003   Doc# 558   Filed 05/06/16   Page 1 of 3

administration of the estate, to avoid unnecessary delay, and to prevent harm or prejudice to creditors of the estate.

 **WHEREFORE**, the Trustee respectfully requests the Court issue an order shortening the notice period on her Motion to Compel and Motion for Turnover to May 24, 2016, at 5:00 PM, set a hearing on May 26, 2016, at 2:30 PM, and for such further and additional relief as is just and equitable.

Respectfully submitted,

 s/ Patricia E. Hamilton
Patricia E. Hamilton (KS Bar #13263)
917 SW Topeka Blvd.
Topeka, KS 66612
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Chapter 7 Trustee

**<u>CERTIFICATE OF SERVICE</u>**

 The undersigned does hereby certify that a true and correct copy of the Trustee's Motion to Shorten Notice Period was filed electronically on May 6, 2016, with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

 Further, I certify that a copy of the Trustee's Motion to Shorten Notice Period was served by U.S. Mail, first class postage prepaid and properly addressed to those parties listed below:

Neighbors, Mark Stephen
14761 Bond St.
Overland Park, KS 66221

Neighbors, Shelly Kay
14761 Bond St.
Overland Park, KS 66221

 s/ Patricia E. Hamilton
Patricia E. Hamilton

2

3