IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
  NEIGHBORS, MARK STEPHEN            Case No:   11-21003 DLS
  NEIGHBORS, SHELLY KAY

        Debtor(s).

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON
TRUSTEE'S MOTION TO SHORTEN NOTICING PERIOD**

    NOTICE IS HEREBY GIVEN that if no written objection and/or response thereto is filed with the Clerk of U.S. Bankruptcy Court, U.S. Courthouse, 500 State Ave., Kansas City, Kansas 66101, and received by the Chapter 7 Trustee, Patricia E. Hamilton (undersigned) within eitheen (18) days from the date of this Notice **on or before May 24, 2016**, the **Trustee's Motion** will be granted by entry of an order to be prepared and submitted by the Trustee. **If an objection is timely filed, a <u>nonevidentiary hearing</u>** will be held before the U.S. Bankruptcy Court, U.S. Courthouse, 500 State Ave., Rm. 144, Kansas City, Kansas 66101, on **May 26, 2016, at 2:30 p.m.**, or as soon thereafter as the same may be heard.

    **Please be advised that a hearing will not be held unless an objection and/or response is timely filed with the Clerk. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance.**

                                        Respectfully submitted,
                                        s/ Patricia E. Hamilton
                                        Patricia E. Hamilton KS #13263
                                        917 SW Topeka Blvd.
                                        Topeka, KS 66612
                                        785-408-8000 phone; 408-8003 fax
                                        phamilton@stevensbrand.com
                                        Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that a true and correct copy of the Notice with Opportunity for Hearing was filed electronically on May 6, 2016 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

    Further, I certify that a copy of the Notice with Opportunity for Hearing was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

NEIGHBORS, MARK STEPHEN
14761 BOND STREET
OVERLAND PARK, KS 66221

NEIGHBORS, SHELLY KAY
14761 BOND STREET
OVERLAND PARK KS 66221

                                        s/ Patricia E. Hamilton
                                        Patricia E. Hamilton #13263