# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:
  NEIGHBORS, MARK STEPHEN          Case No:   11-21003 DLS
  NEIGHBORS, SHELLY KAY

       Debtor(s).

## TRUSTEE'S MOTION TO COMPEL

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee, for her Motion to Compel, states:

1. Debtors filed a voluntary Chapter 11 on April 12, 2011.

2. On December 23, 2015, the case was ordered converted to a Chapter 7.

3. The § 341 meeting in the converted case was originally scheduled for January 21, 2016. However, the meeting was continued and held on March 3, 2016. At the March 3 meeting, the Trustee requested the Debtors produce a number of documents.

4. Amended schedules were filed on February 17, 2016.

5. On April 12, 2016, the Trustee sent a list of the requested documents from the March 3, 2016 meeting to Debtors' counsel.

6. On May 5, 2016, the Trustee conducted a continued § 341 meeting. The Debtor, Mark Neighbors, appeared in person and with his counsel. No documents were provided to the Trustee prior to the meeting or at the meeting. Upon information and belief, Mr. Neighbors testified that he would not provide documents to the Trustee on the basis that there is an appeal pending in regard to the conversion. Upon information and belief, Mr. Neighbors also stated that he would not provide the requested information and documentation on the basis that there are no unsecured creditors in the case.

7. The Trustee requests the Court enter an order compelling the Debtors' to provide the information and documentation set out below.

8. The information and documentation is necessary for the effective administration of the case.

9. The Debtors have a duty to cooperate with the Trustee and to provide information and documents as requested by the Trustee.

10. The Trustee requests that the Court order the Debtors to produce the following documents within fourteen (14) days of the entry of an order on this Motion to Compel:

    a. Documents forming and restating the Mark S. and Shelly K. Neighbors Trust;

    b. Debtors' Agreement(s) with Platinum Realty;

    c. For each of the following LLC's: (1) Current operating agreements; (2) list of current members; (3) list of current assets, and (4) list of current liabilities -- Canyon Ranch, LLC, Gentle Slopes Builders, LLC, Gentle Slopes Partners, LLC; Mark S. and Shelly K. Neighbors LLC; Shelly K. and Mark S. Neighbors LLC; Metcalf 211, LLC, and Stillwell Industrial, LLC;

    d. Any documents related to M&D Partnership;

    e. For of the following corporation: (1) Articles of incorporation; (2) list of current members; (3) list of current assets, and (4) list of current liabilities -- Canyon Development, Inc.; Neighbors Investment Inc., Neighbors Group, Inc.; Neighbors Realty Co Inc.;

    f. Report showing development fees received by Mr. and/or Mrs. Neighbors in connection with Canyon Ranch;

g. Documents regarding Jim Neighbors' (Mr. Neighbor's father) loans to Canyon Ranch, including a deed of trust;

h. 2015 tax return and request for extension for filing 2015 tax return;

i. Documents regarding settlement with Bank of Versailles in connection with transfers of Point Lot 9, Gentle Cove Lake House 30081, and/or Lot 13 B & B Subdivision and receipt of funds related to the settlement;

j. Documents which the Neighbors believe reflect fraud or misappropriation of funds in regard to the Bank of Versailles accounts;

k. Debtors' son's address where 1974 Century Boat is stored and

l. Name of maintenance company or person with keys to the "E-5 property."

WHEREFORE, the Trustee requests the Court enter an Order compelling the Debtors to comply as requested herein and provide the requested documents within fourteen (14) days of the entry of an order on this Motion, and for such other relief as is just and equitable.

Respectfully submitted,
s/ Patricia E. Hamilton
Patricia E. Hamilton KS #13263
917 SW Topeka Blvd.
Topeka, KS 66612
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

       The undersigned does hereby certify that a true and correct copy of the Trustee's Motion to Compel was filed electronically on May 6, 2016 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

       Further, I certify that a copy of the Trustee's Motion to Compel was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

NEIGHBORS, MARK STEPHEN
14761 BOND STREET
OVERLAND PARK, KS 66221

NEIGHBORS, SHELLY KAY
14761 BOND STREET
OVERLAND PARK KS 66221

                                            s/ Patricia E. Hamilton
                                            Patricia E. Hamilton #13263