IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
LAWRENCE, BUTCH                                    Case No:   16-20009    DLS

                    Debtor(s).

## WITHDRAWAL OF TRUSTEE'S NOTICE ON MOTION TO SHORTEN TIME

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee, and withdraws the Notice on Motion to Shorten Time filed in the above-captioned matter on May 6, 2016, as it was filed in error.

WHEREFORE, the Trustee withdraws the Notice on Motion To Shorten Time filed May 6, 2016.

                              Respectfully submitted,
                              s/ Patricia E. Hamilton
                              Patricia E. Hamilton KS #13263
                              917 SW Topeka Blvd.
                              Topeka, KS  66612
                              785-408-8000 phone; 408-8003 fax
                              phamilton@stevensbrand.com
                              Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Withdrawal of Trustee's Notice on Motion to Shorten Time was filed electronically on May 9, 2016 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the Withdrawal of Trustee's Motion for Turnover was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

Neighbors, Mark Stephen
14761 Bond Street
Overland Park, KS 66221

Neighbors, Shelly Kay
14761 Bond Street
Overland Park, KS 66221

                              s/ Patricia E. Hamilton
                              Patricia E. Hamilton #13263