IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
NEIGHBORS, MARK STEPHEN           Case No:   11-21003    DLS
NEIGHBORS, SHELLY KAY

    Debtor(s).

## WITHDRAWAL OF TRUSTEE'S NOTICE ON MOTION TO SHORTEN TIME AND NOTICE TO WITHDRAWAL

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee, and withdraws Doc#562 for improper case caption and Withdrawals Doc#559 Notice on Motion to Shorten Time as Trustee still wishes to withdrawal the original Notice filed on Motion to Shorten Time.

WHEREFORE, the Trustee withdraws Doc#562 and Doc#559 filed May 9, 2016.

Respectfully submitted,
s/ Patricia E. Hamilton
Patricia E. Hamilton KS #13263
917 SW Topeka Blvd.
Topeka, KS  66612
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Withdrawal of Trustee's Withdrawal Notices was filed electronically on May 10, 2016 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.
Further, I certify that a copy of the Withdrawal of Trustee's Notices was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

Neighbors, Mark Stephen
14761 Bond Street
Overland Park, KS 66221

Neighbors, Shelly Kay
14761 Bond Street
Overland Park, KS 66221

s/ Patricia E. Hamilton
Patricia E. Hamilton #13263