**SO ORDERED.**

**SIGNED this 9th day of May, 2016.**



_____
Dale L. Somers
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| NEIGHBORS, MARK STEPHEN | ) | Case No. 11-21003 DLS |
| NEIGHBORS, SHELLY KAY | ) | |
| Debtor(s). | ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD ON TRUSTEE'S MOTION TO COMPEL AND MOTION FOR TURNOVER

NOW COMES on the Motion of Trustee for an Order to Shorten Notice Period on Trustee's Motion to Compel and Motion for Turnover to May 24, 2016. After being well and duly advised and for good cause shown, the Court grants the Motion for Shortened Notice Period.

IT IS SO ORDERED.

# # # #

Prepared and approved by:s/Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Counsel for Chapter 7 Trustee

# United States Bankruptcy Court
## District of Kansas

In re:  
Mark Stephen Neighbors  
Shelly Kay Neighbors  
    Debtors

Case No. 11-21003-DLS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1083-2     User: shawna     Page 1 of 2     Date Rcvd: May 09, 2016  
Form ID: pdf020     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2016.
```
jdb        +Shelly Kay Neighbors,   14761 Bond Street,   Overland Park, KS 66221-9650
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db         +E-mail/PDF: marksneighbors@gmail.com May 09 2016 21:20:51     Mark Stephen Neighbors,
            14761 Bond Street,   Overland Park, KS 66221-9650
                                                                                            TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2016 at the address(es) listed below:

      Andrew W Muller    on behalf of Creditor    The Private Bank and Trust Company andrew.muller@stinsonleonard.com, lori.hendrix@stinsonleonard.com  
      Austin B Hayden    on behalf of Creditor    Cornerstone Bank ahayden@cmplaw.net, jdavis@cmplaw.net;gpappas@cmplaw.net  
      Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com, paralegal@hoorfarlaw.com  
      Carrie D. Mermis    on behalf of Creditor    Nationstar Mortgage LLC cdm@mllfpc.com, bankruptcy@mllfpc.com  
      Cassandra L. Writz    on behalf of Defendant    Nationstar Mortgage LLC clwritz@bryancave.com, mafosdick@bryancave.com,janice.gold@bryancave.com  
      Catherine C Whittaker    on behalf of Creditor    Bank of Versailles cwhittaker@shb.com, dnunn@shb.com  
      Christopher S Stover    on behalf of Creditor    Bank Of America, N.A. spence@spencestoverlaw.com  
      Christopher S Stover    on behalf of Defendant    Nationstar Mortgage LLC spence@spencestoverlaw.com  
      Christopher S Stover    on behalf of Counter-Claimant    Nationstar Mortgage, LLC. spence@spencestoverlaw.com  
      Christopher S Stover    on behalf of Creditor    Nationstar Mortgage, LLC spence@spencestoverlaw.com  
      Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com, Tina@emlawkc.com;jeff@evans-mullinix.com  
      Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com, Tina@emlawkc.com;jeff@evans-mullinix.com  
      Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com, Tina@emlawkc.com;jeff@evans-mullinix.com  
      Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com, Tina@emlawkc.com;jeff@evans-mullinix.com

```
District/off: 1083-2                 User: shawna                 Page 2 of 2                 Date Rcvd: May 09, 2016
                                     Form ID: pdf020              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Cynthia M Woolverton    on behalf of Creditor    BAC Home Loan Servicing, LP FKA Countrywide Home Loans Servicing, LP bkty@msfirm.com, cwoolverton@ecf.courtdrive.com
      Cynthia M Woolverton    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com, cwoolverton@ecf.courtdrive.com
      Cynthia M Woolverton    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com, cwoolverton@ecf.courtdrive.com
      Eric L. Johnson    on behalf of Creditor    CitiMortgage, Inc. ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
      Eric L. Johnson    on behalf of Interested Party    CitiFinancial ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
      Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
      Frank Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com, lstevenson@brlawkc.com
      Frank Wendt    on behalf of Creditor    Bank of Versailles fwendt@brlawkc.com, lstevenson@brlawkc.com
      George D. Halper    on behalf of Interested Party    Cornerstone CPA ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
      George D. Halper    on behalf of Interested Party David Imhoff ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
      George D. Halper    on behalf of Interested Party    Cornerstone 360 ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
      Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC Jennifer.Berhorst@bryancave.com, ecf_kc@bryancave.com
      Kenneth C. Jones    on behalf of Creditor    First Federal Bank FSB kcjones@lewisricekc.com, vlbates@lewisricekc.com
      Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com
      Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com
      LaKisha Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com
      Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com, jobaker@logs.com
      Mark Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com, mwarnecker@shb.com;truskamp@shb.com
      Mark Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com, mwarnecker@shb.com;truskamp@shb.com
      Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
      Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com, ecfsaderlawfirm@gmail.com;abuente@saderlawfirm.com;cpalmer@saderlawfirm.com
      Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com
      P. Glen Smith    on behalf of Creditor    Central Bank of Lake of the Ozarks glen.smith@huschblackwell.com, cynthia.houser@huschblackwell.com;tricie.loudon@huschblackwell.com
      Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com, ks12@ecfcbis.com
      Patricia E Hamilton    phamilton@stevensbrand.com, ks12@ecfcbis.com
      Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov, richard.wieland@usdoj.gov
      Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com, hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com
      U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
      William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com, WHolmes@ecf.courtdrive.com
      William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com, WHolmes@ecf.courtdrive.com
      William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com, WHolmes@ecf.courtdrive.com

      TOTAL: 52