IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
NEIGHBORS, MARK STEPHEN ) Case No. 11-21003
NEIGHBORS, SHELLY KAY, )
)
Debtors. )
)

**TRUSTEE'S SUPPLEMENT TO TRUSTEE'S MOTION FOR TURNOVER**

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee (the "Trustee"), and for her Supplement to Motion for Turnover, states:

1. In Paragraph 14 of the Trustee's Motion for Turnover, it requests turnover of $45,000 in regards to the Beadle settlement agreement. Debtors provided documents evidencing the fact that the Beadle Settlement Agreement funds were deposited to their Mainstreet Credit Union account.

2. The Trustee requested the Court issue an order that Mainstreet Credit Union Bank be directed to turn over the proceeds of the Beadle settlement approved on January 25, 2016 in the amount of $45,000. Attached as Exhibit A, is a copy of the check and transaction summary for that account.

3. The Trustee has discovered that in April the Neighbors transferred $22,500 to UMB Bank, N.A. from the Mainstreet Credit Union Bank account where the Beadle settlement funds were held (the "Transferred Funds").

4. Trustee request the Court issue an order for turnover of the $22,500 representing the Transferred Funds, transferred by the Debtors, from Mainstreet Credit Union to UMB Bank, N.A.

1

or alternately to freeze the UMB Bank, N.A. account up to the amount transferred from the Mainstreet Credit Union account.

WHEREFORE, the Trustee requests the Court to order turnover of the Transferred Funds or alternately to freeze the UMB Bank, N.A. account up to the amount of the Transferred Funds, and for such other and further relief as is just and equitable.

Respectfully submitted,

s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
*Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this 19th day of May 2016, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

s/ Patricia E. Hamilton



Date:04-11-2016 Account:1210000621366 Amount:$22,500.00 Sequence:3007618 Serial:2503 TR:301079183 Trancode:0

Date:04-11-2016 Account:1210000621366 Amount:$22,500.00 Sequence:3007618 Serial:2503 TR:301079183 Trancode:0

EXHIBIT A

## NEIGHBORS, MARK S Transaction Summary

05/06/2016

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | %% APYE Avg Daily Bal | 30,045.76 | | | | | | |
| | | | %% APY Earned 0.23% 04/01/16 to 04/30/16 | | | | | | | 22,545.76 |
| 04/30/2016 | S 21 | 04/30/2016 | Dividend Dep... | 5.56 | 5.56 | 0.00 | 0.00 | 22,551.32 | Tiered Rate | 45,045.76 |
| 04/11/2016 | S 21 | 04/11/2016 | Draft Withdra... | 22,500.00 | -22,500.00 | 0.00 | 0.00 | 22,545.76 | Draft Number: 002503 | |
| | | | %% APYE Avg Daily Bal | 45,036.19 | | | | | | |
| | | | %% APY Earned 0.25% 03/01/16 to 03/31/16 | | | | | | | 45,036.19 |
| 03/31/2016 | S 21 | 03/31/2016 | Dividend Dep... | 9.57 | 9.57 | 0.00 | 0.00 | 45,045.76 | Tiered Rate | |
| | | | %% APYE Avg Daily Bal | 45,027.24 | | | | | | |
| | | | %% APY Earned 0.25% 02/01/16 to 02/29/16 | | | | | | | 45,027.24 |
| 02/29/2016 | S 21 | 02/29/2016 | Dividend Dep... | 8.95 | 8.95 | 0.00 | 0.00 | 45,036.19 | Tiered Rate | |
| | | | %% APYE Avg Daily Bal | 45,017.68 | | | | | | |
| | | | %% APY Earned 0.25% 01/01/16 to 01/31/16 | | | | | | | 45,017.68 |
| 01/31/2016 | S 21 | 01/31/2016 | Dividend Dep... | 9.56 | 9.56 | 0.00 | 0.00 | 45,027.24 | Tiered Rate | |
| | | | %% APYE Avg Daily Bal | 42,557.03 | | | | | | |
| | | | %% APY Earned 0.25% 12/01/15 to 12/31/15 | | | | | | | 45,008.64 |
| 12/31/2015 | S 21 | 12/31/2015 | Dividend Dep... | 9.04 | 9.04 | 0.00 | 0.00 | 45,017.68 | Tiered Rate | |
| | | | Check Received 9,500.00 | | | | | | | 35,508.64 |
| 12/16/2015 | S 21 | 12/16/2015 | Check Deposit | 9,500.00 | 9,500.00 | 0.00 | 0.00 | 45,008.64 | | 45,008.64 |
| 12/08/2015 | S 21 | 12/08/2015 | Draft Withdra... | 9,500.00 | -9,500.00 | 0.00 | 0.00 | 35,508.64 | Draft Number: 002501 | |
| | | | %% APYE Avg Daily Bal | 45,000.00 | | | | | | |
| | | | %% APY Earned 0.25% 11/03/15 to 11/30/15 | | | | | | | 45,000.00 |
| 11/30/2015 | S 21 | 11/30/2015 | Dividend Dep... | 8.64 | 8.64 | 0.00 | 0.00 | 45,008.64 | Tiered Rate | |
| 11/03/2015 | S 01 | 11/03/2015 | %% Checks Cashed 001 for | | 19.84 | | | | | |
| 11/03/2015 | S 01 | 11/03/2015 | Check Received 19.84 | | | | | | | |
| 11/03/2015 | S 01 | 11/03/2015 | Check Received 138.01 | | | | | | | |
| 11/03/2015 | S 01 | 11/03/2015 | %% Checks Cashed 001 for | | 138.01 | | | | | |
| | | | Check Received 45,000.00 | | | | | | | 0.00 |
| 11/03/2015 | S 21 | 11/03/2015 | Check Deposit | 45,000.00 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | | -5.00 |
| 11/03/2015 | S 01 | 11/03/2015 | Cash Deposit | 10.00 | 10.00 | 0.00 | 0.00 | 10.00 | | |