IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
NEIGHBORS, MARK STEPHEN ) Case No. 11-21003
NEIGHBORS, SHELLY KAY, )
)
Debtors. )
)

**TRUSTEE'S SECOND SUPPLEMENT TO TRUSTEE'S MOTION FOR TURNOVER**

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee (the "Trustee"), and for her Second Supplement to Motion for Turnover, states:

1. On Thursday, May 26, 2016, the Trustee received an email message from the Debtors sent from the email address shellyneighbors@gmail.com. A copy of the message is attached hereto as **Exhibit A**.

WHEREFORE, the Trustee renews her request for entry of an order granting the relief requested in the Trustee's Motion for Turnover, and for such other and further relief as is just and equitable.

Respectfully submitted,

s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
*Chapter 7 Trustee*
*Counsel for the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this 26th day of May 2016, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as

1

set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas, and a copy was mailed to:

Mark & Shelly Neighbors
14761 Bond
Overland Park, KS 66221

                                             s/ Patricia E. Hamilton

2

| | |
|---|---|
| **From:** | Shelly Neighbors [shellyneighbors@gmail.com] |
| **Sent:** | Thursday, May 26, 2016 8:22 AM |
| **To:** | Patricia E. Hamilton; Colleen Smalley; Andrea Boyd |
| **Subject:** | E-5 16959 Gentle Slopes Drive, Gravois Mills, MO |
| **Attachments:** | CitiMortgage 2012 Tax Return 2012- E5-16959 Gentle Slopes Dr.pdf |

Patricia,

I was unable to attend the 341 meeting last week due to illness.

I wanted to make certain the Court and you and your firm had the facts in regard to my property.

Attached is my Tax Return for Full Satisfaction of Debt that occurred in February of 2012.

As you can see it is clear on form 1099C on 3/12/2012 there was a Cancellation of Debt.

CitiMortgage and Judge Somers have identified in several filings in 2015 that there is a shortage of debt owed by us from the short sale that occurred in February 2012, they are using this as being the basis to create an UnSecured Creditor. This should clear this up.

E-5, the subject home you are attempting to Foreclosure, Change the Locks, Trespass on was Fully Satisfied on or before 3/12/2012.

We have No UnSecured Creditors and we Object to your actions.

Please Cease your Actions Immediately.
Respectively,
Shelly & Mark Neighbors

5/26/2016


EXHIBIT A

| | |
|---|---|
| **From:** | Shelly Neighbors [shellyneighbors@gmail.com] |
| **Sent:** | Thursday, May 26, 2016 8:22 AM |
| **To:** | Patricia E. Hamilton; Colleen Smalley; Andrea Boyd |
| **Subject:** | E-5 16959 Gentle Slopes Drive, Gravois Mills, MO |
| **Attachments:** | CitiMortgage 2012 Tax Return 2012- E5-16959 Gentle Slopes Dr.pdf |

Patricia,

I was unable to attend the 341 meeting last week due to illness.

I wanted to make certain the Court and you and your firm had the facts in regard to my property.

Attached is my Tax Return for Full Satisfaction of Debt that occurred in February of 2012.

As you can see it is clear on form 1099C on 3/12/2012 there was a Cancellation of Debt.

CitiMortgage and Judge Somers have identified in several filings in 2015 that there is a shortage of debt owed by us from the short sale that occurred in February 2012, they are using this as being the basis to create an UnSecured Creditor. This should clear this up.

E-5, the subject home you are attempting to Foreclosure, Change the Locks, Trespass on was Fully Satisfied on or before 3/12/2012.

We have No UnSecured Creditors and we Object to your actions.

Please Cease your Actions Immediately.
Respectively,
Shelly & Mark Neighbors

5/26/2016



EXHIBIT A

CITIMORTGAGE, INC.
PO BOX 6243
SIOUX FALLS SD 57117-6243

**IMPORTANT TAX RETURN INFORMATION BELOW**

00047881 BB 1OZ 01B SIS0080D AM1 010

SHELLY NEIGHBORS
14761 BOND ST
OVERLAND PARK KS 66221-9650

CitiMortgage, Inc.
For Information Call: 1-800-283-7918 **
Customer Service Hours:
    Monday - Friday 7:00 AM - 12:00 MIDNIGHT ET
    Saturday 8:00 AM - 8:00 PM ET
    Sunday 10:00 AM - 10:00 PM ET
TTY Services: Dial 711 from the US;
    Dial 1-866-280-2050 from Puerto Rico
Or visit our Website at WWW.CITIMORTGAGE.COM

