IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Mark Stephen Neighbors, and | ) | Case No. 11-21003 |
| Shelly Kay Neighbors, | ) | |
| | ) | |
| Debtors. | ) | |

NOTICE OF HEARING ON DEBTORS'
MOTION TO DISMISS CHAPTER 7 BANKRUPTCY CASE
SET FOR JULY 8, 2016 AT 9:30 A.M.

NOTICE IS HEREBY GIVEN that a hearing on the Debtors' Motion to Dismiss Chapter 7 Bankruptcy Case will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, on the 8th day of July, 2016 at 9:30 a.m., or as soon thereafter as the court's schedule permits.

Respectfully Submitted by,

LAW OFFICE OF CAMRON HOORFAR, P.C.

By: /s/ Camron Hoorfar, J.D. LL.M.
Camron Hoorfar, J.D. LL.M.
MO 60942   KS 24008
Law Office of Camron Hoorfar, P.C.
202 SW Market Street
Lee's Summit, Missouri 64063
Phone: (816) 524-4949
Fax: (816) 524-4963
Email: Choorfar@Hoorfarlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically to those parties who have entered an appearance in the court's electronic court filing system (ECF) and by U.S. Mail, first class, postage prepaid, on May 26, 2016, upon:

U.S. Trustee
301 N. Main
Suite 1150

1

Wichita, KS  67202

Patricia Hamilton
917 S. Topeka Blvd.
Topeka, KS  66612

Shook Hardy & Bacon, LP
2555 Grand Blvd.
Kansas City, MO  64108

Brown & Ruprecht, PC
911 Main Street
Suite 2300
Kansas City, MO  64105

Husch & Eppenberger
4801 Main Street
Suite 1000
Kansas City, MO  64112

Spencer Fane
1000 Walnut Street
Suite 1400
Kansas City, MO  64106

McAnany Van Cleave & Phillips, PA
PO Box 171300
Kansas City, KS  66117

Cohen McNeile Pappas
4601 College Blvd.
Suite 200
Leawood, KS  66211

Zerger & Mauer, LLP
1100 Main
Suite 2100
Kansas City, MO  64105

Shapiro & Kreisman, LLC
4220 Shawnee Mission Parkway
Suite 418B
Fairway, KS  66205

Graves Bartle Marcus & Garrett, LLC
1100 Main Street
Suite 2700
Kansas City, MO  64105

Internal Revenue Service
PO Box 7346

2

Philadelphia, PA 19101

Meara Welch Browne, PC
800 W. 47th
Suite 430
Kansas City, MO  64112

Mark Murphy
7400 W. 130th
Suite 130
Overland Park, KS  66213

Millsap & Singer
11460 Tomahawk Creek Parkway
Suite 300
Leawood, KS  66211

Morgan County Collector
PO Box 315
Versailles, MO  65084

Martin Leigh Laws & Fritzlen, PC
1044 Main Street
Suite 900
Kansas City, MO  64105

Law Office of Spence Stover
102 S. Cherry Street
Suite 5
Olathe, KS  66061

Recovery Management Systems Corporation
25 S.E. 2nd Avenue
Suite 1120
Miami, FL  33131

Stinson Leonard Street, LLP
1201 Walnut
Suite 2700
Kansas City, MO  64106

Toyota Financial Services
PO Box 8026
Cedar Rapids, IA  52408

Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, IA  52408

3

LAW OFFICE OF CAMRON HOORFAR, P.C.

/s/ Camron Hoorfar, J.D. LL.M.
Camron Hoorfar, J.D. LL.M.

4