## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                                    )
                                          )
   Mark Stephen Neighbors, and           )       Case No. 11-21003 DLS
   Shelly Kay Neighbors,                 )
                                          )       Chapter 7
        Debtors.                     )

### DEBTORS' MOTION TO QUASH TRUSTEE'S SUBPOENA OF PLATINUM REALTY

     COME NOW Debtors, Mark Neighbors and Shelly Neighbors, by and through their

attorney of record, Camron Hoorfar of the Law Office of Camron Hoorfar, P.C., and for their

Motion to Quash Trustee's Subpoena of Platinum Realty, respectfully state as follows:

     1.      Debtors filed a voluntary Chapter 11 on April 12, 2011.

     2.      On December 23, 2015, the case was ordered converted to a Chapter 7.

     3.      11 U.S.C. Section 348(a) "[c]onversion of a case from a case under one chapter of

this title to a case under another chapter of this title . . . does not affect a change in the date of the

filing of the petition . . . ."

     4.      Debtors' Chapter 7 case is considered filed on April 12, 2011.

     5.      Debtors did not begin working with Platinum Realty until May 1, 2013, and

therefore, Trustee is not entitled to the information requested in her subpoena of Platinum Realty.

     6.      The Federal Rules of Civil Procedure, Rule 45, applies to bankruptcy courts under

Fed. R. Bankr. Pro. 9016.

     7.      FRCP Rule 45(3)(A) requires the Court to quash or modify a subpoena that (i)

fails to allow a reasonable time to comply . . . or (iv) subjects a person to undue burden.

1

8.    Trustee's Subpoena fails to allow Platinum Realty a reasonable amount of time to comply with Trustee's burdensome request under FRCP Rule 45(c)(3)(A)(i).

9.    Trustee's Subpoena subjects Platinum Realty, neither a party nor a party's officer, to an undue burden under FRCP Rule 45(c)(3)(A)(iv).

10.    FRCP Rule 45(3)(B)(i) allows the Court to quash or modify a subpoena that requires the disclosure of a trade secret or other confidential research, development, or commercial information.

11.    Trustee's Subpoena requires Platinum Realty to disclose trade secrets and other confidential commercial information under FRCP Rule 45(c)(3)(B)(i).

WHEREFORE, Debtors respectfully request an Order from the Court quashing Trustee's subpoena of Platinum Realty in the above-captioned Chapter 7 bankruptcy, and such other and further relief as this Court deems just and proper.


Respectfully submitted,

LAW OFFICE OF CAMRON HOORFAR, P.C.

By: /s/ Camron Hoorfar, J.D.  LL.M.
Camron Hoorfar, J.D.   LL.M.
MO 60942   KS 24008   OK 31924
202 SW Market Street
Lee's Summit, MO  64063
Phone:  816-524-4949
Fax:  816-524-4963
Choorfar@Hoorfarlaw.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Debtors' Motion to Dismiss was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditor and other parties in interest this 27th day of May, 2016 by United States Mail, first class, postage prepaid, to:

Patricia Hamilton
917 S. Topeka Blvd.
Topeka, KS 66612
CHAPTER 7 TRUSTEE

Eric Johnson
1000 Walnut Street
Suite 1400
Kansas City, MO  64106
ATTORNEYS FOR CITIMORTGAGE, INC.

/s/ Camron Hoorfar, J.D. LL.M.
Camron Hoorfar, J.D.  LL.M.

3