IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                )
                                      )
   Mark Stephen Neighbors, and        )    Case No. 11-21003
   Shelly Kay Neighbors,              )
                                      )
   Debtors.                           )

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTORS' MOTION TO QUASH SUBPOENA UPON PLATINUM REALTY

NOTICE IS HEREBY GIVEN that if you fail to file a response to the above-named Debtors' Motion to Quash Subpoena upon Platinum Realty with the Clerk of the U.S. Bankruptcy Court for the District of Kansas in Kansas City, Kansas, on or before **June 17, 2016**, the Court will enter an Order granting the Debtors' motion, such Order to be prepared and submitted by the Debtors within ten (10) days after the objection deadline and no hearing will be held.

If you file a timely response, a nonevidentiary hearing on the motion will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, on **July 8, 2016 at 9:30 a.m.** or as soon thereafter as the Court's schedule permits. If you file the response, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated: May 27, 2016                          LAW OFFICE OF CAMRON HOORFAR, PC

                                                      By:   /s/ Camron Hoorfar, J.D. LL.M.
                                                             Camron Hoorfar, J.D. LL.M.
                                                             MO 60942   KS 24008   OK 31924
                                                             202 SW Market Street
                                                             Lee's Summit, MO 64063
                                                             Phone: 816-524-4949

1

Fax: 816-524-4963
Choorfar@Hoorfarlaw.com
ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing notice was served by the Court's ECF noticing system and by U.S. mail, first class, postage prepaid on this May 27, 2016, upon:

Patricia Hamilton
917 S. Topeka Blvd.
Topeka, KS 66612
CHAPTER 7 TRUSTEE

Eric Johnson
1000 Walnut Street
Suite 1400
Kansas City, MO  64106
ATTORNEYS FOR CITIMORTGAGE, INC.

Platinum Realty
9393 W. 110th Street
Suite 170
Overland Park, KS  66210

/s/ Camron Hoorfar, J.D.  LL.M.

Camron Hoorfar, J.D.   LL.M.