In the United States Bankruptcy Court for the District Of Kansas

In re: Mark Stephen Neighbors,  
                                               Case No. 11-21003-11 DLS  
    Debtor.  
_____/

**Withdrawal of Claim of the U.S. Trustee's Office**

The United States Trustee withdraws its Claim #26 filed February 5, 2016 in the amount of $650.00. This claim has now been paid in full. For the above stated reason, the claim has hereby been withdrawn.

                                               SAMUEL K. CROCKER U.S. TRUSTEE

                                               s/:*Richard A. Wieland*  
                                               RICHARD A. WIELAND  
                                               Trial Attorney, #12294  
                                               301 North Main Street, Suite 1150  
                                               Wichita KS 67202  
                                               Telephone: (316) 269-6214  
                                               Facsimile: (316) 269-6182  
                                               E-mail: Richard.Wieland@usdoj.gov

## Certificate of Service

I hereby certify that on June 2, 2016, a true and correct copy of the Withdrawal of Claim of the U.S. Trustee's Office electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the Withdrawal of Claim of the U.S. Trustee's Office were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Mark Stephen Neighbors
14761 Bond Street
Overland Park, KS 66221

                                       s:/ *Richard A. Wieland*
                                       RICHARD A. WIELAND

Page 2
Case 11-21003   Doc# 579   Filed 06/02/16   Page 2 of 2