**SO ORDERED.**

**SIGNED this 5th day of June, 2016.**



*Dale L. Somers*
_____
Dale L. Somers
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **NEIGHBORS, MARK STEPHEN** ) | **Case No. 11-21003** |
| **NEIGHBORS, SHELLY KAY,** ) | |
| ) | |
| **Debtors.** ) | |
| _____ ) | |

### ORDER ON TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT

NOW on the 26th day of May, 2016, comes on for hearing the Application of the Chapter 7

Trustee (the "Trustee"), Patricia Hamilton, to Employ CBIZ as Accountant and the Debtors'

Response thereto. The Trustee appears in person and by and through her counsel, Patricia Hamilton

of the firm of Stevens & Brand LLP . The Trustee appears in person and by and through her counsel,

Patricia Hamilton of the firm of Stevens & Brand LLP . The Debtors appear in person and by and

through their counsel, Camron Hoorfar of the Law Office of Camron Hoorfar, PC. CitiMortgage

1

appears by and through its counsel, Eric Johnson of the firm of Spencer Fane LLP. The Office of the United States Trustee, Samuel Crocker, by and through Richard Wieland. There are no other appearances.

After being well and truly advised and after hearing the statements and arguments of counsel, the Court approves and authorizes the Application and finds that it is in the best interests of the estate to employ CBIZ MHM, LLC of Topeka to render service to the Bankruptcy Estate pursuant to the terms and conditions set forth in the Application.

The Court further finds and orders that the findings and ruling announced on the record in open court shall control in the event of an appeal of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Court's findings and orders as set out above are made this Court's Order.

IT IS SO ORDERED.

# # # #

Prepared & submitted by:

 s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
phamilton@stevensbrand.com
*Chapter 7 Trustee*
*Counsel for the Chapter 7 Trustee*

2

*In re Mark & Shelley Neighbors*
**Bankruptcy Case No. 11-21003-7C**
**Order On Application to Employ Accountant**


Approved by:

s/Camron Hoorfar
Camron Hoorfar
Law Office of Camron Hoorfar, PC
202 SW Market St.
Lee's Summit, MO 64063
(816) 524-4949
choorfar@hoorfarlaw.com
*Counsel for the Debtors, Mark & Shelly Neighbors*



s/Richard Wieland
Richard Wieland
301 N. Main St., Ste. 1150
Wichita, KS 67202
(316) 269-6214
Richard.wieland@usdoj.gov
*Office of the United States Trustee, Samuel Crocker*

3