SO ORDERED.

SIGNED this 5th day of June, 2016.



_____
Dale L. Somers
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
 )
NEIGHBORS, MARK STEPHEN ) Case No. 11-21003
NEIGHBORS, SHELLY KAY, )
 )
      Debtors. )
_____ )

### ORDER ON TRUSTEE'S MOTION FOR TURNOVER

NOW on the 26th day of May, 2016, comes on for hearing the Motion of the Chapter 7 Trustee (the "Trustee"), Patricia Hamilton, for Turnover and Supplements thereto, and the Debtors' Response to the Motion for Turnover. The Trustee appears in person and by and through her counsel, Patricia Hamilton of the firm of Stevens & Brand LLP. The Debtors appear in person and by and through their counsel, Camron Hoorfar of the Law Office of Camron Hoorfar, PC. CitiMortgage appears by and through its counsel, Eric Johnson of the firm of Spencer Fane LLP.

1

*In re Mark & Shelley Neighbors*
Bankruptcy Case No. 11-21003-7C
Order On Motion for Turnover

The Office of the United States Trustee, Samuel Crocker, by and through Richard Wieland. There are no other appearances.

After being well and truly advised and after hearing the statements and arguments of counsel, the Court grants the Motion in part and takes the balance of the Motion under advisement as set forth below and as announced on the record in open court.

The Court orders that the $22,500 on deposit at the Mainstreet Credit Union shall be frozen and that the Debtors are not permitted to spend, transfer, or withdraw these funds without further order of this Court, and that the funds are to remain on deposit until further order of the Court.

The Court takes under advisement the Trustee's Motion as to the request to freeze the Neighbors Investment, Inc. account at UMB for the amount of the Beadle settlement funds transferred from the Mainstreet Credit Union account ($22,500).

The Court also takes under advisement the Trustee's Motion as to the requests related to the E-5 Property.

The Court further finds and orders that the findings and ruling announced on the record in open court shall control in the event of an appeal of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Court's findings and orders as set out above are made this Court's Order.

IT IS SO ORDERED.

####

2

*In re Mark & Shelley Neighbors*
Bankruptcy Case No. 11-21003-7C
Order On Motion for Turnover


Prepared & submitted by:
s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
phamilton@stevensbrand.com
*Chapter 7 Trustee*
*Counsel for the Chapter 7 Trustee*

Approved by:

s/Camron Hoorfar
Camron Hoorfar
Law Office of Camron Hoorfar, PC
202 SW Market St.
Lee's Summit, MO 64063
(816) 524-4949
choorfar@hoorfarlaw.com
*Counsel for the Debtors, Mark & Shelly Neighbors*


s/Richard Wieland
Richard Wieland
301 N. Main St., Ste. 1150
Wichita, KS 67202
(316) 269-6214
Richard.wieland@usdoj.gov
*Office of the United States Trustee, Samuel Crocker*

3