**SO ORDERED.**

**SIGNED this 5th day of June, 2016.**



Dale L. Somers
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NEIGHBORS, MARK STEPHEN | ) Case No. 11-21003 |
| NEIGHBORS, SHELLY KAY, | ) |
| | ) |
| Debtors. | ) |
| | ) |

### ORDER ON TRUSTEE'S MOTION TO COMPEL

NOW on the 26th day of May, 2016, comes on for hearing the Motion of the Chapter 7 Trustee (the "Trustee"), Patricia Hamilton, to Compel and the Debtors' Response thereto. The Trustee appears in person and by and through her counsel, Patricia Hamilton of the firm of Stevens & Brand LLP. The Debtors appear in person and by and through their counsel, Camron Hoorfar of the Law Office of Camron Hoorfar, PC. CitiMortgage appears by and through its counsel, Eric

1

*In re Mark & Shelley Neighbors*
Bankruptcy Case No. 11-21003-7C
Order On Motion to Compel

Johnson of the firm of Spencer Fane LLP. The Office of the United States Trustee, Samuel Crocker, by and through Richard Wieland. There are no other appearances.

After being well and truly advise and after hearing the statements and arguments of counsel, the Court grants the Motion and finds that the information and documentation sought by the Motion to Compel is necessary for the effective administration of the case.

The Court orders the Debtors to produce the following documents within fourteen (14) days of the entry of this Order:

a. Documents forming and restating the Mark S. and Shelly K. Neighbors Trust;

b. Debtors' Agreement(s) with Platinum Realty;

c. For each of the following LLC's: (1) Current operating agreements; (2) list of current members; (3) list of current assets, and (4) list of current liabilities—Canyon Ranch, LLC, Gentle Slopes Builders, LLC, Gentle Slopes partners Mark S. and Shelly K. Neighbors LLC; Shelly K. and Mark S. Neighbors LLC; Metcalf 211, LLC, and Stillwell industrial, LLC;

d. Any documents related to M&D Partnership;

e. For of the following corporation: (1) Articles of incorporation; (2) list of current embers; (3) list of current assets, and (4) list of current liabilities – Canyon Development, Neighbors Investment Inc., Neighbors Group, Inc.; Neighbors Realty Co Inc.;

f. Report showing development fees received by Mr. and/or Mrs. Neighbors in Connection with Canyon Ranch;

g. Documents regarding Jim Neighbors' (Mr. Neighbor's father) loans to Canyon Ranch, including a deed of trust;

h. 2015 tax returns and request for extension for filing 2015 tax returns;

i. Documents regarding settlement with Bank of Versailles in connection with transfers of Point Lot 9, Gentle Cove Lake House 30081, and/or Lot 13 B & B Subdivision and receipt of funds related to the settlement;

j. Documents which the Neighbors believe reflect fraud or misappropriation of funds in regard to the Bank of Versailles accounts;

k. Debtors' son's address where 1974 Century Boat is stored and

l. Name of maintenance company or person with keys to the "E-5 property."

To the extent that any of the documents responsive to subparagraphs a through l above are contained in the Court record as specific docket entries, that Debtors may produce a copy of the pleading contained in the record **or** the Debtors may provide the Trustee with a reference to the Bankruptcy Court docket number along with a reference to the specific subparagraph to which the Bankruptcy Court docket number is responsive.

The Court further finds and orders that the findings and ruling announced on the record in open court shall control in the event of an appeal of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Court's findings and orders as set out above are made this Court's Order.

IT IS SO ORDERED.

####

3

*In re Mark & Shelley Neighbors*
**Bankruptcy Case No. 11-21003-7C**
**Order On Motion to Compel**

Prepared & submitted by:
s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
phamilton@stevensbrand.com
*Chapter 7 Trustee*
*Counsel for the Chapter 7 Trustee*


Approved by:

s/Camron Hoorfar
Camron Hoorfar
Law Office of Camron Hoorfar, PC
202 SW Market St.
Lee's Summit, MO 64063
(816) 524-4949
choorfar@hoorfarlaw.com
*Counsel for the Debtors, Mark & Shelly Neighbors*

s/Richard Wieland
Richard Wieland
301 N. Main St., Ste. 1150
Wichita, KS 67202
(316) 269-6214
Richard.wieland@usdoj.gov
*Office of the United States Trustee, Samuel Crocker*

4