SO ORDERED.

SIGNED this 5th day of June, 2016.



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NEIGHBORS, MARK STEPHEN | ) | Case No. 11-21003 |
| NEIGHBORS, SHELLY KAY, | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER ON TRUSTEE'S MOTION FOR TURNOVER

NOW on the 26th day of May, 2016, comes on for hearing the Motion of the Chapter 7 Trustee (the "Trustee"), Patricia Hamilton, for Turnover and Supplements thereto, and the Debtors' Response to the Motion for Turnover. The Trustee appears in person and by and through her counsel, Patricia Hamilton of the firm of Stevens & Brand LLP. The Debtors appear in person and by and through their counsel, Camron Hoorfar of the Law Office of Camron Hoorfar, PC. CitiMortgage appears by and through its counsel, Eric Johnson of the firm of Spencer Fane LLP.

1

*In re Mark & Shelley Neighbors*
Bankruptcy Case No. 11-21003-7C
Order On Motion for Turnover

The Office of the United States Trustee, Samuel Crocker, by and through Richard Wieland. There are no other appearances.

After being well and truly advised and after hearing the statements and arguments of counsel, the Court grants the Motion in part and takes the balance of the Motion under advisement as set forth below and as announced on the record in open court.

The Court orders that the $22,500 on deposit at the Mainstreet Credit Union shall be frozen and that the Debtors are not permitted to spend, transfer, or withdraw these funds without further order of this Court, and that the funds are to remain on deposit until further order of the Court.

The Court takes under advisement the Trustee's Motion as to the request to freeze the Neighbors Investment, Inc. account at UMB for the amount of the Beadle settlement funds transferred from the Mainstreet Credit Union account ($22,500).

The Court also takes under advisement the Trustee's Motion as to the requests related to the E-5 Property.

The Court further finds and orders that the findings and ruling announced on the record in open court shall control in the event of an appeal of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Court's findings and orders as set out above are made this Court's Order.

IT IS SO ORDERED.

####

2

*In re Mark & Shelley Neighbors*
**Bankruptcy Case No. 11-21003-7C**
**Order On Motion for Turnover**


Prepared & submitted by:
 s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
phamilton@stevensbrand.com
*Chapter 7 Trustee*
*Counsel for the Chapter 7 Trustee*

Approved by:

s/Camron Hoorfar
Camron Hoorfar
Law Office of Camron Hoorfar, PC
202 SW Market St.
Lee's Summit, MO 64063
(816) 524-4949
choorfar@hoorfarlaw.com
*Counsel for the Debtors, Mark & Shelly Neighbors*


s/Richard Wieland
Richard Wieland
301 N. Main St., Ste. 1150
Wichita, KS 67202
(316) 269-6214
Richard.wieland@usdoj.gov
*Office of the United States Trustee, Samuel Crocker*

3

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 11-21003-DLS
Mark Stephen Neighbors                                              Chapter 7
Shelly Kay Neighbors
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-2          User: shawna              Page 1 of 2         Date Rcvd: Jun 06, 2016
                              Form ID: pdf020           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
jdb           +Shelly Kay Neighbors,    14761 Bond Street,   Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/PDF: marksneighbors@gmail.com Jun 06 2016 20:56:28    Mark Stephen Neighbors,
               14761 Bond Street,   Overland Park, KS 66221-9650
                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2016 at the address(es) listed below:

```
              Andrew W Muller    on behalf of Creditor   The Private Bank and Trust Company
               andrew.muller@stinsonleonard.com,   lori.hendrix@stinsonleonard.com
              Austin B Hayden    on behalf of Creditor   Cornerstone Bank ahayden@cmplaw.net,
               jdavis@cmplaw.net;gpappas@cmplaw.net
              Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Carrie D. Mermis    on behalf of Creditor   Nationstar Mortgage LLC cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              Cassandra L. Writz    on behalf of Defendant   Nationstar Mortgage LLC clwritz@bryancave.com,
               mafosdick@bryancave.com,janice.gold@bryancave.com
              Catherine C Whittaker    on behalf of Creditor   Bank of Versailles cwhittaker@shb.com,
               dnunn@shb.com
              Christopher S Stover    on behalf of Creditor   Bank Of America, N.A. spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Defendant   Nationstar Mortgage LLC spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Counter-Claimant   Nationstar Mortgage, LLC.
               spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Creditor   Nationstar Mortgage, LLC spence@spencestoverlaw.com
              Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Cynthia M Woolverton    on behalf of Creditor    BAC Home Loan Servicing, LP FKA Countrywide Home
               Loans Servicing, LP bkty@msfirm.com,  cwoolverton@ecf.courtdrive.com
              Cynthia M Woolverton    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
               cwoolverton@ecf.courtdrive.com
              Cynthia M Woolverton    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
               cwoolverton@ecf.courtdrive.com
              Eric L. Johnson    on behalf of Creditor    CitiMortgage, Inc. ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Eric L. Johnson    on behalf of Interested Party    CitiFinancial ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Frank  Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com,
               lstevenson@brlawkc.com
              Frank  Wendt    on behalf of Creditor    Bank of Versailles fwendt@brlawkc.com,
               lstevenson@brlawkc.com
              George D. Halper    on behalf of Interested Party    Cornerstone CPA ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              George D. Halper    on behalf of Interested Party David  Imhoff ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              George D. Halper    on behalf of Interested Party    Cornerstone 360 ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC
               Jennifer.Berhorst@bryancave.com,  ecf_kc@bryancave.com
              Kenneth C. Jones    on behalf of Creditor    First Federal Bank FSB kcjones@lewisricekc.com,
               vlbates@lewisricekc.com
              Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com
              Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com
              LaKisha  Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com
              Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com,
               jobaker@logs.com
              Mark  Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com,
               mwarnecker@shb.com;truskamp@shb.com
              Mark  Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com,
               mwarnecker@shb.com;truskamp@shb.com
              Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
              Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com,
               ecfsaderlawfirm@gmail.com;abuente@saderlawfirm.com;cpalmer@saderlawfirm.com
              Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com
              P. Glen Smith    on behalf of Creditor    Central Bank of Lake of the Ozarks
               glen.smith@huschblackwell.com,
               cynthia.houser@huschblackwell.com;tricie.loudon@huschblackwell.com
              Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com,
               ks12@ecfcbis.com
              Patricia E Hamilton     phamilton@stevensbrand.com,  ks12@ecfcbis.com
              Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
               richard.wieland@usdoj.gov
              Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com,
               hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com
              U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
              William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
              William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
              William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
                                                                                             TOTAL: 52
```