SO ORDERED.

SIGNED this 5th day of June, 2016.



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| NEIGHBORS, MARK STEPHEN | ) Case No. 11-21003 |
| NEIGHBORS, SHELLY KAY, | ) |
| | ) |
| Debtors. | ) |

### ORDER ON TRUSTEE'S MOTION TO COMPEL

NOW on the 26th day of May, 2016, comes on for hearing the Motion of the Chapter 7 Trustee (the "Trustee"), Patricia Hamilton, to Compel and the Debtors' Response thereto. The Trustee appears in person and by and through her counsel, Patricia Hamilton of the firm of Stevens & Brand LLP. The Debtors appear in person and by and through their counsel, Camron Hoorfar of the Law Office of Camron Hoorfar, PC. CitiMortgage appears by and through its counsel, Eric

1

*In re Mark & Shelley Neighbors*
**Bankruptcy Case No. 11-21003-7C**
**Order On Motion to Compel**

Johnson of the firm of Spencer Fane LLP. The Office of the United States Trustee, Samuel Crocker, by and through Richard Wieland. There are no other appearances.

After being well and truly advise and after hearing the statements and arguments of counsel, the Court grants the Motion and finds that the information and documentation sought by the Motion to Compel is necessary for the effective administration of the case.

The Court orders the Debtors to produce the following documents within fourteen (14) days of the entry of this Order:

a. Documents forming and restating the Mark S. and Shelly K. Neighbors Trust;

b. Debtors' Agreement(s) with Platinum Realty;

c. For each of the following LLC's: (1) Current operating agreements; (2) list of current members; (3) list of current assets, and (4) list of current liabilities—Canyon Ranch, LLC, Gentle Slopes Builders, LLC, Gentle Slopes partners Mark S. and Shelly K. Neighbors LLC; Shelly K. and Mark S. Neighbors LLC; Metcalf 211, LLC, and Stillwell industrial, LLC;

d. Any documents related to M&D Partnership;

e. For of the following corporation: (1) Articles of incorporation; (2) list of current embers; (3) list of current assets, and (4) list of current liabilities – Canyon Development, Neighbors Investment Inc., Neighbors Group, Inc.; Neighbors Realty Co Inc.;

f. Report showing development fees received by Mr. and/or Mrs. Neighbors in Connection with Canyon Ranch;

g. Documents regarding Jim Neighbors' (Mr. Neighbor's father) loans to Canyon Ranch, including a deed of trust;

h. 2015 tax returns and request for extension for filing 2015 tax returns;

i. Documents regarding settlement with Bank of Versailles in connection with transfers of Point Lot 9, Gentle Cove Lake House 30081, and/or Lot 13 B & B Subdivision and receipt of funds related to the settlement;

j. Documents which the Neighbors believe reflect fraud or misappropriation of funds in regard to the Bank of Versailles accounts;

k. Debtors' son's address where 1974 Century Boat is stored and

l. Name of maintenance company or person with keys to the "E-5 property."

To the extent that any of the documents responsive to subparagraphs a through l above are contained in the Court record as specific docket entries, that Debtors may produce a copy of the pleading contained in the record **or** the Debtors may provide the Trustee with a reference to the Bankruptcy Court docket number along with a reference to the specific subparagraph to which the Bankruptcy Court docket number is responsive.

The Court further finds and orders that the findings and ruling announced on the record in open court shall control in the event of an appeal of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Court's findings and orders as set out above are made this Court's Order.

IT IS SO ORDERED.

\# \# \# \#

3

*In re Mark & Shelley Neighbors*
**Bankruptcy Case No. 11-21003-7C**
**Order On Motion to Compel**

Prepared & submitted by:
s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
917 SW Topeka Blvd.
Topeka, KS 66612
(785) 408-8000
phamilton@stevensbrand.com
*Chapter 7 Trustee*
*Counsel for the Chapter 7 Trustee*

Approved by:

s/Camron Hoorfar
Camron Hoorfar
Law Office of Camron Hoorfar, PC
202 SW Market St.
Lee's Summit, MO 64063
(816) 524-4949
choorfar@hoorfarlaw.com
*Counsel for the Debtors, Mark & Shelly Neighbors*

s/Richard Wieland
Richard Wieland
301 N. Main St., Ste. 1150
Wichita, KS 67202
(316) 269-6214
Richard.wieland@usdoj.gov
*Office of the United States Trustee, Samuel Crocker*

