# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
|    Mark Stephen Neighbors, and | ) | Case No. 11-21003 |
|    Shelly Kay Neighbors, | ) | |
| | ) | |
|    Debtors. | ) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS RECEIVED POST-CONVERSION FOR POST-CONVERSION LEGAL SERVICES RENDERED

     Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I hereby certify that I am the attorney for the above-named Debtors for the above-captioned case and that compensation paid to my law office from the conversion of the above-captioned case to a Chapter 7 bankruptcy, which occurred December 21, 2015 (Doc. 459), to June 15, 2015, for services rendered on behalf of the Debtors in connection with the bankruptcy case post-conversion amounts to thirty-eight thousand five hundred forty-six dollars and sixty-nine cents ($38,546.69).

     I further certify that the above-stated compensation for post-conversion legal services rendered on behalf of the Debtors was paid by the Debtors and that I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     Respectfully Submitted by,

LAW OFFICE OF CAMRON HOORFAR, P.C.

By: /s/ Camron Hoorfar, J.D. LL.M.
     Camron Hoorfar, J.D. LL.M.
     MO 60942    KS 24008
     Law Office of Camron Hoorfar, P.C.
     202 SW Market Street
     Lee's Summit, Missouri 64063
     Phone: (816) 524-4949
     Fax: (816) 524-4963
     Email: Choorfar@Hoorfarlaw.com
     ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was served electronically to those parties who have entered an appearance in the court's electronic court filing system (ECF) and by U.S. Mail, first class, postage prepaid, on June 15, 2016, upon:

U.S. Trustee
301 N. Main
Suite 1150
Wichita, KS 67202

Patricia Hamilton
917 S. Topeka Blvd.
Topeka, KS 66612

            LAW OFFICE OF CAMRON HOORFAR, P.C.

            /s/ Camron Hoorfar, J.D. LL.M.
            Camron Hoorfar, J.D. LL.M.