# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**In re:**

| | |
|---|---|
| **MARK STEPHEN NEIGHBORS and SHELLY KAY NEIGHBORS,** ) ) ) ) **Debtors.** ) ) | Case No. 16-2003-JAR<br>Bankruptcy No. 11-21003-DLS |

## ORDER

On December 21, 2015, following an evidentiary hearing, United States Bankruptcy Judge Dale L. Somers entered an order converting Debtors Mark and Shelly Neighbors' Chapter 11 bankruptcy case to a Chapter 7 liquidation proceeding. On December 30, 2015, Debtors appealed the conversion of their bankruptcy proceedings. On May 21, 2016, this Court granted Appellants' Second Motion for Extension of Time to File Appellants' Initial Brief, extending the deadline to June 3, 2016. Appellants did not file a brief, nor did they request additional time to do so beyond the June 3 deadline. Accordingly, on June 13, 2016, the Court issued a Notice and Order (Doc. 20) directing Appellants to show good cause, in writing, on or before June 27, 2016, why this appeal should not be dismissed pursuant to Fed. R. Bankr. P. 8018(a)(4). Appellants have not responded to the Court's Order and the deadline to do so has passed.

**IT IS THEREFORE ORDERED BY THE COURT** that the appeal is dismissed for Appellants' failure to file a brief pursuant to Fed. R. Bankr. P. 8018(a)(4).

**IT IS SO ORDERED.**

Dated: June 28, 2016

                         S/ Julie A. Robinson
                         JULIE A. ROBINSON
                         UNITED STATES DISTRICT JUDGE