# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

NEIGHBORS, MARK STEPHEN &            Case No:   11-21003 DLS
NEIGHBORS, SHELLY KAY

       Debtors.

## TRUSTEE'S SECOND MOTION TO COMPEL

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee, and moves the Court for an Order compelling the Debtors to provide the Trustee with:

1. Debtors' personal 2013 tax returns, federal and state with all schedules and attachments.

2. Debtors' personal 2014 tax returns, federal and state with all schedules and attachments.

3. Debtors' personal 2015 tax returns, federal and state with all schedules and attachments within 14 days of the day the returns are filed.

4. Copies of checks referenced in December 2014 Monthly Operating Report (Docket No. 343, p. 2 of 7) from UMB bank statements for Account ending in #33 showing deposits of three checks ($11,721 on December 15, 2014; $9,338 on December 15, 2014; and $11,721 on December 17, 2014) as well as any documents evidencing loan agreement(s) related to these loan(s) and any repayment information related to these loan(s).

5. Copies of any documents evidencing loan agreement(s) and any repayment information related to the $2,000 loan reflected in the Neighbors' April 2015 Monthly Operating Report (Docket No. 375, p. 2 of 5).

6. The Neighbors' Monthly Operating Reports also reference various loan repayments which are listed as receipt and also disbursements for "company loans" or "loans to company" or "business loans." For example, the Neighbors' March 2015 Monthly Operating Report (Docket No. 376), p 2 of 5) lists receipt of "loan repayment" proceeds of $5,011 and "loan to company" of $4,070. In regard to the loan repayments that appear as receipts received by the Neighbors in the Monthly Operating Reports, provide an explanation of the loan(s) being repaid to the Neighbors and provide all documents related to loan(s) owed to the Neighbors, as well as the payment history and balance for each.

7. A fully executed copy of the Nationstar Settlement Agreement.

8. An explanation of where the funds from the Sale of the E-3 (16963 Gentle Slopes Drive, Gravois Mills, Missouri) were deposited and if the sale proceeds are still on deposit. If the sale proceeds are not still on deposit, copies of all checks paid from the sale proceeds, and copies of the bank statements for the account into which the sale proceeds were deposited from the date of the deposit to the current date.

9. A copy of the following documents in regard to the August 2015 sale of 16963 Gentle Slopes, Gravois Mills, MO (the "E-3 Property"): the contract, the settlement statement from the closing, and if the Neighbors or any of their related entities obtained any funds as a result of the sale of the E-3 property, a statement of the funds received, where they were deposited and all supporting documentation (i.e. any contracts, including any realtor fee agreements, copies of checks, deposit slips or other documents reflecting the receipt of any funds).

10. A copy of all loan agreements, payment history and balance for each loan referenced in the Debtors' Monthly Operating Reports for all loans made by the Neighbors to

any other entity. If there are loans for which no note or other debt instrument exists, then for each such loan provide: (a) the date and amount of the loan, (b) the name and address of the party or parties obligated to repay the loan, (c) the payment history, and (d) the balance of the loan.

11. On the Neighbors' Monthly Operating Report for August 2015 (Docket No. 431, p. 2 of 6), is a reference to $6,000 of "other income." Provide an explanation of the nature and source of this "other income" and provide any documents related to the source of the "other income."

12. Copies of any loan documents executed by Mark and/or Shelly Neighbors in connection with Canyon Ranch LLC; if the loan documents are not in the Debtors' possession, then for all loans, provide a statement as to the name and address of any creditor, the nature of any security for each loan, the Debtors' estimate of the value of the property securing the loan, and the approximate loan balance.

13. Copies of any loan documents executed by Mark and/or Shelly Neighbors in connection with Canyon Development, Inc.; if the loan documents are not in the Debtors' possession, then for all loans, provide a statement as to the name and address of any creditor, the nature of any security for each loan, the Debtors' estimate of the value of the property securing the loan, and the approximate loan balance.

14. A fully executed copy of the settlement agreement with Cornerstone Bank entered into since April 2011.

15. Copies of the Capital One credit card statements from May 2013 to June 2016.

16. Copies of the Elan Financial VISA card statements from May 2013 to June 2016.

17. Copies of the statements for all "Cardmember Services" accounts from May 2013 to June 2016 (payments are reflected in the Neighbors Realty Profit & Loss Statements).

18. Copy of the invoice for the January 28, 2016 payment of $3,702 to Kristin Malfen referenced on the Neighbors Realty 2016 Profit & Loss Statement.

19. Copy of invoice for January 11, 2016 payment of $1,264 to Sign Graphics referenced on the Neighbors Realty 2016 Profit & Loss Statement.

20. Copy of all invoices for payments to Taner Neighbors from May 2013 to June 2016, including the $1,000 payment on January 28, 2016, the $1,700 payment on March 25, 2016, the $2,500 payment on May 4, 2016, and the $700 payment on June 7, 2016.

21. Copies of all Freedom Bank statements.

22. List of all bank accounts on which Mark Neighbors is an authorized signor, including the name of the bank, the address, the account holder, and the account number.

23. List of all bank accounts on which Shelly Neighbors is an authorized signor, including the name of the bank, the address, the account holder, and the account number.

24. List of any bank accounts that have been closed since 2011 by Mark Neighbors or Shelly Neighbors, either individually or as an agent of any entity.

25. Copy of the invoice for January 11, 2016 payment of $431.88 to Teague Electric referenced on the Neighbors Realty 2016 Profit & Loss Statement.

26. Explanation of and any related documents to May 7, 2014 deposit of the $10,000 check made payable to Mark Neighbors from EJN Holdings, Inc. into Neighbors Investment UMB account. If the check represents proceeds of a loan, then provide a copy of any loan agreement and, if no written loan agreement exists, then provide a statement of the terms and conditions of the loan, the payment history, and the current balance.

4

27. Copies of correspondence in regard to the dock located at 16959 Gentle Slopes Drive, Gravois Mills, MO (the "E-5 Property").

28. Copies of correspondence in regard to any boat slip the Debtors hold an interest in, whether individually, through any trust or any other type of entity, and an estimate of the value of any such boat slip, along with all documents evidencing rights in any boat slip.

WHEREFORE, the Trustee requests the Court enter an Order compelling the Debtors to comply as requested herein and provide the requested documents within 10 days of the entry of an order on this Motion, and for such other relief as is just and equitable.

Respectfully submitted,

s/ Patricia E. Hamilton
Patricia E. Hamilton KS #13263
917 SW Topeka Blvd.
Topeka, KS  66612
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Chapter 7 Trustee
Counsel for the Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the Trustee's Second Motion to Compel was filed electronically on July 1, 2016 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the Trustee's Second Motion to Compel was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

NEIGHBORS, MARK STEPHEN
14761 BOND STREET
OVERLAND PARK, KS 66221

NEIGHBORS, SHELLY KAY
14761 BOND STREET
OVERLAND PARK KS 66221

s/ Patricia E. Hamilton
Patricia E. Hamilton #13263

5

Case 11-21003    Doc# 616    Filed 07/01/16    Page 5 of 5