

NEIGHBORS REALTY CO., INC.
P.O. BOX 24334
SHAWNEE MISSION, KS 66283

DATE 2·27·14

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY
ATTACH LIST

| | DOLLARS | C |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 Platinum | 8,020.0 | |
| 2 Realty | | |
| 3 O'Leary Gardner | | |
| 4 to | | |
| 5 Barger Hansen | | |
| 6 9213 W 119 tk | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| PLEASE REENTER TOTAL HERE | 8020 00 | |



Bank of BlueValley
*A place where YOU are known!*
11935 Riley
P.O. Box 26128
Overland Park, KS 66225-6128
913-338-HELP
www.BankBV.com

THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

02/27/2014                11:18 AM
Br# 3501 Tlr#    5 Seq#    12
Account XXXXXX7878
DDA Deposit 8,020.00


THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"

Exhibit 2

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL




**Platinum Realty**
REAL ESTATE SERVICES
REAL ESTATE COMMISSIONS ACCOUNT
9393 W. 110TH ST. SUITE 170
OVERLAND PARK, KS 66210
888-220-0988

Bank of America
BANK OF AMERICA
40-004/1011

14946

03/12/2014

PAY TO THE ORDER OF  Mark Neighbors   $ **5,932.00

Five thousand nine hundred thirty-two and 00/100************************************************************DOLLARS

Mark Neighbors
14761 Bond
Overland Park, KS 66221

VOID AFTER 90 DAYS

MEMO

---

PLATINUM REALTY / REAL ESTATE COMMISSIONS                                    14946

03/12/2014    **Mark Neighbors**

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 03/10/2014 | Bill | 7255 W 197th St | 5,932.00 | 5,932.00 | 5,932.00 |
|  |  | Check Amount |  |  | 5,932.00 |

0001 Real Estate Co                                                           5,932.00

## Deposit Slip

**NEIGHBORS REALTY CO., INC.**
P.O. BOX 24334
SHAWNEE MISSION, KS 66283

DATE 3-14-14

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS 1 | 5,932 | 00 |
| 2 Platinum Realty Ck | | |
| 3 | | |
| 4 | | |
| 5 #14946 | | |
| 6 7255 W 197 | | |
| 7 Friskall | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | 5,932 | 00 |

BANK OF BLUE VALLEY

TOTAL ITEMS  1  $  5932.00

---

**PLATINUM REALTY / REAL ESTATE COMMISSIONS**

| Date | Type | Reference | | | | 14946 |
|---|---|---|---|---|---|---|
| 03/12/2014 | | | Mark Neighbors | | | |
| 03/10/2014 | Bill | 7255 W 197th St | Original Amount | Balance Due | | Payment |
| | | | 5,932.00 | 5,932.00 | | 5,932.00 |
| | | Check Amount | | | | 5,932.00 |

10001 Real Estate Co                                                                                             5,932.00

---

**Bank of Blue Valley**
*A place where YOU are known!*
11935 Riley
P.O. Box 26128
Overland Park, KS 66225-6128
913-338-HELP
www.BankBV.com

*Friskall*

THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

03/14/2014                1:58 PM
Br# 3581  Tlr# 14  Seq# 54
Account XXXXXX7078
DDA Deposit  5,932.00

THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

**UMB Bank, n.a.**
Post Office Box 419226
Kansas City, Missouri 64141-6226



PAGE 2



05/07/2014  0  $10,000.00

**Platinum Realty**
REAL ESTATE SERVICES
**REAL ESTATE COMMISSIONS ACCOUNT**
9393 W. 110TH ST. SUITE 170
OVERLAND PARK, KS 66210
888-220-0988



1651
40-004/1011

08/25/2014

PAY TO THE
ORDER OF   Mark Neighbors                               $  **24,891.24

Twenty-four thousand eight hundred ninety-one and 24/100************************************************DOLLARS

Mark Neighbors
14761 Bond
Overland Park, KS 66221

VOID AFTER 90 DAYS

MEMO                                    Shield

---

PLATINUM REALTY / REAL ESTATE COMMISSIONS                                16510

08/25/2014    Mark Neighbors

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 08/22/2014 | Bill | Referral-4720 NW Cany | 24,891.24 | 24,891.24 | 24,891.24 |

Check Amount                                                              24,891.24

**Bank of BlueValley**
A place where YOU are known!
11935 Riley
P.O. Box 26128
Overland Park, KS 66225-6128
913-338-HELP
www.BankBV.com

THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

08/26/2014                5:25 PM
Br# 3501  Tlr#  1  Seq#  7
Account XXXXXX7078
BDA Deposit  24,891.24

THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"

*Processed Next Business Day*

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

NEIGHBORS REALTY CO., INC.
P.O. BOX 24334
SHAWNEE MISSION, KS 66283

001 Real Estate Co

24,891.24      Platinum Realty ck # 16510      24,891.24

BANK OF BLUE VALLEY

TOTAL ITEMS  1   $  24891.24





A place where YOU are known!
1193 Riley
P.O. Box 26128
Overland Park, KS 66225-6128
913-338-HELP
www.BankBV.com

THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

```
04/17/2015                2:31 PM
Br# 3501  Tlr#   23  Seq#   76
Account XXXXXX7878
UGA Deposit 5,000.00


THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"
```

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

*Canyon lot*

**McCAFFREE - SHORT TITLE COMPANY**
ESCROW ACCOUNT
4701 W. 110TH
OVERLAND PARK, KS 66211
913-327-1100

U.S. BANK
Overland Park, Kansas 66212
Member FDIC

18-18/1010

023686

15-2565
Commissions

DATE: August 28, 2015
AMOUNT: $*****13,520.00

PAY TO THE ORDER OF: Neighbors Realty Co Inc.
P.O. Box 24334
Shawnee Mission, KS 66283

—Thirteen Thousand Five Hundred Twenty and 00/100————————————— Dollars

---

**Bank of Blue Valley**
Member FDIC
11935 Riley | Overland Park, KS 66213
913-338-1000 | www.bankbv.com



THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

08/28/2015       10:11 AM
Br# 3504  Tlr# 402  Seq# 16
Account XXXXXX7878
BDA Deposit 13,520.00

THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

---

McCAFFREE - SHORT TITLE COMPANY                                023686

**\*\*\*\* REAL ESTATE CLOSING \*\*\*\***

Buyer/Borrower: Costello
Seller: Mark S and Shelly K Neighbors
Lender: Community Mortgage LLC
Property: 16963 Gentle Slopes Dr./Gravios Mill MO /
Settlement Date: August 27, 2015
Disbursement Date: August 28, 2015
Check Amount: $ 13,520.00
Pay To: Neighbors Realty Co Inc.
For:
Commissions
Commission $13,520.00

Closer/Responsible Party: ALM

All of **us** serving you

Hawthorne Office
SL-KS-9109
4901 West 119th Street
Overland Park, KS 66209

913.317.9425 direct
913.317.9404 fax
800.USBANKS 24-hr service

usbank.com

**Stacey Terry**
Teller Coordinator
stacey.terry@usbank.com





$13,520.00



First American Title Company dba First
American Title Company of Missouri
1600 NW Mock Avenue
Blue Springs, MO 64015
(816) 229-5960

PR. NCNTRL
Ofc. 0015 (2569)

FILE NO. 1406612

First American Trust, FSB
5 First American Way
Santa Ana CA 92707

90-4125/1222

2569132235

Date 10/20/2015

PAY **********$11,340.00**********

DOLLARS   $*****11,340.00

Escrow Trust Account
Void After 180 Days

Re:

TO THE ORDER OF   Mark Neighbors

*THE FACE OF THIS DOCUMENT INCLUDES A HIDDEN WORD - DO NOT CASH IF THE WORD VOID IS VISIBLE*

NEIGHBORS REALTY CO., INC.
P.O. BOX 24334
SHAWNEE MISSION, KS 66283

DATE 10-21-15

CHECKS:
Ck# 2569132235  $11,340.00

BANK OF BLUE VALLEY

TOTAL ITEMS  1   $  11,340.00



Bank of Blue Valley
Member FDIC
11935 Riley | Overland Park, KS 66213
913-338-1000 | www.bankbv.com

THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of
the Uniform Commercial Code or any applicable collection agreement.

10/22/2015                8:45 AM
Br# 3504 Tlr# 408 Seq#   14
Account XXXXXX7078
DDA Deposit 11,340.00

THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL


**platinum realty**
AGENT COMMISSIONS ACCOUNT
9393 W. 110TH ST. SUITE 170
OVERLAND PARK, KS 66210
888-220-0988


ENTERPRISE BANK & TRUST
80-616/810

10/22/2015

TO THE ORDER OF   Shelly Neighbors                                $ **8,722.40

Eight thousand seven hundred twenty-two and 40/100************************************************
DOLLARS

Shelly Neighbors
14761 Bond
Overland Park, KS 66221

VOID AFTER 90 DAYS
TWO SIGNATURES REQUIRED

MEMO

*(deposit slip)*
NEIGHBORS REALTY CO., INC.
P.O. BOX 24334
SHAWNEE MISSION, KS 66283
DATE 1-23-15
8722.40
Platinum Realty
10806
4825 NW Canyon Rd
8722.40

BANK OF BLUE VALLEY

TOTAL ITEMS  1   $  8722.40


Bank of Blue Valley
Member FDIC
11935 Riley | Overland Park, KS 66213
913-338-1000 | www.bankbv.com

THIS IS YOUR RECEIPT
Checks and other items are received for deposit subject to the provisions of
the Uniform Commercial Code or any applicable collection agreement.

10/23/2015                1:39 PM
Br# 3501 Tlr#    5 Seq#   43
Account XXXXXX7078
IDA Deposit 8,722.40

THANK YOU FOR YOUR BUSINESS!
BANK OF BLUE VALLEY
"A PLACE WHERE YOU ARE KNOWN"

BANK SYMBOL, TRANSACTION NUMBER, DATE AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL