IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Mark Stephen Neighbors, and | ) | Case No. 11-21003 |
| Shelly Kay Neighbors, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

## DEBTORS' MOTION TO QUASH TRUSTEE'S SUBPOENA OF KRISTINA MARITCZAK

1. Debtors filed a voluntary Chapter 11 on April 12, 2011 (Doc 1).

2. On December 23, 2015, the case was ordered converted to a Chapter 7 (Doc 460).

3. 11 U.S.C. Section 348(a) "[c]onversion of a case from a case under one chapter of this title to a case under another chapter of this title . . . does not affect a change in the date of the filing of the petition . . . ."

4. Debtors' Chapter 7 case is considered filed on April 12, 2011.

5. Debtors' Chapter 7 Trustee filed a Notice of Intent to Issue Subpoena upon Kristina Maritczak of Maritczak Legal Group (Doc 631) and a Subpoena in a Case under the Bankruptcy Code (Doc 631-1) on July 18, 2016.

6. Debtors did not work with Kristina Maritczak prior to filing bankruptcy on April 12, 2011, and therefore, the Trustee is not entitled to the information requested in her subpoena of Kristina Maritczak.

7. The Federal Rules of Civil Procedure, Rule 45, applies to bankruptcy courts under Fed. R. Bankr. Pro. 9016.

8. FRCP Rule 45(3)(A) requires the Court to "quash or modify a subpoena that (i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the

1

geographical limits specified in Rule 45(c); requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden."

9. Trustee's subpoena fails to allow Kristina Maritczak a reasonable amount of time to comply with Trustee's burdensome request under FRCP Rule 45(c)(3)(A)(i).

10. FRCP Rule 45(c)(2)(A) allows a subpoena to "command: (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person."

11. Trustee's subpoena requires Kristina Maritczak to comply beyond the geographical limits specified in FRCP Rule 45(c)(2)(A) because Kristina Maritczak is employed at Maritczak Legal Group over 100 miles from the Trustee's law office, located at 917 SW Topeka Blvd., Topeka, KS 66612, or the Bankruptcy Courthouse, located at 500 State Avenue, Kanas City, KS 66101.

12. Trustee's subpoena requires Kristina Maritczak to disclose privileged or other protected matter as the Debtors' attorney under attorney-client privilege and the work product doctrine.

13. Debtors have not waived their attorney-client privilege under Kansas Rule of Professional Conduct Rule 226.

14. Trustee's subpoena subjects Kristina Maritczak, neither a party nor a party's officer, to an undue burden under FRCP Rule 45(c)(3)(A)(iv) because Trustee's subpoena is overbroad and unduly burdensome in its scope.

15. FRCP Rule 45(3)(B)(i) allows the Court to quash or modify a subpoena that requires the disclosure of a trade secret or other confidential research, development, or commercial information.

16. Trustee's subpoena requires Kristina Maritczak to disclose confidential commercial information under FRCP Rule 45(c)(3)(B)(i).

WHEREFORE, Debtors respectfully request an Order from the Court quashing Trustee's subpoena of Kristina Maritczak in the above-captioned Chapter 7 bankruptcy, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF CAMRON HOORFAR, P.C.

By: /s/ Camron Hoorfar, J.D. LL.M.
Camron Hoorfar, J.D. LL.M.
MO 60942   KS 24008   OK 31924
202 SW Market Street
Lee's Summit, MO 64063
Phone: 816-524-4949
Fax: 816-524-4963
Choorfar@Hoorfarlaw.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion to Quash Trustee's Subpoena of Kristina Maritczak was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditor and other parties in interest this 27th day of July, 2016 by United States Mail, first class, postage prepaid, to:

Patricia Hamilton
917 S. Topeka Blvd.
Topeka, KS 66612
CHAPTER 7 TRUSTEE

Eric Johnson
1000 Walnut Street
Suite 1400
Kansas City, MO 64106
ATTORNEYS FOR CITIMORTGAGE, INC.

/s/ Camron Hoorfar, J.D. LL.M.
Camron Hoorfar, J.D. LL.M.