**Form defo** (Revised 12/01/2009)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 11−21003                  Chapter: 7

In re:

| Mark Stephen Neighbors | Shelly Kay Neighbors |
|---|---|
| 14761 Bond Street | 14761 Bond Street |
| Overland Park, KS 66221 | Overland Park, KS 66221 |
| SSN: xxx−xx−8877 | SSN: xxx−xx−0889 |

**Entered By The Court**
**7/29/16**

**ORDER TO CORRECT DEFECTIVE PLEADING(S)**

**Filed By The Court**
**7/29/16**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

The following pleading was filed in this matter and is defective for the following reason(s):

    *644* – Objection to (related document(s): 630 Generic Notice filed by Trustee Patricia E Hamilton) Filed by Debtor Mark Stephen Neighbors, Joint Debtor Shelly Kay Neighbors (Hoorfar, Camron)

    *645* – Objection to (related document(s): 632 Generic Notice filed by Trustee Patricia E Hamilton) Filed by Debtor Mark Stephen Neighbors, Joint Debtor Shelly Kay Neighbors (Hoorfar, Camron)

    *646* – Objection to (related document(s): 631 Generic Notice filed by Trustee Patricia E Hamilton) Filed by Debtor Mark Stephen Neighbors, Joint Debtor Shelly Kay Neighbors (Hoorfar, Camron)

Please file using the correct ECF event: Bankruptcy > Motions/Applications > Quash

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above−described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 647 – 644, 645, 646

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court