FHA/VA Case No.

FROM:

Lynette G Poe
LYNETTE G POE APPRAISALS
PO Box 1465
Warsaw, MO 65355-1465

Telephone Number: (660) 438-4005    Fax Number: (660) 438-4020

# INVOICE

| INVOICE NUMBER |
| --- |
| NEIGHBORS |

| DATE |
| --- |
|  |

| REFERENCE | |
| --- | --- |
| Internal Order #: | NEIGHBORS |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | NEIGHBORS |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

TO:

NEIGHBORS, MARK & SHELLY LLC

| | |
| --- | --- |
| Telephone Number: | Fax Number: |
| Alternate Number: | E-Mail: |

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| Lender: | N/A | Client: | NEIGHBORS, MARK & SHELLY LLC |
| Purchaser/Borrower: | NEIGHBORS, MARK & SHELLY LLC | | |
| Property Address: | 16959 Gentle Slope Dr | | |
| City: | Gravois Mills | | |
| County: | Morgan | State: MO | Zip: 65037 |
| Legal Description: | see attachment | | |

## FEES

| | AMOUNT |
| --- | --- |
| | 400.00 |
| SUBTOTAL | 400.00 |

## PAYMENTS

| | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: | Description: paid | 400.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | SUBTOTAL | 400.00 |
| | | TOTAL DUE | $    0.00 |

PETITIONER'S
EXHIBIT
A

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 16959 Gentle Slope Dr | |
| Legal Description | see attachment | |
| City | Gravois Mills | |
| County | Morgan | |
| State | MO | |
| Zip Code | 65037 | |
| Census Tract | 4705.00 | |
| Map Reference | 29-015 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ | |
| Date of Sale | | |

| CLIENT | | |
|---|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC | |
| Lender/Client | N/A | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 2,968 | |
| Price per Square Foot | $ | |
| Location | B;Lake Community; | |
| Age | 9 | |
| Condition | C3 | |
| Total Rooms | 7 | |
| Bedrooms | 4 | |
| Baths | 3.0 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Lynette G Poe | |
| Date of Appraised Value | 09/08/2015 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 455,000 | |

# Uniform Residential Appraisal Report
File # NEIGHBORS

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 16959 Gentle Slope Dr | City Gravois Mills  State MO  Zip Code 65037 |
| Borrower NEIGHBORS, MARK & SHELLY LLC  Owner of Public Record NEIGHBORS, MARK & SHELLY LLC  County Morgan | |

Legal Description see attachment

| | |
|---|---|
| Assessor's Parcel # 201011110000400103 | Tax Year 2014  R.E. Taxes $ 3,042 |
| Neighborhood Name Lake of the Ozarks | Map Reference 29-015  Census Tract 4705.00 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant  Special Assessments $ 0  ☒ PUD  HOA $ 1,100 ☒ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Market value
Lender/Client N/A  Address
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). LOBR MLS

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 70 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 1 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 50 Low | 0 | Multi-Family | 3 % |
| Neighborhood Boundaries | | | | | | 650 High | 75 | Commercial | 3 % |
| North by W, South by County Line, West by S, East by County Line | | | | | | 250 Pred. | 20 | Other | 23 % |

Neighborhood Description  The subject property is located in a resort neighborhood off of O Hwy . This area is mainly a resort area and proximity to the lakes/golf is usually the biggest factor that affects a property's marketability. Houses sold in this area are for permanent and recreational purposes. This neighborhood is located near Lake of the Ozarks which is considered an asset to the community.
Market Conditions (including support for the above conclusions)  Market conditions for the subject property seem to be in balance with the economy of the area. Properties are on the market on the average of 3 to 6 months or more for homes in this price range. Bank financing is available. Loan discounts, interest buydowns and concessions are not common for this area.

**SITE**

Dimensions 62.96x204x58.64x192.62  Area 12057 sf  Shape Irregular, typical  View B;62.96'waterfront;
Specific Zoning Classification R-1  Zoning Description LOW DENSITY RESIDENTIAL
Zoning Compliance ☐ Legal ☐ Legal Nonconforming (Grandfathered Use) ☒ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | | ☒ community | Street paved | ☒ | ☐ |
| Gas | ☐ | None | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 29141C0435C  FEMA Map Date 05/04/2009
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
Typical road and utility easements that do not affect value.  No known adverse easements or encroachments that affect the subject property.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/good | Floors | Hrdwd/Crp/Tile/Gd |
| # of Stories 2 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Log Siding/Good | Walls | Drywall/Good |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area 0 sq.ft. | | Roof Surface | Comp/Good | Trim/Finish | Wd/Stain/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Metal/Good | Bath Floor | Tile/Good |
| Design (Style) Contemp | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Wd/Casement/Good | Bath Wainscot | Fiberglass/Good |
| Year Built 2006 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Vinyl/Good | Car Storage ☐ None | |
| Effective Age (Yrs) 5 | | ☐ Dampness ☐ Settlement | | Screens | Nylon/good | ☒ Driveway  # of Cars 4 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other  Fuel Electric | | ☒ Fireplace(s) # 1 | ☐ Fence none | ☐ Garage  # of Cars 2 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Deck | ☐ Porch none | ☐ Carport  # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool none | ☐ Other none | ☒ Att. ☐ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) fanhood
Finished area above grade contains:  7 Rooms  4 Bedrooms  3.0 Bath(s)  2,968 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).  Property includes fireplace, attached garage, equipped kitchen, granite counters, 2 well dock, 1 dock slip.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  C3;No updates in the prior 15 years;See attached addenda.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If No, describe

Does the property generally conform to the neighborhood (functional utility, style, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

Freddie Mac Form 70 March 2005  UAD Version 9/2011  Page 1 of 6  Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

File # NEIGHBORS

There are **15** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **350,000** to $ **600,000**

There are **8** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **350,000** to $ **600,000**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 16959 Gentle Slope Dr Gravois Mills, MO 65037 | 16965 Gentle Slope Dr Gravois Mills, MO 65037 | | 16963 Gentle Slope Dr Gravois Mills, MO 65037 | | 17661 Sheldon Pt Gravois Mills, MO 65037 | |
| Proximity to Subject | | 0.05 miles NW | | 0.01 miles W | | 0.93 miles SE | |
| Sale Price | $ | | $ 389,900 | | $ 372,000 | | $ 455,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 240.53 sq.ft. | | $ 229.49 sq.ft. | | $ 163.67 sq.ft. | |
| Data Source(s) | | LOBR MLS#3103394;DOM 262 | | Inspection;DOM 26 | | LOBR MLS#3102431;DOM 381 | |
| Verification Source(s) | | GIS/Sales agent/MLS | | Inspection | | GIS/Sales agent/MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s07/15;c05/15 | | s08/15;c07/15 | | s09/15;c08/15 | |
| Location | B;Lake Commun | B;Lake Commun | | B;Lake Commun | | B;Lake Commun | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 12057 sf | 10472 sf | 0 | 11984 sf | 0 | 7600 sf | 0 |
| View | B;92.96'waterfron | B;56'waterfront; | +3,480 | B;56'waterfront; | +3,480 | B;76'waterfront; | -6,520 |
| Design (Style) | DT2;Contemp | DT2;Contemp | | DT2;Contemp | | DT3;Contemp | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 9 | 11 | 0 | 9 | | 15 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | +2,000 | Total Bdrms. Baths | +2,000 | Total Bdrms. Baths | -1,000 |
| Room Count | 7  4  3.0 | 6  3  2.0 | +2,000 | 6  3  2.0 | +2,000 | 7  4  3.1 | |
| Gross Living Area | 2,968 sq.ft. | 1,621 sq.ft. | +33,675 | 1,621 sq.ft. | +33,675 | 2,780 sq.ft. | +4,700 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Cent/Cent | Cent/Cent | | Cent/Cent | | Cent/Cent | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga4dw | 2ga4dw | | 2ga4dw | | 2ga2dw | 0 |
| Porch/Patio/Deck | Decks | Decks | | Decks | | Decks | |
| dock | 2 well/dock slip | 2 well dock | +15,000 | None | +45,000 | 2 Well/3 pwc | 0 |
| amenities | Fplc 1 | Fplc 1 | | Double Fplc | -2,500 | Fplc 1 | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 56,155 | ☒ +  ☐ - | $ 83,655 | ☐ +  ☒ - | $ -2,820 |
| Adjusted Sale Price | | Net Adj. 14.4 % | | Net Adj. 22.5 % | | Net Adj. 0.6 % | |
| of Comparables | | Gross Adj. 14.4 % | $ 446,055 | Gross Adj. 23.8 % | $ 455,655 | Gross Adj. 2.7 % | $ 452,180 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Assessor/MLS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | LOBR MLS/Assessor | LOBR MLS/Assessor | LOBR MLS/Assessor | LOBR MLS/Assessor |
| Effective Date of Data Source(s) | 09/21/2015 | 09/21/2015 | 09/21/2015 | 09/21/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales  No other transfers noted. No sales of comparables noted other than ones used in above grid.

Summary of Sales Comparison Approach  See attached addenda.

Indicated Value by Sales Comparison Approach $  455,000

Indicated Value by: Sales Comparison Approach $  455,000  Cost Approach (if developed) $  Income Approach (if developed) $

The Sales Comparison Approach ($455,000) offers the most reliable estimate of the market value. The Cost Approach was not requested not required. The Income Approach was not applied because the typical purchaser is an owner occupant.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  455,000 , as of  09/08/2015 , which is the date of inspection and the effective date of this appraisal.

## ADVERSE ENVIRONMENTAL CONDITIONS

The appraiser did not observe any forms of adverse environmental conditions that would negatively impact the value of the property being appraised. "Unless otherwise stated in this report, the existence of hazardous materials, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, and other potentially hazardous materials may affect the value of the property that would cause a loss in value. No responsibility is assumed for such conditions or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field if desired.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Sales comparison offers the most reliable estimate of value.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data   Marshal Swift/Local Construction Cost | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service   Q3/C3   Effective date of cost data   09/21/2015 | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ |
| sales comparison offers the most reliable estimate of value | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less   Physical   Functional   External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)   Years | INDICATED VALUE BY COST APPROACH | | =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☒ No   Unit type(s)   ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | | Total number of units sold |
|---|---|---|---|
| Total number of units rented | Total number of units for sale | | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # NEIGHBORS

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Lynette G Poe | Name |
| Company Name LYNETTE G POE APPRAISALS | Company Name |
| Company Address PO BOX 1465 STATE RD | Company Address |
| Warsaw, MO 65355-1465 | |
| Telephone Number 913-402-0120 | Telephone Number |
| Email Address lynettepoe@hughes.net | Email Address |
| Date of Signature and Report 09/21/2015 | Date of Signature |
| Effective Date of Appraisal 09/08/2015 | State Certification # |
| State Certification # RA002783 | or State License # |
| or State License # | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State MO | |
| Expiration Date of Certification or License 06/30/2016 | **SUBJECT PROPERTY** |

ADDRESS OF PROPERTY APPRAISED
16959 Gentle Slope Dr
Gravois Mills, MO 65037
APPRAISED VALUE OF SUBJECT PROPERTY $ 455,000
LENDER/CLIENT
Name NEIGHBORS, MARK & SHELLY LLC
Company Name N/A
Company Address

Email Address

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
　Date of Inspection
☐ Did inspect interior and exterior of subject property
　Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
　Date of Inspection

Freddie Mac Form 70 March 2005　　UAD Version 9/2011　　Page 6 of 6　　Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Case 11-21003　Doc# 654-1　Filed 08/10/16　Page 8 of 32

# Uniform Residential Appraisal Report

File # NEIGHBORS

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 16959 Gentle Slope Dr | 16967 Gentle Slope Dr | | 17571 Maple Tree Rd | | | |
| | Gravois Mills, MO 65037 | Gravois Mills, MO 65037 | | Gravois Mills, MO 65037 | | | |
| Proximity to Subject | | 0.06 miles NW | | 0.27 miles SE | | | |
| Sale Price | $ | | $ 365,000 | | $ 540,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 225.17 sq.ft. | | $ 145.95 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | LOBR MLS#3101572;DOM 24 | | LOBR MLS#3105129;DOM 125 | | | |
| Verification Source(s) | | GIS/Sales agent/MLS | | GIS/Sales agent/MLS | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | | | |
| Concessions | | Cash;0 | | Conv;0 | | | |
| Date of Sale/Time | | s08/14;c07/14 | | s06/15;c05/15 | | | |
| Location | B;Lake Commun | B;Lake Commun | | B;Lake Commun | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 12057 sf | 12900 sf | 0 | 12930 sf | 0 | | |
| View | B;92.96'waterfron | B;50'waterfront; | +6,480 | B;60'waterfront; | +1,480 | | |
| Design (Style) | DT2;Contemp | DT2;Contemp | | DT2;Contemp | | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 9 | 11 | 0 | 12 | 0 | | |
| Condition | C3 | C3 | | C3 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7 4 3.0 | 6 3 2.0 | +2,000 | 10 6 4.0 | -4,000 | | |
| Gross Living Area | 2,968 sq.ft. | 1,621 sq.ft. | +2,000 | | -2,000 | sq.ft. | |
| | | | +33,675 | 3,700 sq.ft. | -18,300 | | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Cent/Cent | Cent/Cent | | Cent/Cent | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 2ga4dw | 2ga4dw | | 3ga4dw | -5,000 | | |
| Porch/Patio/Deck | Decks | Decks | | Decks Pr;Patio | | | |
| dpck | 2 well/dock slip | Dock slip | +30,000 | 2 well dock | +15,000 | | |
| amenities | Fplc 1 | Fplc 1 | | Fplc 1 | | | |
| | | | | Ingrnd Pool/htd | -25,000 | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 74,155 | ☐ + ☒ - | $ -37,820 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 20.3 % | | Net Adj. 7.0 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 20.3 % | $ 439,155 | Gross Adj. 13.1 % | $ 502,180 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | LOBR MLS/Assessor | LOBR MLS/Assessor | LOBR MLS/Assessor | |
| Effective Date of Data Source(s) | 09/21/2015 | 09/21/2015 | 09/21/2015 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005

UAD Version 9/2011

Fannie Mae Form 1004 March 2005

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No.

| | |
|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC |
| Property Address | 16959 Gentle Slope Dr |
| City | Gravois Mills     County Morgan     State MO     Zip Code 65037 |
| Lender/Client | N/A |

THE APPRAISER IS NOT A HOME INSPECTOR: This appraisal is not a home inspection and the appraiser is not acting as a home inspector or environmental inspector when preparing this report. The appraiser provides an opinion of value. The appraiser does not guarantee that the property is free of defects or environmental problems. Also, all mechanical systems are assumed to be in proper working order at the time of inspection. No personal property was taken in consideration at all in this analysis. The client has the right to have the home inspected by a professional home inspector. When performing the inspection of this property, the appraiser visually observed areas that were readily accessible. The appraiser is not required to disturb or move anything that obstructs access or visibility. The inspection does not offer warranties nor any guarantees of any kind.

