IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
NEIGHBORS, MARK STEPHEN
NEIGHBORS, SHELLY KAY,     Case No:   11-21003 DLS

      Debtors.

## TRUSTEE'S SECOND SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION TO DISMISS CHAPTER 7 BANKRUPTCY

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee, and for her Second Supplemental Objection to Debtors' Motion to Dismiss Chapter 7 Bankruptcy, states:

1. The Debtors, Mark and Shelly Neighbors, filed a voluntary Chapter 11 bankruptcy petition on April 12, 2011 (the "**Filing Date**").

2. The case was converted to Chapter 7 on December 21, 2015 (**"Conversion Date"**).

3. The Section 341 meeting has not been concluded.

4. On May 26, 2016, the Neighbors filed their Motion to Dismiss.

5. On June 20, 2016, the Trustee filed her Objection to the Neighbors' Motion to Dismiss. On July 6, 2016, the Trustee filed her Supplement Objection to the Neighbors' Motion to Dismiss (the "**First Supplement**"). The Trustee's Objection and First Supplement are incorporated herein.

6. The Trustee files this Second Supplemental Objection to apprise the Court of additional funds received by the Neighbors which were not reported in the Neighbors' Monthly Operating Reports and which appear to have been expended without Court authority. Specifically, the Neighbors received three checks in 2015 in connection with a settlement with Nationstar ($10,000, $57, 237.41, and $10,000) (the "**Nationstar Settlement Proceeds**"). All three checks, payable to Mark and Shelly Neighbors, were deposited into the Mark and Shelly Neighbors' bank

account at Freedom Bank on April 22, 2015. A copy of the Freedom Bank statement reflecting the April deposits from the Nationstar settlement is attached hereto, incorporated herein, and identified as **Exhibit 1**. The April 2015 Monthly Operating Report (Docket No. 375) signed by Mark Neighbors does not reflect this income.

7. On or about August 28, 2015, Mark and Shelly Neighbors received sale proceeds from the sale of real property referred in this case as the E-3 property (the "**E-3 Sale Proceeds**"). The proceeds, $150,773.14, were wired to Mark and Shelly Neighbors LLC at Community America. A copy of the settlement statement and wire transfer receipt are attached hereto, incorporated herein and identified as **Exhibit 2**. The August 2015 Monthly Operating Report (Docket No. 431) signed by Mark Neighbors does not reflect this income. Upon information and belief, the Neighbors contend that they were not obligated to report this income since the property was owned by Mark and Shelly Neighbors LLC. However, the pleadings filed on behalf of the Neighbors through the case up to the point of the sale of the E-3 property refer to the property as property of the bankruptcy estate (including pleadings filed by the Neighbors' current counsel in connection with his efforts to obtain attorney's fees related to enforcement of the settlement). Mark and Shelly Neighbors are the only two members of Mark and Shelly Neighbors LLC and, upon information and belief, Mark and Shelly Neighbors LLC own no other property other than the E-3 property and possibly some household furnishing that are now located inside the E-5 property and had no liabilities.

8. Upon information and belief, the majority of the Nationstar Settlement Proceeds and the E-3 Sale Proceeds has been expended by the Neighbors.

9. The disposition of the Nationstar Settlement Proceeds and the E-3 Sale Proceeds, may give rise to recoverable transfers pursuant to 11 U.S.C. § 549.

10. These potential claims and causes of action are assets of the Chapter 7 estate and further support denial of the Neighbors' Motion to Dismiss.

WHEREFORE, the Trustee requests the Court deny the Debtors' Motion to Dismiss Chapter 7 Bankruptcy.

Respectfully submitted,
 s/ Patricia E. Hamilton
Patricia E. Hamilton KS #13263
917 SW Topeka Blvd.
Topeka, KS 66612
785-408-8000 phone
785-408-8003 fax
phamilton@stevensbrand.com
Chapter 7 Trustee
Counsel for the Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Trustee's Second Supplemental Objection to Debtors' Motion to Dismiss was filed electronically on August 12, 2016, with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the Trustee's Second Supplemental Objection to Debtors' Motion to Dismiss was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

NEIGHBORS, MARK STEPHEN
14761 BOND STREET
OVERLAND PARK, KS 66221

NEIGHBORS, SHELLY KAY
14761 BOND STREET
OVERLAND PARK KS 66221

s/ Patricia E. Hamilton
Patricia E. Hamilton #13263