**Form defo** (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 11–21003      Chapter: 7

In re:

| | |
|---|---|
| Mark Stephen Neighbors | Shelly Kay Neighbors |
| 14761 Bond Street | 14761 Bond Street |
| Overland Park, KS 66221 | Overland Park, KS 66221 |
| SSN: xxx–xx–8877 | SSN: xxx–xx–0889 |

**Entered By The Court
8/22/16**

**ORDER TO CORRECT DEFECTIVE PLEADING(S)**

**Filed By The Court
8/22/16
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The following pleading was filed in this matter and is defective for the following reason(s):

*659* – Request For Digital Recording for Hearing on 10–29–2015. Fee Amount $30, Filed by Debtor Mark Stephen Neighbors, Joint Debtor Shelly Kay Neighbors. (Hoorfar, Camron)

NO DIGITAL RECORDING AVAILABLE FOR THIS HEARING. THE HEARING TRANSCRIPT IS AVAILABLE ON THE RECORD.

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above–described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 660 – 659

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of Kansas
In re:                                                          Case No. 11-21003-DLS
Mark Stephen Neighbors                                          Chapter 7
Shelly Kay Neighbors
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-2          User: susan              Page 1 of 2              Date Rcvd: Aug 22, 2016
                              Form ID: defo            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
jdb            +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marksneighbors@gmail.com Aug 22 2016 21:38:36      Mark Stephen Neighbors,
                14761 Bond Street,    Overland Park, KS 66221-9650
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Andrew W Muller    on behalf of Creditor    The Private Bank and Trust Company
               andrew.muller@stinsonleonard.com,    lori.hendrix@stinsonleonard.com
              Austin B Hayden    on behalf of Creditor    Cornerstone Bank ahayden@cmplaw.net,    gpappas@cmplaw.net
              Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal@hoorfarlaw.com
              Carrie D. Mermis    on behalf of Creditor    Nationstar Mortgage LLC cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              Cassandra L. Writz    on behalf of Defendant    Nationstar Mortgage LLC clwritz@bryancave.com,
               mafosdick@bryancave.com,janice.gold@bryancave.com
              Catherine C Whittaker    on behalf of Creditor    Bank of Versailles cwhittaker@shb.com,
               dnunn@shb.com
              Christopher S Stover    on behalf of Creditor    Bank Of America, N.A. spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Defendant    Nationstar Mortgage LLC spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Counter-Claimant    Nationstar Mortgage, LLC.
               spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Creditor    Nationstar Mortgage, LLC spence@spencestoverlaw.com
              Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Tina@emlawkc.com;jeff@evans-mullinix.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Cynthia M Woolverton    on behalf of Creditor    BAC Home Loan Servicing, LP FKA Countrywide Home
 Loans Servicing, LP bkty@msfirm.com,  cwoolverton@ecf.courtdrive.com
Cynthia M Woolverton    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
 cwoolverton@ecf.courtdrive.com
Cynthia M Woolverton    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
 cwoolverton@ecf.courtdrive.com
Eric L. Johnson    on behalf of Creditor    CitiMortgage, Inc. ejohnson@spencerfane.com,
 lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
Eric L. Johnson    on behalf of Interested Party    CitiFinancial ejohnson@spencerfane.com,
 lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com,
 lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
Frank   Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com,
 lstevenson@brlawkc.com
Frank   Wendt    on behalf of Creditor    Bank of Versailles fwendt@brlawkc.com,
 lstevenson@brlawkc.com
George D. Halper    on behalf of Interested Party    Cornerstone CPA ghalper@mvplaw.com,
 dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
George D. Halper    on behalf of Interested Party David  Imhoff ghalper@mvplaw.com,
 dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
George D. Halper    on behalf of Interested Party    Cornerstone 360 ghalper@mvplaw.com,
 dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC
 Jennifer.Berhorst@bryancave.com,  ecf_kc@bryancave.com
Jordan M Sickman    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
 jordan.sickman@usdoj.gov
Kenneth C. Jones    on behalf of Creditor    First Federal Bank FSB kcjones@lewisricekc.com,
 vlbates@lewisricekc.com
Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com
Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com
LaKisha  Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com
Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com,
 jobaker@logs.com
Mark  Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com,
 mwarnecker@shb.com;truskamp@shb.com
Mark  Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com,
 mwarnecker@shb.com;truskamp@shb.com
Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com,
 ecfsaderlawfirm@gmail.com;abuente@saderlawfirm.com;cpalmer@saderlawfirm.com
Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com
P. Glen Smith    on behalf of Creditor    Central Bank of Lake of the Ozarks
 glen.smith@huschblackwell.com,
 cynthia.houser@huschblackwell.com;tricie.loudon@huschblackwell.com
Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com,
 ks12@ecfcbis.com
Patricia E Hamilton     phamilton@stevensbrand.com,  ks12@ecfcbis.com
Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
 richard.wieland@usdoj.gov
Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com,
 hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com
U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com,
 WHolmes@ecf.courtdrive.com
William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
 WHolmes@ecf.courtdrive.com
William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
 WHolmes@ecf.courtdrive.com
                                                                                             TOTAL: 53
```