# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Mark Stephen Neighbors, and | ) | Case No. 11-21003 |
| Shelly Kay Neighbors, | ) | |
| | ) | |
| Debtors. | ) | |

## WITHDRAWAL OF PROOF OF CLAIM #5-1

COMES NOW Creditor Farmers Bank & Trust, N.A., by and through counsel, Steven E. Mauer of Zerger & Mauer, LLP, and hereby withdraws its Proof of Claim #5-1 filed on May 11, 2011.

Respectfully submitted,

**ZERGER & MAUER, LLP**

By: /s/ Steven E. Mauer, J.D.
Steven E. Mauer, KS #22369
1100 Main Street
Suite 2100
Kansas City, MO 64105
Telephone: 816-759-3300
Facsimile: 816-759-3399
semauer@zergermauer.com
ATTORNEYS FOR FARMERS BANK & TRUST, N.A.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this September 7, 2016 with the United States Bankruptcy Court for the District of Kansas and shall be served on the parties by the Court's CM/ECF.

/s/ Steven E. Mauer, J.D.
Steven E. Mauer

1