KC Room 144
09:30 AM

Case Information:

    11-21003 Mark Stephen Neighbors and Shelly Kay Neighbors   Chapter: 7

Judge: DLS                                                                        Filed: 04/12/2011

Appearances:
       xx Camron L Hoorfar representing Mark Stephen Neighbors (Debtor)
       xx Camron L Hoorfar representing Shelly Kay Neighbors (Joint Debtor)
       xx Patricia E Hamilton representing Patricia E Hamilton (Trustee)
       xx Eric Johnson representing CitiMortgage Inc (Creditor)
       xx Kersten Holzhueter representing CitiMortgage Inc. (Creditor)
       xx Frank Wendt representing Bank of Versailles (Creditor)
       xx Richard A. Wieland representing U.S. Trustee

Issue(s):

[655] Supplemental Objection filed by Patricia Hamilton.

[654] Document filed in Support of: Motion for Dismissal for Other under Section 707(a).

[604] Objection filed by Trustee Patricia E Hamilton.

[602] Objection filed by CitiMortgage (Eric Johnson).

[587] Response filed by Bank of Versailles (Frank Wendt).

[574] Motion for Dismissal for Other under Section 707(a) and Section 305(a). Filed on behalf of Debtor Mark Stephen Neighbors, Joint Debtor Shelly Kay Neighbors, with Certificate of Service.

Courtroom Deputy: Shawna Taylor
Court Reporter: R. Patrick Tate, Heritage Reporting Services

U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
9/27/2016
Hon. Dale L. Somers, Presiding

___

Notes/Decision:

Debtors appear in person with counsel.

All stipulated exhibits S1-S73 admitted into evidence.
Debtors' exhibits 1, 2, 6, 7, 8, 9, 10, 11, 12, 13, 19, 20, 21, 28 and 29 admitted into evidence.
CitiMortgage's Exhibits C1, C2, C3, C4 admitted into evidence.
Trustee's Exhibit T2 admitted into evidence.

Mr. Neighbors testified. Called as Witness for CitiMortgage.

A stipulation that Court Judgments and Orders will remain binding and unchallenged both within the bankruptcy court and outside courts should the case be dismissed to be submitted by Mr. Hoorfar.

Judge Somers ordered release of Settlement Agreement with Nationstar Mortgage. An order granting the oral motion to turnover a copy of the Settlement Agreement to be provided to the court.

Mr. Johnson to provide list of case citations regarding authority to Judge Somers and post-trial briefs due within two- weeks. Mr. Hoorfar has two-weeks to respond. Matter will then go under advisement.

___

Courtroom Deputy: Shawna Taylor
Court Reporter: R. Patrick Tate, Heritage Reporting Services