# Holzhueter, Kersten

| | |
|---|---|
| **From:** | Camron Hoorfar <Choorfar@Hoorfarlaw.com> |
| **Sent:** | Tuesday, October 4, 2016 11:48 AM |
| **To:** | Holzhueter, Kersten; 'Patricia E. Hamilton'; 'Andrea Boyd'; Johnson, Eric |
| **Subject:** | RE: Nationstar Settlement |
| **Attachments:** | Modification Agreement (recorded).pdf; Release of Lien (recorded).pdf |

Good afternoon Kersten,

Attached is the recorded modification agreement. Also attached is the recorded February 2015 release of lien.

However, I do not have a copy of the release of lien in August 2015. You may need to contact Morgan County Recorder of Deeds for this document.

I should have the proposed order, regarding the release of the Nationstar settlement documents, to everyone shortly for circulation and approval.

Thank you,

**Camron Hoorfar, J.D. LL.M.**
**Law Office of Camron Hoorfar, P.C.**
**202 SW Market Street**
**Lee's Summit, MO 64063**
**Phone: 816-524-4949**
**Fax: 816-524-4963**
Email:   choorfar@hoorfarlaw.com
Web:   www.hoorfarlaw.com



****************************PRIVATE AND CONFIDENTIAL***************************
This electronic message transmission and any files transmitted with it, are a communication from the Law Office of Camron Hoorfar, P.C. This message contains information protected by the attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient or the Law Office of Camron Hoorfar, P.C.. This information is solely for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone (816-524-4949), collect or by electronic mail (CHoorfar@Hoorfarlaw.com) and promptly destroy the original transmission. Thank you for your assistance.

NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.

We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.

---

**From:** Holzhueter, Kersten [mailto:kholzhueter@spencerfane.com]
**Sent:** Monday, October 03, 2016 11:46 AM
**To:** Camron Hoorfar <Choorfar@Hoorfarlaw.com>; Patricia E. Hamilton (PHamilton@stevensbrand.com) <PHamilton@stevensbrand.com>; Andrea Boyd (ABoyd@stevensbrand.com) <ABoyd@stevensbrand.com>; Johnson,

1

Eric <[ejohnson@spencerfane.com](ejohnson@spencerfane.com)>
**Subject:** Nationstar Settlement

Good morning, Camron,

We have reviewed the Nationstar documents produced at Tuesday's hearing. We are looking for a few more documents related to that settlement. Please forward the following:
1. Recorded release of lien from Nationstar for Tract E3
2. Recorded modification agreement

Also, per the Court's instruction, please send over a proposed order allowing production of the settlement documents.

Thanks,
Kersten

2
Case 11-21003    Doc# 678-2    Filed 10/14/16    Page 2 of 2