Exhibit C

# ~ FIRST ~
# TITLE INSURANCE
## AGENCY

2140 Bagnell Dam Blvd.
Cliffside Center, Suite 404
Lake Ozark, Missouri 65049
(573) 365-6999   Fax 365-5599

October 12, 2016

Kersten Holzhueter, Attorney
Spencer Fane LLP
kholzhueter@spencerfane.com

Re:   File #15583
      Christopher Costello and Jennifer A. Costello, Co-Trustees of the
      Christopher Costello Trust dated September 23, 2003
      Tr-3 of part of the NE NE S11, T40N, R17W

Dear Ms. Holzhueter:

Pursuant to your request, please find the following Informational Report regarding the above referenced owner and property. This report covers a period beginning January 1, 2015 and ending October 4, 2016. The property is described as follows:

Tract E-3

All that part of the following described land lying above the 665 contour line of the Lake of the Ozarks in the Northeast Quarter of the Northeast Quarter of Section 11, Township 40 North, Range 17 West, in Morgan County, Missouri, described by metes and bounds as follows:

Commencing at an iron pin which marks the Northwest corner of the East Half of the West Half of the Northeast Quarter of said Section 11; thence South 58°39'14" East 1624.40 feet to an iron pin set near the shoreline of the Lake of the Ozarks for the point of beginning of the tract of land herein and hereby conveyed; thence North 82°49'27" East 187.32 feet to an iron pin in the centerline of a road of ingress and egress 30 feet in width; thence along said centerline South 31°45'24" East 61.84 feet to an iron pin; thence leaving said centerline and run South 82°49'27" West 213.92 feet; thence North 6°16'42" West 56.01 feet to the point of beginning.

Subject to a utility easement 10 feet in width lying parallel and adjacent to and on the West side of the above described road right of way.

For the purpose of the calls in this description, the West line of the East Half of the West Half of the Northeast

Quarter of said Section 11 is considered to have a bearing of North.

Subject to all easements, restrictions, reservations and conditions of record and to all existing roads and power lines, whether of record or not.

1. The last deed recorded is in the name of:

    Christopher Costello and Jennifer A. Costello, Co-Trustees of the Christopher Costello Trust dated September 23, 2003

    a. Missouri Warranty Deed from Mark S. and Shelly K. Neighbors, LLC to Christopher K. and Jennifer A. Costello, husband and wife dated August 27, 2015 and recorded September 2, 2015 in Book 2015 at Page 4241, Records of Morgan County, Missouri.

    b. Missouri Warranty Deed from Christopher K. and Jennifer A. Costello, husband and wife to Christopher Costello and Jennifer A. Costello, Co-Trustees of the Christopher Costello Trust dated September 23, 2003 dated September 1, 2015 and recorded September 10, 2015 in Book 2015 at Page 4399, Records of Morgan County, Missouri.

2. We find the following current encumbrances that appear of record for the time period covered by this report:

    a. Deed of Trust executed by Mark S. Neighbors and Shelly K. Neighbors, husband and wife and Mark S. and Shelly K. Neighnbors, LLC, a Missouri limited liability company to Sky Registered Services, Inc., Trustee for Cornerstone Bank, dated March 26, 2015 and recorded May 4, 2015 in Book 2015 at Page 1916, Records of Morgan County, Missouri. Said Deed of Trust is a re-recording of the Deed of Trust recorded in Book 2005 at Page 7604, Records Of Morgan County, Missouri.

    b. Freddie Mac Standard Modification Agreement (of Deed of Trust recorded in Book 2005 at Page 7604) executed by Mark Neighbors and Shelly Neighbors for Nationstar Mortgage LLC dated February 20, 2015 and recorded May 12, 2015 in Book 2015 at Page 2090, Records of Morgan County, Missouri.

    c. Deed of Trust executed by Christopher K. and Jennifer A. Costello, husband and wife, to Jeffery Reese, Trustee for Community Mortgage LLC, dated August 27, 2015 and recorded September 2, 2015 in Book 2015 at Page 4242, Records of Morgan County, Missouri.

3. Taxes for 2016 are a lien on the property although not yet due and payable. Taxes for the year 2015 were paid in the amount of $2,291.06.

    Parcel #20-1.0-11-100-004-001.037

This report does not pass on unrecorded mechanic's liens, easements, restrictions or encroachments which may be disclosed by a comprehensive survey on the premises.

Liability is limited to the amount paid for this report. This report is not an insured product or service or a representation of the condition of title to real property. It is not an abstract, legal opinion, opinion of Title Insurance Commitment, or Preliminary Report, or any form of Title Insurance or Guaranty. This report is issued exclusively for the benefit of the applicant therefor, and may not be used or relied upon by any other person. This report may not be reproduced in any manner without First Title Insurance Agency, Inc.'s (First Title) prior written consent. First Title does not represent or warrant that the information herein is complete or free from error, and the information herein is provided without any warranties of any kind, as-is, and with all faults. As a material part of the consideration given in exchange for the issuance of this report, recipient agrees that First Title's sole liability for any loss or damage caused by error or omission due to inaccurate information or negligence in preparing this report shall be limited to the fee charged for the report. Recipient accepts this report with this limitation and agrees that First Title would not have issued this report but for the limitation of liability described above. First Title makes no representation or warranty as to the legality or propriety of recipient's use of the information herein.

Thank you for the opportunity of serving you.

Sincerely,

by: _____
Christine A. Ferguson