From: Stan Woodworth [mailto:swoodworth@dfrglaw.com]
Sent: Monday, August 08, 2016 2:57 PM
To: Patricia E. Hamilton
Cc: Camron Hoorfar (Choorfar@Hoorfarlaw.com); Andrea Boyd
Subject: RE: Mark and Shelly Neighbors -- Information re Canyon Ranch, Canyon Development, Canyon Estates

Attached is a letter dated May 28, 2013 that I prepared on behalf of Jim Neighbors and sent to the original bankruptcy attorney for Mark and Shelly Neighbors. It explains the relationship between Canyon Ranch, LLC, Canyon Development, Inc. and Canyon subdivision. Hopefully, this will answer some of your questions.

Neither Mark nor Shelly has personally guaranteed any amounts loaned to these entities by Jim Neighbors. Nor does Jim Neighbors consider himself to be a creditor of Mark or Shelly.

Please let me know if you still any additional information.

**Stanley Woodworth**, Attorney
swoodworth@dfrglaw.com | Direct: (913) 647-3204 | Phone: (913) 387-1600 | Fax: (913) 928-6739



**Douthit Frets
Rouse Gentile & Rhodes, LLC**

5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
www.dfrglaw.com

NOTICE OF CONFIDENTIALITY: The information contained in this e-mail, including any attachments, is confidential and intended only for the above-listed recipient(s). This e-mail (including any attachments) is protected by the attorney-client privilege, the work-product doctrine(s) and/or other

1