# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
|   Mark Stephen Neighbors, and | ) | Case No. 11-21003 |
|   Shelly Kay Neighbors, | ) | |
| | ) | |
|   Debtors. | ) | |

## SECOND DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS RECEIVED POST-CONVERSION FOR POST-CONVERSION LEGAL SERVICES RENDERED AND EXPENSES

    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I hereby certify that I am the attorney for the above-named Debtors for the above-captioned case and that compensation paid to my law office from June 16, 2016 to December 31, 2016 for legal services rendered on behalf of the Debtors in connection with this bankruptcy case post-conversion amounts to fifty one thousand one hundred twelve dollars and eighty-two cents ($51,112.82) and one thousand twenty-three dollars and fifty-seven cents ($1,023.57) in expenses.

    I further certify that I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Respectfully Submitted by,

LAW OFFICE OF CAMRON HOORFAR, P.C.

By: /s/ Camron Hoorfar, J.D. LL.M.
Camron Hoorfar, J.D. LL.M.
MO 60942   KS 24008
Law Office of Camron Hoorfar, P.C.
202 SW Market Street
Lee's Summit, Missouri 64063
Phone: (816) 524-4949
Fax: (816) 524-4963
Email: Choorfar@Hoorfarlaw.com
ATTORNEY FOR DEBTORS

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically to those parties who have entered an appearance in the court's electronic court filing system (ECF) and by U.S. Mail, first class, postage prepaid, on December 30, 2016, upon:

U.S. Trustee
301 N. Main
Suite 1150
Wichita, KS 67202

Patricia Hamilton
917 S. Topeka Blvd.
Topeka, KS 66612

        LAW OFFICE OF CAMRON HOORFAR, P.C.

        /s/ Camron Hoorfar, J.D. LL.M.
        Camron Hoorfar, J.D. LL.M.