**SO ORDERED.**

**SIGNED this 27th day of February, 2017.**



Dale L. Somers
United States Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br>**MARK STEPHEN NEIGHBORS** and<br>**SHELLY KAY NEIGHBORS,**<br><br>DEBTORS. | CASE NO. 11-21003<br>CHAPTER 7 |

### SUPPLEMENTAL SCHEDULING ORDER

The above-captioned case comes before the Court on February 14, 2017, for a Pretrial Status Conference. Mark Stephen Neighbors and Shelly Kay Neighbors, appeared along with their counsel, Camron L. Hoorfar. Also appearing was Patricia E. Hamilton, Trustee, Richard A. Wieland, representing U.S. Trustee, Eric L. Johnson representing CitiMortgage, Inc. and Frank D. Wendt representing Bank of Versailles.

**THEREUPON**, the Court, after reviewing the file and pleadings therein and being well and duly advised of the premises, finds as follows:

1. Trial on the debtors' Motion to Dismiss is scheduled for May 24, 2017

commencing at 9:30 and continuing on May 25th if necessary.

        2. A Final Pretrial Conference will be held on May 4, 2017 at 1:30 P.M. On or before April 26, 2017, Mr. Hoorfar will circulate a draft of a Pretrial Order setting forth the standard deadlines and identifying the issues to be tried. The Trustee and CitiMortgage, Inc. will provide comments on the proposed Pretrial Order by May 2, 2017.

        3. Mr. Hoorfar will submit a brief by March 15, 2017 supporting his position that it is necessary to determine whether Nationstar has a claim in order to resolve the Debtors' Motion to Dismiss.

        4. The Trustee and CitiMortgage, Inc. responses to the brief on the Nationstar issue are due by March 29, 2017.

**IT IS SO ORDERED.**

###

```
                          United States Bankruptcy Court
                               District of Kansas
In re:                                                          Case No. 11-21003-DLS
Mark Stephen Neighbors                                          Chapter 7
Shelly Kay Neighbors
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1083-2          User: shawna              Page 1 of 2              Date Rcvd: Feb 28, 2017
                              Form ID: pdf020           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
jdb          +Shelly Kay Neighbors,    14761 Bond Street,    Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: marksneighbors@gmail.com Feb 28 2017 21:34:00      Mark Stephen Neighbors,
              14761 Bond Street,   Overland Park, KS 66221-9650
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
              Andrew W Muller    on behalf of Creditor    The Private Bank and Trust Company
               andrew.muller@stinsonleonard.com,   lori.hendrix@stinsonleonard.com
              Austin B Hayden    on behalf of Creditor    Cornerstone Bank ahayden@cmplaw.net,   gpappas@cmplaw.net
              Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Carrie D. Mermis    on behalf of Creditor    Nationstar Mortgage LLC cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              Cassandra L. Writz    on behalf of Defendant    Nationstar Mortgage LLC clwritz@bryancave.com,
               mafosdick@bryancave.com,janice.gold@bryancave.com
              Catherine C Whittaker    on behalf of Creditor    Bank of Versailles cwhittaker@shb.com,
               dnunn@shb.com
              Christopher S Stover    on behalf of Creditor    Bank Of America, N.A. spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Defendant    Nationstar Mortgage LLC spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Counter-Claimant    Nationstar Mortgage, LLC.
               spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Creditor    Nationstar Mortgage, LLC spence@spencestoverlaw.com
              Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Cynthia M Woolverton    on behalf of Creditor    BAC Home Loan Servicing, LP FKA Countrywide Home
               Loans Servicing, LP bkty@msfirm.com,   cwoolverton@ecf.courtdrive.com
              Cynthia M Woolverton    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
               cwoolverton@ecf.courtdrive.com
              Cynthia M Woolverton    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
               cwoolverton@ecf.courtdrive.com
              Eric L. Johnson    on behalf of Interested Party    CitiFinancial ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Eric L. Johnson    on behalf of Creditor    CitiMortgage, Inc. ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Frank   Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com,
               lstevenson@brlawkc.com
              Frank   Wendt    on behalf of Creditor    Bank of Versailles fwendt@brlawkc.com,
               lstevenson@brlawkc.com
              George D. Halper    on behalf of Interested Party    Cornerstone CPA ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              George D. Halper    on behalf of Interested Party David  Imhoff ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              George D. Halper    on behalf of Interested Party    Cornerstone 360 ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC
               Jennifer.Berhorst@bryancave.com,   ecf_kc@bryancave.com
              Jordan M Sickman    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
               jordan.sickman@usdoj.gov
              Kenneth C. Jones    on behalf of Creditor    First Federal Bank FSB kcjones@lewisricekc.com,
               vlbates@lewisricekc.com
              Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com
              Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com
              LaKisha  Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com
              Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com,
               jobaker@logs.com
              Mark  Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com,
               mwarnecker@shb.com;truskamp@shb.com
              Mark  Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com,
               mwarnecker@shb.com;truskamp@shb.com
              Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
              Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com,
               ecfsaderlawfirm@gmail.com;CVoccio@saderlawfirm.com
              Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com
              Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com,
               ks12@ecfcbis.com
              Patricia E Hamilton     phamilton@stevensbrand.com,   ks12@ecfcbis.com
              Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
               richard.wieland@usdoj.gov
              Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com,
               hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
              William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
              William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
                                                                                             TOTAL: 52