**SO ORDERED.**

**SIGNED this 10th day of March, 2017.**



_____
Dale L. Somers
United States Bankruptcy Judge

_____

Not Designated for Publication
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In re: | |
|---|---|
| MARK STEPHEN NEIGHBORS, | CASE NO. 11-21003-7 |
| SHELLY KAY NEIGHBORS, | CHAPTER 7 |
| DEBTORS. | |

### ORDER REFERRING DISPUTES BETWEEN THE DEBTORS, THE CHAPTER 7 TRUSTEE, CITIMORTGAGE, INC., AND THE UNITED STATES TRUSTEE TO MEDIATION

This matter came before the Court for a status conference on February 14, 2017, concerning a number of disputes.[1] The Debtors appeared by counsel Camron Hoorfar. Chapter 7 Trustee Patricia A. Hamilton appeared on her own behalf. Creditor CitiMortgage, Inc., appeared by counsel Eric L. Johnson. The United States Trustee

---

[1] The following documents identify the disputes heard then: Docs. 408 and 414; Docs. 570, 576, and 595; Docs. 574, 587, 602, 604, 619, 654, 655, 677, 678, 679, and 680; Docs. 592, 603, 607, and 620; Docs. 610, 611, 612, and 652; Docs. 616 and 638; Docs. 630 and 651; Docs. 631 and 650; Docs. 632 and 649; and Docs. 683, 696, and 746.

appeared by counsel Richard A. Wieland.[2] At that time, the Court suggested the parties should consider trying mediation to resolve their disputes. On March 10, the Court was advised that the parties have now all agreed to participate in mediation to be conducted by Judge Janice M. Karlin, United States Bankruptcy Judge for the District of Kansas.

The Court therefore makes the following orders:

1. Pursuant to District of Kansas Local Bankruptcy Rule 9019.2, the Court refers all the matters heard on February 14 (and any other disputes there may be involving these parties) to Judge Karlin for mediation. She is available to do the mediation on April 4, 6, 10, or 24. The parties are directed to confer and advise Judge Karlin which of those dates works for all of them. If none of the dates works, they must contact Judge Karlin's office to arrange a different one. The parties are directed to participate in the mediation. After the time is set, Judge Karlin will advise the parties what she expects them to do in connection with the mediation.

2. The parties are ordered to make sure they have someone present throughout the mediation who has complete authority to settle on their behalf each of the disputes they are involved in.

3. The hearing dates and any deadlines that now apply to any of the disputes being sent to mediation are hereby continued until further order of the Court.

# # #

---

[2] Interested party Bank of Versailles appeared by counsel Frank D. Wendt, but the Bank is not involved in any of the disputes being referred to mediation.

# United States Bankruptcy Court
## District of Kansas

In re:  
Mark Stephen Neighbors  
Shelly Kay Neighbors  
    Debtors

Case No. 11-21003-DLS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1083-2      User: shawna      Page 1 of 2      Date Rcvd: Mar 13, 2017  
                       Form ID: pdf020      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.  
jdb         +Shelly Kay Neighbors,   14761 Bond Street,   Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db         +E-mail/PDF: marksneighbors@gmail.com Mar 13 2017 21:22:11     Mark Stephen Neighbors,  
        14761 Bond Street,   Overland Park, KS 66221-9650  
                                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:

        Andrew W Muller    on behalf of Creditor    The Private Bank and Trust Company  
         andrew.muller@stinsonleonard.com,   lori.hendrix@stinsonleonard.com  
        Austin B Hayden    on behalf of Creditor    Cornerstone Bank ahayden@cmplaw.net,   gpappas@cmplaw.net  
        Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,  
         paralegal3@hoorfarlaw.com  
        Carrie D. Mermis    on behalf of Creditor    Nationstar Mortgage LLC cdm@mllfpc.com,  
         bankruptcy@mllfpc.com  
        Cassandra L. Writz    on behalf of Defendant    Nationstar Mortgage LLC clwritz@bryancave.com,  
         mafosdick@bryancave.com,janice.gold@bryancave.com  
        Catherine C Whittaker    on behalf of Creditor    Bank of Versailles cwhittaker@shb.com,  
         dnunn@shb.com  
        Christopher S Stover    on behalf of Creditor    Bank Of America, N.A. spence@spencestoverlaw.com  
        Christopher S Stover    on behalf of Defendant    Nationstar Mortgage LLC spence@spencestoverlaw.com  
        Christopher S Stover    on behalf of Counter-Claimant    Nationstar Mortgage, LLC.  
         spence@spencestoverlaw.com  
        Christopher S Stover    on behalf of Creditor    Nationstar Mortgage, LLC spence@spencestoverlaw.com  
        Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,  
         Martha@emlawkc.com;jeff@evans-mullinix.com  
        Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,  
         Martha@emlawkc.com;jeff@evans-mullinix.com  
        Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com,  
         Martha@emlawkc.com;jeff@evans-mullinix.com  
        Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,  
         Martha@emlawkc.com;jeff@evans-mullinix.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Cynthia M Woolverton    on behalf of Creditor    BAC Home Loan Servicing, LP FKA Countrywide Home Loans Servicing, LP bkty@msfirm.com, cwoolverton@ecf.courtdrive.com

Cynthia M Woolverton    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com, cwoolverton@ecf.courtdrive.com

Cynthia M Woolverton    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com, cwoolverton@ecf.courtdrive.com

Eric L. Johnson    on behalf of Interested Party    CitiFinancial ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com

Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com

Eric L. Johnson    on behalf of Creditor    CitiMortgage, Inc. ejohnson@spencerfane.com, lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com

Frank Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com, lstevenson@brlawkc.com

Frank Wendt    on behalf of Creditor    Bank of Versailles fwendt@brlawkc.com, lstevenson@brlawkc.com

George D. Halper    on behalf of Interested Party    Cornerstone CPA ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com

George D. Halper    on behalf of Interested Party David Imhoff ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com

George D. Halper    on behalf of Interested Party    Cornerstone 360 ghalper@mvplaw.com, dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com

Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC Jennifer.Berhorst@bryancave.com, ecf_kc@bryancave.com

Jordan M Sickman    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov, jordan.sickman@usdoj.gov

Kenneth C. Jones    on behalf of Creditor    First Federal Bank FSB kcjones@lewisricekc.com, vlbates@lewisricekc.com

Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com

Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com

LaKisha Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com

Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com, jobaker@logs.com

Mark Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com, mwarnecker@shb.com;truskamp@shb.com

Mark Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com, mwarnecker@shb.com;truskamp@shb.com

Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com

Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com, ecfsaderlawfirm@gmail.com;CVoccio@saderlawfirm.com

Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com

Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com, ks12@ecfcbis.com

Patricia E Hamilton    phamilton@stevensbrand.com, ks12@ecfcbis.com

Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov, richard.wieland@usdoj.gov

Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com, hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com

U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com, WHolmes@ecf.courtdrive.com

William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com, WHolmes@ecf.courtdrive.com

William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com, WHolmes@ecf.courtdrive.com

TOTAL: 52