**SO ORDERED.**

**SIGNED this 25th day of April, 2017.**



                                              Dale L. Somers
                                  United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK STEPHEN NEIGHBORS and | ) | Case No. 11-21003 |
| SHELLY KAY NEIGHBORS, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND SET EXPEDITED HEARING ON JOINT MOTION TO COMPROMISE CONTROVERSIES AND APPROVE GLOBAL SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019**

This matter comes before the Court upon the Joint Motion to Shorten Notice and Set Expedited Hearing on Joint Motion to Compromise Controversies and Approve Global Settlement Pursuant to Bankruptcy Rule 9019 (the "Motion") filed by debtors Mark and Shelly Neighbors, Patricia Hamilton, Chapter 7 Trustee for the above captioned estate, Samuel K. Crocker, United States Trustee for Region 20, and CitiMortgage, Inc. The Court, upon reviewing the Joint Motion, and being otherwise fully and duly advised in the premises, finds that the Joint Motion should be granted.

IT IS THEREFORE ORDERED that the Motion is hereby granted.

WA 9599265.1

IT IS FURTHER ORDERED that the parties' Rule 9019 Motion shall be set for hearing on April 27, 2017 at 2:15 p.m. and that objections can be made up to and at the hearing.

**IT IS SO ORDERED.**

###

SUBMITTED BY:

**SPENCER FANE LLP**

s/ Eric L. Johnson
Eric L. Johnson   KS# 20542
Kersten L. Holzhueter  KS# 24885
1000 Walnut St., Suite 1400
Kansas City, MO  64106
Telephone:  816-474-8100
Facsimile:  816-474-3216
ejohnson@spencerfane.com
kholzhueter@spencerfane.com
ATTORNEYS FOR CITIMORTGAGE, INC.