Account Number(s): 2004002898

Property Address:
E-5 GENTLE SLOPES DRIVE
GRAVOIS MILLS MO 65037

☐ **CORRECTED (if checked)**

| RECIPIENT'S/LENDER'S name, address, and telephone number | ** Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **2012** Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|
| CITIMORTGAGE, INC.<br>PO BOX 6243<br>SIOUX FALLS SD 57117-6243<br>CUSTOMER SERVICE: 1-800-283-7918** | | | |
| RECIPIENT'S federal identification no.<br>13-3222578 | PAYER'S social security number<br>XXX-XX-0889 | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$ 717.72 | **Copy B**<br>For Payer/Borrower |
| PAYER'S/BORROWER'S name<br>SHELLY NEIGHBORS | | 2 Points paid on purchase of principal residence<br>$ | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| Street address (including apt. no.)<br>14761 BOND ST | | 3 Refund of overpaid interest<br>$ | |
| City, state and ZIP code<br>OVERLAND PARK, KS 66221-9650 | | 4 | |
| Account number (see instructions)<br>2004002898 | | | |

Form **1098**      (keep for your records)      Department of the Treasury - Internal Revenue Service

**Annual Tax and Interest Statement**     SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| PRINCIPAL BALANCE INFORMATION | | INTEREST INFORMATION | | REAL ESTATE TAX INFORMATION | |
|---|---|---|---|---|---|
| ENDING | $375,880.39 | + LATE CHARGE | $717.72 | REAL ESTATE TAXES PAID | $3,158.93 |
| | | NET INTEREST PAID (SEE BOX 1) | $717.72 | | |

**IMPORTANT MESSAGES**

This 2012 Form 1098 contains information that will be reported to the Internal Revenue Service. Principal Balance and Real Estate Tax amounts are for informational purposes only. Refer to the back of this statement for other important messages and instructions. Please consult with your tax advisor or the Internal Revenue Service for any tax related questions.

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's Identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** If you prepaid interest in 2012 that accrued in full by January 15, 2013, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2012 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2012 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 4.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

---

** Calls are randomly monitored and recorded to ensure quality service.

FNMA
C/O CITIMORTGAGE
1000 TECHNOLOGY DR MS 565
OFALLON MO 63368-2239

**IMPORTANT TAX RETURN INFORMATION BELOW**

**Account Number:** 2004002898

TTY Services: Dial 711 from the US;
Dial 1-866-280-2050 from Puerto Rico

00176075 BB 1OZ 001 5180089D AM1 001

SHELLY NEIGHBORS
14761 BOND ST
OVERLAND PARK KS 66221-9650

**Property Address:**
E-5 GENTLE SLOPES DRIVE
GRAVOIS MILLS, MO 65037

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date of identifiable event 03/12/2012 | OMB No. 1545-1424 | |
|---|---|---|---|
| FNMA C/O CITIMORTGAGE 1000 TECHNOLOGY DR MS 565 OFALLON MO 63368-2239 LOSS MITIGATION: 1-866-520-5499** | 2 Amount of debt discharged $ 118,638.95 | 2012 Form 1099-C | **Cancellation of Debt** |
| | 3 Interest if included in box 2 $ | | |
| CREDITOR'S federal identification number 52-0883107 | DEBTOR'S identification number XXX-XX-0889 | 4 Debt description FIRST MORTGAGE | **Copy B For Debtor** |
| DEBTOR'S name SHELLY NEIGHBORS Street address (including apt. no.) 14761 BOND ST City, state and ZIP code OVERLAND PARK, KS 66221-9650 | | 5 If checked, the debtor was personally liable for repayment of the debt........................ ▶ [X] | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions) 2004002898 | | 6 Identifiable event code | 7 Fair market value of property $ |
| Form 1099-C | | (keep for your records) | Department of the Treasury - Internal Revenue Service |

---

**IMPORTANT MESSAGES**

---

This 2012 Form 1099-C contains important tax information for year ending 12/31/12. Please refer to the back of the statement for other important notices and for instructions. As required, your 2012 Form 1099-C information will be reported to the Internal Revenue Service. Please consult with your tax advisor or the Internal Revenue Service for any tax-related questions.

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

**Instructions for Debtor**

You received this form because a Federal Government agency or an applicable financial entity (a lender) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other Income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's Identification number.** For you protection, this form may show only the last four digits of your SSN, ITIN, or ATIN. However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A – Bankruptcy; B – Other judicial debt relief; C – Statute of limitations or expiration of deficiency period; D – Foreclosure election; E – Debt relief from probate or similar proceeding; F – By agreement; G – Decision or policy to discontinue collection; H – Expiration of nonpayment testing period; or I – Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** The IRS has created a page on IRS.gov for information about Form 1099-C and its instructions, at www.irs.gov/form1099c. Information about any future developments affecting Form 1099-C (such as legislation enacted after we release it) will be posted on that page.

\*\* Calls are randomly monitored and recorded to ensure quality service.