4

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 11-21003-DLS
Mark Stephen Neighbors                                              Chapter 7
Shelly Kay Neighbors
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-2           User: shawna               Page 1 of 2              Date Rcvd: Jun 06, 2016
                               Form ID: pdf020            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
jdb            +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marksneighbors@gmail.com Jun 06 2016 20:56:28      Mark Stephen Neighbors,
                 14761 Bond Street,    Overland Park, KS 66221-9650
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2016 at the address(es) listed below:
              Andrew W Muller    on behalf of Creditor    The Private Bank and Trust Company
               andrew.muller@stinsonleonard.com,    lori.hendrix@stinsonleonard.com
              Austin B Hayden    on behalf of Creditor    Cornerstone Bank ahayden@cmplaw.net,
               jdavis@cmplaw.net;gpappas@cmplaw.net
              Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Carrie D. Mermis    on behalf of Creditor    Nationstar Mortgage LLC cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              Cassandra L. Writz    on behalf of Defendant    Nationstar Mortgage LLC clwritz@bryancave.com,
               mafosdick@bryancave.com,janice.gold@bryancave.com
              Catherine C Whittaker    on behalf of Creditor    Bank of Versailles cwhittaker@shb.com,
               dnunn@shb.com
              Christopher S Stover    on behalf of Creditor    Bank Of America, N.A. spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Defendant    Nationstar Mortgage LLC spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Counter-Claimant    Nationstar Mortgage, LLC.
               spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Creditor    Nationstar Mortgage, LLC spence@spencestoverlaw.com
              Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Cynthia M Woolverton    on behalf of Creditor   BAC Home Loan Servicing, LP FKA Countrywide Home Loans Servicing, LP bkty@msfirm.com, cwoolverton@ecf.courtdrive.com
          Cynthia M Woolverton    on behalf of Creditor   CitiMortgage, Inc. bkty@msfirm.com, cwoolverton@ecf.courtdrive.com
          Cynthia M Woolverton    on behalf of Creditor   Bank Of America, N.A. bkty@msfirm.com, cwoolverton@ecf.courtdrive.com
          Eric L. Johnson    on behalf of Creditor   CitiMortgage, Inc. ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
          Eric L. Johnson    on behalf of Interested Party   CitiFinancial ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
          Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
          Frank  Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com, lstevenson@brlawkc.com
          Frank  Wendt    on behalf of Creditor   Bank of Versailles fwendt@brlawkc.com, lstevenson@brlawkc.com
          George D. Halper    on behalf of Interested Party   Cornerstone CPA ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
          George D. Halper    on behalf of Interested Party David  Imhoff ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
          George D. Halper    on behalf of Interested Party   Cornerstone 360 ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
          Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC Jennifer.Berhorst@bryancave.com, ecf_kc@bryancave.com
          Kenneth C. Jones    on behalf of Creditor   First Federal Bank FSB kcjones@lewisricekc.com, vlbates@lewisricekc.com
          Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com
          Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com
          LaKisha  Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com
          Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com, jobaker@logs.com
          Mark  Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com, mwarnecker@shb.com;truskamp@shb.com
          Mark  Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com, mwarnecker@shb.com;truskamp@shb.com
          Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
          Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com, ecfsaderlawfirm@gmail.com;abuente@saderlawfirm.com;cpalmer@saderlawfirm.com
          Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com
          P. Glen Smith    on behalf of Creditor    Central Bank of Lake of the Ozarks glen.smith@huschblackwell.com, cynthia.houser@huschblackwell.com;tricie.loudon@huschblackwell.com
          Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com, ks12@ecfcbis.com
          Patricia E Hamilton    phamilton@stevensbrand.com, ks12@ecfcbis.com
          Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov, richard.wieland@usdoj.gov
          Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com, hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com, WHolmes@ecf.courtdrive.com
          William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com, WHolmes@ecf.courtdrive.com
          William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com, WHolmes@ecf.courtdrive.com

          TOTAL: 52