ADDITIONAL CERTIFICATION: The flood data provided is not guaranteed or warranted. A flood certification by FEMA is recommended to determine if the property or improvements are located within a flood zone.

I certify to the best of my knowledge and belief, that the report analysis, options, and conclusions were developed, and this report has been prepared in conformity with the requirements of the Uniform Standards of Professional Practice.

INTENDED USER: The intended user of this appraisal report is the Lender/Client.The intended use is to evaluate the property that is the subject to of this appraisal for a mortgage finance transaction... Subject to the stated scope of work, purpose of this appraisal reporting requirements of this appraisal report form and definition of market value. No additional intended users are identified by the appraiser.

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this agreement

The appraiser has developed marketing time estimate as part of this assignment and the exposure time is considered to be similar to the marketing time

The flood data provided is not guaranteed or warranted. A flood certification by FEMA is recommended to determine if the property or improvements are located within a flood zone.
I certify to the best of my knowledge and belief, that the report analysis, options, and conclusions were developed, and this report has been prepared in conformity with the requirements of the Uniform Standards of Professional Practice

• FIRREA/USPAP Addendum: FLD13
Upon receiving this assignment, I identified the real property being appraised and collected property-specific data available through public records, various data services and or MLS database when available. I then completed an interior and exterior inspection of the subject property, noting the condition, quality, utility, amenities and architectural style. Zoning data was obtained from public records, office files, and or city/county planning offices. The collected data was then used to develop a profile of the subject and to perform a search of the market for the most similar closed comparable sales, pending and active listings. The sales were inspected from the street and if possible photos taken. The sales were confirmed and verified from public records, various data services and MLS, and when necessary with an agent or the owner. The sales data was then analyzed and a value conclusion derived. This Report was then completed, signed and released to the client. This report is intended to satisfy the requirements of USPAP. The valuation of the property included the Market Approach. Income and cost approach are not applied and are not applicable to the subject property. There is sufficient data to develop an indication of value by the sales comparison approach.

• URAR: Subject - Overall Condition of the Property
Subject property a 9 year old home with an effective age of 5 years. Interior of home is in good condition with drywall walls hardwood, carpet and tile floors. Exterior of home is log siding with a comp roof and is in good condition. All utilities were on and functioning at time of inspection. Upgrades to home include granite counters, tile shower, tile floors, fireplace. Brazilian hardwood decks. 2 well dock was not present at time of inspection but dock permit was provided, dock was in the process of being moved in. Appraisal assumes dock is same as per dock permit and survey provided. Lot size was taken from survey provided.

| | |
|---|---|
| Signature | Signature |
| Name Lynette G Poe | Name |
| Date Signed 09/21/2015 | Date Signed |
| State Certification # RA002788     State MO | State Certification #     State |
| Or State License # | Or State License #     State |

# Supplemental Addendum

| | |
|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC |
| Property Address | 16959 Gentle Slope Dr |
| City | Gravois Mills | County | Morgan | State | MO | Zip Code | 65037 |
| Lender/Client | N/A |

The scope of work for the subject property included a physical inspection of the property, information provided by the home owner and listing agent and information obtained from the assessor and gis website. Comparable information was gathered from the local MLS with additional information obtained from the assessor/gis website and visual street inspection of comparables used. Search parameters for comparables used are as follows. Areas K of the local MLS within 10 miles within the last 90 days expanded to 18 months

The GLA is per the MLS and verified with the county assessor office. The below grade finish is considered in the GLA, due to the finish on the lower level in this market area, lower levels are generally "walkout" living areas of comparable finish, outside entry/egress and function as the rest of the dwelling and considered in the GLA. Distinguishing between below grade and above grade levels on improvements is not a typical practice in this area for REALTORS, Contractors and Appraisers.Furthermore, the comparable sale's MLS listings were all reported in a lump sum total GLA with no above-below GLA breakdown. Since all properties are considered in this locally accepted manner, it is necessary to conform to this design and style method due to available sales and listing information being provided in this fashion.

The highest and best use of the subject property and improvements is as a single family residential property. The highest and best use is determined by the most probable use of land or improved property that is legally possible, physically possible, financially feasible. Analysis of highest and best use involves two considerations: [1] the most likely and profitable use of the site "as if vacant" under the requirements set forth above and, [2] if a property is "already improved", it is the use that should be made of the property to maximize value. The value of the subject property improved is greater than the value of the subject property unimproved and the current market value of the subject is driven by its current use. The remaining economic life of the structure coupled with the subject site's R-1 zoning (1-family residential dwelling) result in the present use as the only logical highest and best use conclusion

• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach
The Lake of the Ozarks area is a nationally known recreational area with over 1100 miles of shoreline. Comparables within a 10+/- mile radius are considered close proximity and within the same market. It is standard practice to use comparables sales within 1 year of the date of sale and is accepted by all lending institutions. Comps 1-5 are closed sales and all are located within 1 mile of the subject. All the sales closed within the prior 13 months. Comp 1-3 have closed in the last 90 days. the time frame was expanded for remaining sales. All comps are located in the Lake area and are equal in location, appeal and amenities. The five sales arrayed reveal a comparatively range of adjusted value of $439,155 to $502,180. All sales were considered to be indicative of the value influencing features found in the subject and all were given some consideration. Most weight given to the Sales Comparison Analysis as it tends to reflect the action of buyers and sellers. The five closed sales recited reveal a comparatively range of adjusted value,therefore, all the comparable sales are considered to have an effect on the final opinion of value. The most weight is given to comps 2 and 3 and is supported by comps 1, 4 and 5 and a most probable market value of $455,000 appears to be supported by the adjusted sales price of the comparables. No site adjustments were necessary. No age adjustments were necessary. GLA is adjusted at $25 per SF, no adjustments for less than 100 sf and reflects the marginal contribution of the difference in Gross Living Area rather than average cost. Waterfront is adjusted at $500 per foot. All adjustments, made or not made reflect the market value contribution of individual differences between the subject and the comparable sales. Dock adjustments are market derived based on the contributory value of the dock.

The subject property value differs from the predominant value by more than 10% but is within the value range for the area. This is not uncommon due to the diversity of lake properties in the area and has no negative effect on the value of the subject or marketability.

Other land use is vacant/park/recreational.

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | |
| City | Gravois Mills | County | Morgan | State MO | Zip Code 65037 |
| Lender/Client | N/A | | | | |

## Clarification of Assumptions, Limiting Conditions, Certifications and Scope of Work

This addendum defines terms used in the appraisal process. It is not a modification of the assumptions, limiting conditions or certifications, but a "clarification" of the appraiser's actions with respect to generally accepted appraisal practice and USPAP.