WA 9599265.1

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                         Case No. 11-21003-DLS
Mark Stephen Neighbors                                         Chapter 7
Shelly Kay Neighbors
       Debtors
```

## CERTIFICATE OF NOTICE

District/off: 1083-2          User: shawna          Page 1 of 2          Date Rcvd: Apr 25, 2017
                              Form ID: pdf020       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
jdb          +Shelly Kay Neighbors,    14761 Bond Street,   Overland Park, KS 66221-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: marksneighbors@gmail.com Apr 25 2017 21:07:01      Mark Stephen Neighbors,
              14761 Bond Street,   Overland Park, KS 66221-9650
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Andrew W Muller    on behalf of Creditor    The Private Bank and Trust Company
               andrew.muller@stinsonleonard.com,   lori.hendrix@stinsonleonard.com
              Austin B Hayden    on behalf of Creditor    Cornerstone Bank ahayden@cmplaw.net,   gpappas@cmplaw.net
              Camron L Hoorfar    on behalf of Counter-Claimant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Claimant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Counter-Defendant Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Joint Debtor Shelly Kay Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Debtor Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Camron L Hoorfar    on behalf of Plaintiff Mark Stephen Neighbors choorfar@hoorfarlaw.com,
               paralegal3@hoorfarlaw.com
              Carrie D. Mermis    on behalf of Creditor    Nationstar Mortgage LLC cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              Cassandra L. Writz    on behalf of Defendant    Nationstar Mortgage LLC clwritz@bryancave.com,
               mafosdick@bryancave.com,janice.gold@bryancave.com
              Catherine C Whittaker    on behalf of Creditor    Bank of Versailles cwhittaker@shb.com,
               dnunn@shb.com
              Christopher S Stover    on behalf of Creditor    Bank Of America, N.A. spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Defendant    Nationstar Mortgage LLC spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Counter-Claimant    Nationstar Mortgage, LLC.
               spence@spencestoverlaw.com
              Christopher S Stover    on behalf of Creditor    Nationstar Mortgage, LLC spence@spencestoverlaw.com
              Colin N. Gotham    on behalf of Counter-Claimant Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Counter-Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Creditor Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com
              Colin N. Gotham    on behalf of Defendant Linda Louise Beadle Cgotham@emlawkc.com,
               Martha@emlawkc.com;jeff@evans-mullinix.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Cynthia M Woolverton    on behalf of Creditor    BAC Home Loan Servicing, LP FKA Countrywide Home
               Loans Servicing, LP bkty@msfirm.com,  cwoolverton@ecf.courtdrive.com
              Cynthia M Woolverton    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
               cwoolverton@ecf.courtdrive.com
              Cynthia M Woolverton    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
               cwoolverton@ecf.courtdrive.com
              Eric L. Johnson    on behalf of Interested Party    CitiFinancial ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Eric L. Johnson    on behalf of Defendant    CitiMortgage Inc ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Eric L. Johnson    on behalf of Creditor    CitiMortgage, Inc. ejohnson@spencerfane.com,
               lwright@spencerfane.com;drambo@spencerfane.com;bankruptcy@spencerfane.com
              Frank   Wendt    on behalf of Creditor David Francis Baumgartner fwendt@brlawkc.com,
               lstevenson@brlawkc.com
              Frank   Wendt    on behalf of Creditor    Bank of Versailles fwendt@brlawkc.com,
               lstevenson@brlawkc.com
              George D. Halper    on behalf of Interested Party    Cornerstone CPA ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              George D. Halper    on behalf of Interested Party David  Imhoff ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              George D. Halper    on behalf of Interested Party    Cornerstone 360 ghalper@mvplaw.com,
               dmcdaniel@mvplaw.com;lgreenbaum@mvplaw.com
              Jennifer L Berhorst    on behalf of Defendant    Nationstar Mortgage LLC
               Jennifer.Berhorst@bryancave.com,  ecf_kc@bryancave.com
              Jordan M Sickman    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
               jordan.sickman@usdoj.gov
              Kenneth C. Jones    on behalf of Creditor    First Federal Bank FSB kcjones@lewisricekc.com,
               vlbates@lewisricekc.com
              Kersten L Holzhueter    on behalf of Defendant    CitiMortgage Inc kholzhueter@spencerfane.com
              Kersten L Holzhueter    on behalf of Creditor    CitiMortgage, Inc. kholzhueter@spencerfane.com
              LaKisha Stark    on behalf of Creditor    Nationstar Mortgage, LLC lstark@nbsdefaultservices.com
              Linda S. Tarpley    on behalf of Creditor    First Federal Bank FSB ltarpley@logs.com,
               jobaker@logs.com
              Mark  Moedritzer    on behalf of Creditor    Bank of Versailles mmoedritzer@shb.com,
               mwarnecker@shb.com;truskamp@shb.com
              Mark  Moedritzer    on behalf of Creditor David Francis Baumgartner mmoedritzer@shb.com,
               mwarnecker@shb.com;truskamp@shb.com
              Michael D Townsend    on behalf of Attorney    Peddicord & Townsend LLC mtownsend@ptlawkc.com
              Michael J Wambolt    on behalf of Creditor    CitiMortgage, Inc. mwambolt@saderlawfirm.com,
               ecfsaderlawfirm@gmail.com;abuente@saderlawfirm.com;r42111@notify.bestcase.com
              Michael S Meyer    on behalf of Creditor David Francis Baumgartner mmeyer@fwpclaw.com
              Patricia E Hamilton    on behalf of Trustee Patricia E Hamilton phamilton@stevensbrand.com,
               ks12@ecfcbis.com
              Patricia E Hamilton     phamilton@stevensbrand.com,  ks12@ecfcbis.com
              Richard A. Wieland    on behalf of U.S. Trustee    U.S. Trustee ustpregion20.wi.ecf@usdoj.gov,
               richard.wieland@usdoj.gov
              Steven E Mauer    on behalf of Creditor    Farmers Bank & Trust, N.A. semauer@zergermauer.com,
               hezerger@zergermauer.com;edcrotty@zergermauer.com;secharlton@zergermauer.com
              U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
              William T. Holmes    on behalf of Creditor    Nationstar Mortgage, LLC bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
              William T. Holmes    on behalf of Creditor    Bank Of America, N.A. bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
              William T. Holmes    on behalf of Creditor    CitiMortgage, Inc. bkty@msfirm.com,
               WHolmes@ecf.courtdrive.com
                                                                                             TOTAL: 52
```