The explanations discussed here (and in the body of the report), reference by number and page, Scope of Work, Assumptions and Limiting Conditions and Certifications from pages 4-6 of the Fannie Mae Form 1004/Freddie Mac Form 70. The intent is to further define, clarify, and document what the appraiser(s) did and or did not do in order to develop the value opinion, based on the complexity of this assignment and or because of a supplementary Agreement identified within the appraisal report.

Absent a written supplemental Scope of Work from the client (prior to the assignment), by formal engagement letter, the Scope of Work outlined here and within the report, is considered to be representative of what typical users of appraisal services would require and in general, what appraisers would provide as reasonable, acceptable and sufficient for the stated intended user's needs.

**HOUSING MARKET TRENDS & CONDITIONS (PG 1)** Under "One Unit Housing Trends", the boxes selected are based on an analysis of the neighborhood, as specified in "The Appraisal of Real Estate" (by the Appraisal Institute). For the 1004MC, the analysis reports trends of properties "competitive to the subject". **See 1004MC Section.**

**SCOPE OF WORK (PG 4 & 5, Cert.2):** Item (1) - the appraiser(s) conducted a visual inspection of only the readily accessible areas of the property, viewing only those components of the property which were clearly visible from the ground or floor level. No tests were made of the mechanical, plumbing, and electrical systems. Such tests are not within standard guidelines of Fannie Mae and Freddie Mac, but were performed as required by FHA. Comments on the condition of the foundation, roof, exterior, interior, floors, mechanical, plumbing, electrical, insulation and all other matters relating to the construction of the subject property are based on a casual observation only, which may have been limited by the placement of personal property, furnishings, etc., so as to preclude observation of the items blocked by same. There was no observation of the attic, crawl space, or components that are hidden within walls or other areas that would no be visible by a typical visitor to the home with the exception of FHA assignments.

The report may rate the adequacy and or condition of various items (based on observation only) however, it should be clearly understood that these statements are a guide for comparison purposes (as part of the valuation process) and do not represent a detailed analysis of the physical or operational condition of these items. The appraiser(s) is not an expert in these matters and any opinion stated is advisory based only upon observation. **This report is not a home inspection.** The reader or intended user should not rely on this report to disclose condition defects. Such knowledge goes beyond the scope of this appraisal and as such, comments on observed conditions given in this report should not be taken as a guarantee that a problem does not exist. The following chart will assist the reader in comprehending the scope of a complete visual inspection:

Items (2, 3, 4, & 5): Where it States, "inspect the neighborhood", the observation was limited to driving through a representative number of streets in the area, reviewing maps and other appropriate data, and observing comparables from the street to determine the general factors that may influence the value of the subject property. It also included research to the extent defined in the sections below.

**REPAIRS/DETERIORATION (PG 4, Item 5 & Pg 5, Cert. 2):** The terms **deficiency & livability** (as mentioned in the URAR) are subjective. The appraiser(s) made an effort to report ONLY those repair items that, in the appraiser's opinion, affect **safety, adequacy, and marketability** of the property. Physical deterioration consistent with the age of the home has not been itemized, but considered in the approaches to value.

| Complete Visual Inspection Includes: | Complete Visual Inspection Does/Did NOT Include: |
|---|---|
| List the amenities | |
| Observation of crawl spaces and attics | |
| Testing or activating mechanical systems & appliances | Observation of areas not readily accessible |
| View readily observable exterior areas | View readily observable interior areas |
| Note quality of materials and workmanship | Building Code compliance issues |
| Measure the exterior of the improvements | Moving furniture or personal property |
| Observe the floor plan and room layout | Mold assessment |
| Assess the functional utility of the property | Removing (or moving) floor coverings |
| Note the subject's conformity to the market area | The testing or inspection of the well or septic system |

| Signature | | Signature | |
|---|---|---|---|
| Name | Lynette G Poe | Name | |
| Date Signed | 09/21/2015 | Date Signed | |
| State Certification # | RA002785 | State MO | State Certification # | State |
| Or State License # | | State | Or State License # | State |

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | |
| City | Gravois Mills | County | Morgan | State | MO | Zip Code | 65037 |
| Lender/Client | N/A | | | | | |

Note style/design

| Observe the general condition of the improvements, including a sampling of closets, windows, electrical switches, and doors | Roof condition report beyond an observation from ground level |
|---|---|
| Photograph exterior and view site around the improvements | Radon assessment |

**COST APPROACH (Pg. 5 Cert 4):** Is applicable when improvements are new, near new or are of an unusual construction method. This method is appropriate when sufficient land or building sites, etc. are available to a potential purchaser to make construction of improvements similar to the subject, a viable alternative to purchasing the subject. In areas where vacant sites (similar to the subject property in location, zoning, use and utility) are not available to a potential purchaser, use of the cost approach and reliability on the same as a value indicator could be misleading. When the Cost Approach is not required (per USPAP) or deemed necessary to the development of a reliable value opinion, the cost approach is not appropriate, excluded as such exclusion has been so stated with the body of the report.

If the cost approach was used, it represents "replacement cost estimate", and is for "valuation purposes only" and should not be relied upon for insurance purposes. The definition of "market value" on page 4 of this report is not consistent with the definition of "insurable value". If the cost approach was presented, a services such as **Marshall and Swift** (or similar source) was used to develop the estimate. The site value opinion results from extraction, allocation, the developmental method or from a review & analysis of sales of similar sites within the market area.

**INCOME APPROACH (Pg. 5 Cert 4):** Is applicable when sufficient investor owned properties exist within the subject's immediate area or neighborhood and when investors regularly acquire such properties that are similarly desirable to the subject for the express purpose of the income they provide. While rentals may exist in any area, their presence alone is not proof of a viable rental and investor marketplace. As such, in areas dominated by "owner occupied" units, it may be inappropriate to employ the income approach, unless the approach clearly represents the motivations and actions of investors in the marketplace as it relates to the subject property. If the approach was not included, it was the appraiser's opinion that the data was insufficient to provide meaningful conclusion.

**EXTENT OF DATA RESEARCH-SALES/LISTINGS (Pg 5, Cert. 5 thru 9):** Sales and listings of the subject property and comparables were researched, verified, analyzed & reported in compliance with the Certifications 5 thru 9 of this URAR. Sales data (including listed, closed and pending) of properties that are geographically, physically, functionally and economically similar to the subject property and that reflected current buyer and seller actions were researched and considered. If necessary and applicable, the appraiser(s) also researched comparable land and improved sales, income and expense information and construction costs; confirmed sales information (as noted under "**EXTENT OF INFORMATION VERIFICATION**", (see next section) and analyzed the information in applying the approach(es) used.

Depending upon the availability and reliability of various data sources, the appraiser(s) used any combination of reasonably available information from city/county records, real estate agents, owner's comments, buyer's description, assessor's records, multiple listing service (MLS) data, brochures, listings on websites and visual observation to identify the relevant characteristics of the subject property. Comparables presented reflect the most similar physical, functional, economic and locations characteristics compared to the subject and are relevant to the analysis of the subject property. These sales were adjusted to the subject to reflect the market's reaction (if any) to differences.

**EXTENT OF INFORMATION VERIFICATION (Pg. 5, Cert. 10 & 13):** Representative samples of disinterested sources for information and data verification include but are not limited to County/City, online records-Recorder, Treasurer, Zoning, GIS, Online Assessor Property Databases-Sales, Property Characteristics, Personal observation-Condition, Location, Physical attributes, Real Estate Transaction Declaration documents-Sale date, Personal property. Flood zone determinations are from flood map services available online at the time of the assignment.

The appraiser(s) verified applicable information with sources "deemed to be reliable" and a disinterested party or corroborated with a third-party source to the extent such verification was possible in the time permitted by the client. In some cases, the motivations of the parties or other factors (terms, arms-length transactions, etc.) may not have been available. In this case, the data was accepted at "face value as factually accurate". The appraiser(s) did not review a survey of the subject site; did not check land records for recorded easements, and has reported only apparent easements and encroachments. Unless otherwise stated within the report, there was no confirmation of the subject being within the appropriate setbacks, as dictated by zoning, building, or other regulations.

| Signature | | Signature | |
|---|---|---|---|
| Name Lynette G Poe | | Name | |
| Date Signed 09/21/2015 | | Date Signed | |
| State Certification # RA002785 | State MO | State Certification # | State |
| Or State License # | State | Or State License # | State |

# Supplemental Addendum

File No. NEIGHBORS

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | | |
| City | Gravois Mills | County | Morgan | State | MO | Zip Code | 65037 |
| Lender/Client | N/A | | | | | | |

**PUBLIC/PRIVATE DATA SOURCES (Pg. 5, Cert 12):** My (our) appraisal practice is generally limited to the readily available data with the county appraisal offices. I have access to public data via the various counties as well as West Central Multiple Listing Service, Mid MO MLS, flood data and maps along with private information contained within my office files that is considered necessary and appropriate for this assignment.

**ADVERSE FACTORS (Pg. 4 Item 5 & Pg. 5, Cert 14):** As cited in the "Assumptions and Limiting Conditions", is subjective and open to broad interpretation. Most properties will have a form of physical depreciation, deficiency, or livability issues, dependent upon the standards of the party observing the property. A wide-range of factors internal or external to the property may be "adverse" by someone's viewpoint.

Absent specific directives or guidelines from the client, the appraiser(s) made a visual inspection of the property and its market environment (as cited elsewhere in the Scope of Work) and noted factors that may affect the marketability and livability to potential buyers. This was based upon the appraiser's knowledge of the market and/or as evidenced by sales of properties with similar or comparable conditions. Such items are noted in the report and the valuation approaches that were applied to the analysis.

Some buyers in the market may consider factors such as drug labs, registered sex offenders, criminal activity, interim rehabilitation facilities halfway houses, or similar uses as "adverse". Unless cited within the report, the appraiser(s) has made no attempt to investigate or discover such activities as part of this assignment, unless such factors were readily apparent and obviously affecting the subject property as evidenced by market data. If the intended user has concerns in these areas, it is highly recommended that they secure this information from a reliable source.

**DISCLOSURE/DISTRIBUTION (Pg. 6, Cert. 21 & Cert. 23):** Regardless of who paid for this assignment, the intended user is only the lender/client stated within the report. This report may be inappropriate for use by parties other than the intended user and could place them at risk. Despite possession of the report, this appraisal should not be relied upon by anyone other than the stated intended user and for the stated/intended purpose.

**USPAP REQUIRED DISCLOSURES**
The appraiser is required by USPAP to identify the Client and any intended users, by name or type. Per USPAP Statement #9, the actual name of the Client may be withheld, but the withholding must be revealed. A Client is defined in USPAP as the party or parties who engage the appraiser for the assignment. The Client may be different from the Lender. If checked below, the following information applies to this report:
[ x ] The Client by Name is identified on the Lender/Client lines in the Report Form, along with the Lender Name. No instruction was received on the appraisal assignment order or via other written communication at the time of engagement that prevents the naming of the Client. It is understood that the Client is acting as an agent for the Lender for the placement of the appraisal assignment with the appraiser. The Client and the Lender may be the same entity. In that case, only one name will be shown. Both the Client and Lender are Intended Users of this report.
[ ] The Client is not named in the report, at the instruction of the Client, on the appraisal order or other written communication. The Lender name is shown. However, at the time of engagement, the appraiser understood that the Client was acting as an agent on behalf of the Lender for the placement of the appraisal assignment with the appraiser. The appraisal order with the name of the Client is retained in the appraiser's work file. Both the Client and Lender are Intended Users of this report.

**2012 USPAP requirement to Develop Exposure Time**
The appraiser has developed marketing time estimate as part of this assignment and the exposure time is considered to be the similar to the marketing time.

**EXPOSURE TIME:** estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

**ADDITIONAL CERTIFICATION:**
The flood data provided is not guaranteed or warranted. A flood certification by FEMA is recommended to determine if the property or improvements are located within a flood zone.

I certify to the best of my knowledge and belief, that the report analysis, options, and conclusions were developed, and this report has been prepared in conformity with the requirements of the Uniform Standards of Professional Practice.

Verifying building permits is not within the normal scope of what is expected of an appraiser. The appraiser does not/can not comment on or guarantee the accuracy or completeness of the public records. The appraiser is not a building permit or compliance expert; further, the appraiser can not guarantee the accuracy of the opinions stated about building permits.

This appraisal report adheres to the development and reporting options of The Uniform Standards of Professional Appraisal Practice (USPAP), FIRREA Title XI Appraisal Regulations and The Appraisal Independence Standards set forth by H.R 4173.

| | |
|---|---|
| Signature | Signature |
| Name  Lynette G Poe | Name |
| Date Signed  09/21/2015 | Date Signed |
| State Certification #  RA002788   State MO | State Certification #   State |
| Or State License # | Or State License #   State |

# Market Conditions Addendum to the Appraisal Report

File No. NEIGHBORS

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 16959 Gentle Slope Dr | City Gravois Mills | State MO | ZIP Code 65037 |
|---|---|---|---|---|

| Borrower | NEIGHBORS, MARK & SHELLY LLC |
|---|---|

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 1 | 4 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.33 | 1.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 17 | 19 | 15 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 34.0 | 57.6 | 11.3 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 464,650 | 540,000 | 382,450 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 85 | 119 | 241 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 449,000 | 450,000 | 450,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 83 | 173 | 235 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 94.64 | 95.32 | 94.38 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).      Sellers are typically paying 1 to 3 points of seller paid closings costs with little to no affect on market value

Are foreclosure sales (REO sales) a factor in the market?   ☒ Yes   ☐ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Foreclosure sales are becoming more prevalent in this market.  The foreclosure listings in this area are mainly below $100,000.
Foreclosures are not the driving force in this market.

Cite data sources for above information.      MLS,Assessor,Appraiser Files

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The local real estate market may show slower sales activity and showings throughout the winter months, increased number of listings and
sales within the spring and summer market.  There is no oversupply of properties in this area it is typical in this lake area to have a large
number of properties come on the market during the late summer and early fall months and for listings to be more abundant than sales
due to summer building and peak sales time is spring and early summer.   It is the seasonal nature of the market in this area
For each listing sold during a particular period the report calculates its SP/LP% in the background. Then, to find the Median Sale Price as %
of List Price, the report takes all those values and finds the middle one, or median.Note that it is NOT the Median SP divided by the Median
LP of the sold comps, nor is it the Median SP divided by the Median LP of all comps. It is the median of all the SP/LP values of just the Sold
comps.This formula is based on the following guidance from Fannie Mae's FAQ posted at:  <https://www.efanniemae.com/sf/formsdocs/forms/p

**If the subject is a unit in a condominium or cooperative project, complete the following:**     Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  Lynette G Poe | | Supervisory Appraiser Name | |
| Company Name   LYNETTE G POE APPRAISALS | | Company Name | |
| Company Address  PO BOX 1495, Warsaw, MO 65355-1495 | | Company Address | |
| State License/Certification #   RA002783   State  MO | | State License/Certification #   | State |
| Email Address  lynettepoe@hughes.net | | Email Address | |

Freddie Mac Form 71   March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC   March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# USPAP ADDENDUM

| | |
|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC |
| Property Address | 16959 Gentle Slope Dr |
| City | Gravois Mills | County Morgan | State MO | Zip Code 65037 |
| Lender | N/A |

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     3-6 months

2012 USPAP requirement to Develop Exposure Time

The appraiser has developed marketing time estimate as part of this assignment and the exposure time is considered to be the similar to the marketing time.

EXPOSURE TIME: estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

Prior to accepting an assignment, and if discovered at any time during the assignment, an appraiser must disclose to the client and in the report certification:

The appraiser has not previously appraised the subject property within the last 3 years.

**APPRAISER:**

Signature:
Name: Lynette G Poe
Date Signed: 09/21/2015
State Certification #: RA002783
or State License #:
State: MO
Expiration Date of Certification or License: 06/30/2016
Effective Date of Appraisal: 09/08/2015

**SUPERVISORY APPRAISER: (only if required)**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Photo Page

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | |
| City | Gravois Mills | County | Morgan | State | MO | Zip Code | 65037 |
| Lender/Client | N/A | | | | | |



### Subject Front

16959 Gentle Slope Dr
Sales Price
Gross Living Area 2,968
Total Rooms        7
Total Bedrooms     4
Total Bathrooms 3.0
Location           B;Lake Community;
View               B;62.98'waterfront;
Site               12057 sf
Quality            Q3
Age                9

### Subject Rear



### Subject Street



Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No.

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | |
| City | Gravois Mills | County | Morgan | State | MO | Zip Code 65037 |
| Lender/Client | N/A | | | | | |



road



exterior



exterior



exterior



exterior



exterior



dock slip



kitchen



living



dining



bedroom



bath



laundry



garage



bedroom

Form PICINT15 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Interior Photos

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | |
|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | |
| City | Gravois Mills | County Morgan | State MO | Zip Code 65037 | |
| Lender/Client | N/A | | | | |



bath



bedroom



utility



bath



bedroom



wet bar

# Comparable Photo Page

| | |
|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC |
| Property Address | 16959 Gentle Slope Dr |
| City | Gravois Mills |
| Lender/Client | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | County Morgan | | State MO | Zip Code 65037 |



### Comparable 1

16965 Gentle Slope Dr

| | |
|---|---|
| Prox. to Subject | 0.05 miles NW |
| Sales Price | 389,900 |
| Gross Living Area | 1,621 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | B;Lake Community; |
| View | B;56'waterfront; |
| Site | 10472 sf |
| Quality | Q3 |
| Age | 11 |



### Comparable 2

16963 Gentle Slope Dr

| | |
|---|---|
| Prox. to Subject | 0.01 miles W |
| Sales Price | 372,000 |
| Gross Living Area | 1,621 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | B;Lake Community; |
| View | B;56'waterfront; |
| Site | 11984 sf |
| Quality | Q3 |
| Age | 9 |



### Comparable 3

17661 Sheldon Pt

| | |
|---|---|
| Prox. to Subject | 0.93 miles SE |
| Sales Price | 455,000 |
| Gross Living Area | 2,780 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | B;Lake Community; |
| View | B;76'waterfront; |
| Site | 7600 sf |
| Quality | Q3 |
| Age | 15 |

# Comparable Photo Page

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | | |
| City | Gravois Mills | County | Morgan | | State | MO | Zip Code | 65037 |
| Lender/Client | N/A | | | | | | |



### Comparable 4

| | |
|---|---|
| | 16967 Gentle Slope Dr |
| Prox. to Subject | 0.06 miles NW |
| Sale Price | 365,000 |
| Gross Living Area | 1,621 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | B;Lake Community; |
| View | B;50'waterfront; |
| Site | 12900 sf |
| Quality | Q3 |
| Age | 11 |



### Comparable 5

| | |
|---|---|
| | 17571 Maple Tree Rd |
| Prox. to Subject | 0.27 miles SE |
| Sale Price | 540,000 |
| Gross Living Area | 3,700 |
| Total Rooms | 10 |
| Total Bedrooms | 6 |
| Total Bathrooms | 4.0 |
| Location | B;Lake Community; |
| View | B;60'waterfront; |
| Site | 12930 sf |
| Quality | Q3 |
| Age | 12 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Form PIC3X5.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# FIRREA / USPAP ADDENDUM

FHA/VA Case No.

| | |
|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC |
| Property Address | 16959 Gentle Slope Dr |
| City | Gravois Mills    County Morgan    State MO    Zip Code 65037 |
| Lender/Client | N/A |

**Purpose**

The purpose of the appraisal is to estimate the market value of the subject property defined herein. The function of the appraisal is to determine market value per owner request.

**Scope**

See attached addenda.

**Intended Use / Intended User**

Intended use of the appraisal is for determining market value. Intended user is the owner and their assigns.

**History of Property**

Current listing information:    N/A

Prior sale:    N/A

**Exposure Time / Marketing Time**

N/A

**Personal (non-realty) Transfers**

There is not personal property included in this appraisal.

**Additional Comments**

Physical depreciation is based on the estimated effective age of the subject property. Functional and /or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. this knowledge is based on prior and /or current analysis of site sales and/or abstraction of site values from sales of improved properties. The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered meaningful. For this reason the Income Approach is not used.

**Certification Supplement**

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | |
|---|---|
| Appraiser(s): Lynette G Poe | Supervisory Appraiser(s): |
| Effective date / Report date: 09/09/2015 | Effective date / Report date: |

FHA/VA Case No.

# PRIVACY NOTICE

**Pursuant to the Gramm-Leach-Bliley Act of 1999, effective July 1, 2001, Appraisers, along with all providers of personal financial services are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.**

### Types of Nonpublic Personal Information We Collect

In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.

### Parties to Whom We Disclose Information

We do not disclose any nonpublic personal information obtained in the course of our engagement with our clients to nonaffiliated third parties, except as necessary or as required by law. By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you. All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment is to be maintained in strict confidence within the firm.

A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party.

### Confidentiality and Security

We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs. In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.

Please feel free to call us an any time if you have any questions about the confidentiality of the information that you provide to us.

Form PRV_LG - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# ENVIRONMENTAL ADDENDUM

## APPARENT* HAZARDOUS SUBSTANCES AND/OR DETRIMENTAL ENVIRONMENTAL CONDITIONS

| | |
|---|---|
| Borrower | NEIGHBORS, MARK & SHELLY LLC |
| Address | 16959 Gentle Slope Dr |
| City | Gravois Mills |
| Lender/Client | N/A |

County Morgan    State MO    Zip code 65037

**\*Apparent** is defined as that which is visible, obvious, evident or manifest to the appraiser.

This universal Environmental Addendum is for use with any real estate appraisal. Only the statements which have been checked by the appraiser apply to the property being appraised.

This addendum reports the results of the appraiser's routine inspection of and inquiries about the subject property and its surrounding area. It also states what assumptions were made about the existence (or nonexistence) of any hazardous substances and/or detrimental environmental conditions. **The appraiser is not an expert environmental inspector** and therefore might be unaware of existing hazardous substances and/or detrimental environmental conditions which may have a negative effect on the safety and value of the property. It is possible that tests and inspections made by a qualified environmental inspector would reveal the existence of hazardous materials and/or detrimental environmental conditions on or around the property that would negatively affect its safety and value.

### DRINKING WATER

____ Drinking Water is supplied to the subject from a municipal water supply which is considered safe. However the only way to be absolutely certain that the water meets published standards is to have it tested at all discharge points.

____ Drinking Water is supplied by a well or other non-municipal source. It is recommended that tests be made to be certain that the property is supplied with adequate pure water.

____ Lead can get into drinking water from its source, the pipes, at all discharge points, plumbing fixtures and/or appliances. The only way to be certain that water does not contain an unacceptable lead level is to have it tested at all discharge points.

_X_ The value estimated in this appraisal is based on the assumption that there is an adequate supply of safe, lead-free Drinking Water.

Comments _____

### SANITARY WASTE DISPOSAL

____ Sanitary Waste is removed from the property by a municipal sewer system.

____ Sanitary Waste is disposed of by a septic system or other sanitary on site waste disposal system. The only way to determine that the disposal system is adequate and in good working condition is to have it inspected by a qualified inspector.

_X_ The value estimated in this appraisal is based on the assumption that the Sanitary Waste is disposed of by a municipal sewer or an adequate properly permitted alternate treatment system in good condition.

Comments _____

### SOIL CONTAMINANTS

____ There are no apparent signs of Soil Contaminants on or near the subject property (except as reported in Comments below). It is possible that research, inspection and testing by a qualified environmental inspector would reveal existing and/or potential hazardous substances and/or detrimental environmental conditions on or around the property that would negatively affect its safety and value.

_X_ The value estimated in this appraisal is based on the assumption that the subject property is free of Soil Contaminants.

Comments _____

### ASBESTOS

____ All or part of the improvements were constructed before 1979 when Asbestos was a common building material. The only way to be certain that the property is free of friable and non-friable Asbestos is to have it inspected and tested by a qualified asbestos inspector.

____ The improvements were constructed after 1979. No apparent friable Asbestos was observed (except as reported in Comments below).

_X_ The value estimated in this appraisal is based on the assumption that there is no uncontained friable Asbestos or other hazardous Asbestos material on the property.

Comments _____

### PCBs (POLYCHLORINATED BIPHENYLS)

____ There were no apparent leaking fluorescent light ballasts, capacitors or transformers anywhere on or nearby the property (except as reported in Comments below).

____ There was no apparent visible or documented evidence known to the appraiser of soil or groundwater contamination from PCBs anywhere on the property (except as reported in Comments below).

_X_ The value estimated in this appraisal is based on the assumption that there are no uncontained PCBs on or nearby the property.

Comments _____

### RADON

____ The appraiser is not aware of any Radon tests made on the subject property within the past 12 months (except as reported in Comments below).

____ The appraiser is not aware of any indication that the local water supplies have been found to have elevated levels of Radon or Radium.

____ The appraiser is not aware of any nearby properties (except as reported in Comments below) that were or currently are used for uranium, thorium or radium extraction or phosphate processing.

_X_ The value estimated in this appraisal is based on the assumption that the Radon level is at or below EPA recommended levels.

Comments _____

## USTs (UNDERGROUND STORAGE TANKS)

_____ There is no apparent visible or documented evidence known to the appraiser of any USTs on the property nor any known historical use of the property that would likely have had USTs.

_____ There are no apparent petroleum storage and/or delivery facilities (including gasoline stations or chemical manufacturing plants) located on adjacent properties (except as reported in Comments below).

_____ There are apparent signs of USTs existing now or in the past on the subject property. It is recommended that an inspection by a qualified UST inspector be obtained to determine the location of any USTs together with their condition and proper registration if they are active; and if they are inactive, to determine whether they were deactivated in accordance with sound industry practices.

__X__ The value estimated in this appraisal is based on the assumption that any functioning USTs are not leaking and are properly registered and that any abandoned USTs are free from contamination and were properly drained, filled and sealed.

Comments _____

## NEARBY HAZARDOUS WASTE SITES

_____ There are no apparent Hazardous Waste Sites on the subject property or nearby the subject property (except as reported in Comments below). Hazardous Waste Site search by a trained environmental engineer may determine that there is one or more Hazardous Waste Sites on or in the area of the subject property.

__X__ The value estimated in this appraisal is based on the assumption that there are no Hazardous Waste Sites on or nearby the subject property that negatively affect the value or safety of the property.

Comments _____

## UREA FORMALDEHYDE (UFFI) INSULATION

_____ All or part of the improvements were constructed before 1982 when UREA foam insulation was a common building material. The only way to be certain that the property is free of UREA formaldehyde is to have it inspected by a qualified UREA formaldehyde inspector.

_____ The improvements were constructed after 1982. No apparent UREA formaldehyde materials were observed (except as reported in Comments below).

__X__ The value estimated in this appraisal is based on the assumption that there is no significant UFFI insulation or other UREA formaldehyde material on the property.

Comments _____

## LEAD PAINT

_____ All or part of the improvements were constructed before 1980 when Lead Paint was a common building material. There is no apparent visible or known documented evidence of peeling or flaking Lead Paint on the floors, walls or ceilings (except as reported in Comments below). The only way to be certain that the property is free of surface or subsurface Lead Paint is to have it inspected by a qualified inspector.

_____ The improvements were constructed after 1980. No apparent Lead Paint was observed (except as reported in Comments below).

__X__ The value estimated in this appraisal is based on the assumption that there is no flaking or peeling Lead Paint on the property.

Comments _____

## AIR POLLUTION

_____ There are no apparent signs of Air Pollution at the time of the inspection nor were any reported (except as reported in Comments below). The only way to be certain that the air is free of pollution is to have it tested.

__X__ The value estimated in this appraisal is based on the assumption that the property is free of Air Pollution.

Comments _____

## WETLANDS/FLOOD PLAINS

_____ The site does not contain any apparent Wetlands/Flood Plains (except as reported in Comments below). The only way to be certain that the site is free of Wetlands/Flood Plains is to have it inspected by a qualified environmental professional.

__X__ The value estimated in this appraisal is based on the assumption that there are no Wetlands/Flood Plains on the property (except as reported in Comments below).

Comments _____

## MISCELLANEOUS ENVIRONMENTAL HAZARDS

_____ There are no other apparent miscellaneous hazardous substances and/or detrimental environmental conditions on or in the area of the site except as indicated below:

_____ Excess Noise

_____ Radiation + Electromagnetic Radiation

_____ Light Pollution

_____ Waste Heat

_____ Acid Mine Drainage

_____ Agricultural Pollution

_____ Geological Hazards

_____ Nearby Hazardous Property

_____ Infectious Medical Wastes

_____ Pesticides

_____ Others (Chemical Storage + Storage Drums, Pipelines, etc.) _____

__X__ The value estimated in this appraisal is based on the assumption that there are no Miscellaneous environmental Hazards (except those reported above) that would negatively affect the value of the property.

When any of the environmental assumptions made in this addendum are not correct, the estimated value in this appraisal may not be valid.

Form 69F - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



State of Missouri

Department of Insurance, Financial Institutions and Professional Registration
Division of Professional Registration
Real Estate Appraisers Commission
**State Certified Residential Real Estate Appraiser**

VALID THROUGH JUNE 30, 2016
ORIGINAL CERTIFICATE/LICENSE NO. RA002783

LYNETTE G POE
16336 WALNUT GROVE ROAD
PO BOX 1465
WARSAW MO 65355
USA

EXECUTIVE DIRECTOR

DIVISION DIRECTOR

FHA/VA Case No.



CERTIFICATE OF SURVEY



**Ameren**
MISSOURI

**LAKE OF THE OZARKS PERMIT**     No. UE15-2030

| Activity: DOCK | Sq. Ft.: 2604 | Slips: 2 |
| --- | --- | --- |

**Permittee**

| | Date Issued: | 8/11/2015 | | |
| --- | --- | --- | --- | --- |
| | Lake Mile: | 6.2-3.9+0.9 | Section: | 11 |
| Name: NEIGHBORS, MARK & SHELLY | County: | Morgan | Township: | 40 N |
| Address: 14761 BOND | Subdivision: | | Range: | 17 W |
| OVERLAND PARK, KS 66221 | Legal Desc. | PROPOSED TRACT E-5; GENTLE | | |
| | | SLOPES (UNRECORDED); 62.96' | | |
| Add'l Owners: | | X 211.95' IRR | | |
| | Fire District: | N/A | | |
| | FD Permit No: | | | |

Approval is hereby granted to construct the facility (shown above) described in the application received 7/23/2015 and in accordance with the approved drawings (enclosed) and specifications of the application and subject to the following permit conditions:

**Permit Conditions:**

- Conditions set forth in the attached Appendix.
- No habitable structures are permitted on docks.
- The total enclosed storage may not exceed 80 sq. ft. and shall not include toilets, showers, or any type of device which could cause any liquid or solid waste to be discharged into the lake.
- Electric power extensions to the facility are the responsibility of the applicant. An extension of power to docks, pumps and other facilities needing electrical power should be performed by a qualified electrician and periodically inspected to ensure electrical safety. Applicants must conform to the permitting and installation standards of the local fire districts or any other entity having jurisdiction over electrical installations. Ameren Missouri may revoke any permit where it is discovered that the electrical system installation is not safe or local electrical codes have not been met.
- The dock will be inspected by Ameren Missouri for compliance of the approved dock specifications.
- The maximum boat slip size shall not exceed 55 feet in length for residential permits and 60 feet for commercial (marina) permits. Any watercraft moored within slips permitted after March 30, 2006, shall not extend beyond the mouth of the slip.

Property owners, contractors, and agents, who deviate from or violate the permit, may be subject to permit revocation, permit modification, enforcement fines and removal of projects at the property owner's expense.

Union Electric Company (d/b/a Ameren Missouri) maintains and operates the Osage Project under Federal Energy Regulatory Commission License. The approval granted herein for construction and/or maintenance of this activity is conditioned upon your compliance at all times with all the terms and conditions of such license or any renewal thereof, including the possibility that your improvement may of necessity be ordered removed at some future date because of operating requirements. Further, your activity is subject to the general and special conditions set forth in the attached Appendix.

Permit numbers have been assigned to all authorized structures, or works in or over the Lake of the Ozarks for identification purposes. If the permit is for a dock, this number must be displayed on the dock in such a manner that it will be visible from the lake. Should the description, ownership, or location of this structure change, this office must be notified immediately.

This authorization is issued on a first-come, first-served basis to applicants on the basis of property ownership, easement rights, or written permission of a responsible subdivision official. The activity must be positioned in such a manner that it will not create undue interference with, or be an obstruction to, navigable waters or interfere with access to adjacent docks or other property. Disputes that may arise from placement of this activity shall be locally or legally resolved by the permittee, and failure to do so may be cause for modification, suspension or revocation of this permit in accordance with condition 'I' contained in the attached Appendix.

Also, your attention is invited to general condition 'I' in said appendix which states in part, that this permit does not convey any property rights, either in real estate or material, or any exclusive privileges, nor does it authorize any injury to property or invasion of rights of other persons.

The activity authorized by this permit must be completed within One (1) Year or this permit is null and void unless an extension is issued by Ameren Missouri.

Approval: _Jeff Green_

Jeff Green, Supervisor, Shoreline Management

| Ameren Missouri |
| --- |
| P.O. Box 993 |
| Lake Ozark, MO 65049 |
| (573) 365-9203 |

CC: ☐ Corps of Engineers   ☐ Camden County   ☐ Four Season Sub   ☐ White Branch Sub   ☐ Keithley Beach
☐ Shawnee Bend   Fire District: N/A

Attachment

FHA/VA Case No.

# Morgan County, MO

## Property Report Card

### Parcel Number:  201011100004001039

Owner Name: NEIGHBORS, MARK & SHELLY LLC

Address 1:  14761 BOND

Address 2:

Address 3:  OVERLAND PARK, KS 66221

Situs Address:

Book: 2007

Page: 6367

Acres:  0.00

Year Built:  2006

Base Area:  1,680.00

Adjusted Area:  3,178.00

Appraised Value:  $346,500.00

Assessed Value:  $65,840.00

Real Imp Value:  $281,570.00

Taxes: $3,042.19

School:  R-2

Road:  Gravois Special 8

Nurse:  Good Shepherd

Ambulance: Cam-Mo 1

JRCO:

Fire:  Gravois

City:  Rural

Legal Description:  PROPOSED TRACT E-5;  GENTLE SLOPES (UNRECORDED);  62.96' X 211.95' IRR

Data contained within this web site was created from record research provided by the county and/or city. Morgan County, Missouri does not guarantee any accuracies to the data or attribute information displayed, queried, or printed from this web site. This web site is only intended for informational purposes.

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Building Sketch

FHA/VA Case No.

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | |
| City | Gravois Mills | County Morgan | | State MO | Zip Code 65037 | |
| Lender/Client | N/A | | | | | |



TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1120 Sq ft | 28 × 36 | = 1008 |
| | | 0.5 × 28 × 8 | = 112 |
| Second Floor | 1120 Sq ft | 28 × 36 | = 1008 |
| | | 0.5 × 28 × 8 | = 112 |
| Third Floor | 728 Sq ft | 26 × 28 | = 728 |
| **Total Living Area (Rounded):** | **2968 Sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Attached | 616 Sq ft | 22 × 28 | = 616 |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower | NEIGHBORS, MARK & SHELLY LLC | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16959 Gentle Slope Dr | | | | | |
| City | Gravois Mills | County | Morgan | State | MO | Zip Code | 65037 |
| Lender/Client | N/A | | | | | |





**Morgan County, MO**